UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x
JOSE PANORA,
*on his own behalf and on behalf of others similarly situated*        19-CV-7267 (BMC)

                              Plaintiff,
    -against-                                                                    **NOTICE OF**
                                                                     **APPEARANCE**

DEENORA CORP
       d/b/a Dee's;
DEE'S BRICK OVEN PIZZA, INC
       d/b/a Dee's; and
DEERAN ARABIAN a/k/a Dee Arabian,

                              Defendants.
-------------------------------------------------------------------------- X

       **PLEASE TAKE NOTICE** that Taimur Alamgir, Esq., an attorney duly-admitted to this Court, hereby appears as counsel for Defendants, DEENORA CORP d/b/a DEE'S, DEE'S BRICK OVEN PIZZA, INC. d/b/a DEE'S, and DEERAN ARABIAN a/k/a DEE ARABIAN. (collectively, "Defendants").  Please forward a copy of all future correspondence and litigation documents to the attention of the undersigned.

Dated: Woodbury, New York
         August 18, 2020

                                                       **KAUFMAN DOLOWICH & VOLUCK, LLP**

                                          By: _____
                                              Taimur Alamgir (TA 9007)
                                              135 Crossways Park Drive, Suite 201
                                              Woodbury, New York 11797
                                              T: (516) 681-1100
                                              F: (516) 681-1101
                                              E: Talamgir@kdvlaw.com
                                              *Attorneys for Defendants*