# TROY LAW, PLLC

ATTORNEYS / COUNSELORS AT LAW
Tel: 718 762 1324   johntroy@troypllc.com   Fax: 718 762 1342
41-25 Kissena Blvd., Suite 103, Flushing, New York 11355

August 20, 2020

<u>*Via* **ECF**</u>
Hon. Brian M. Cogan, U.S.D.J.
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Requesting to Remove the Docket Entry 49 as Filed in Error:**
<u>*1:19-cv-07267-BMC Panora v. Deenora Corp et al*</u>

Your Honor,

      This office represents the Plaintiff in the matter 1:19-cv-07290-ARR-ST *Almazo-Ramirez et al v. Ulises Pharmacy, Inc. et al*. We write respectfully to request this Court to remove the docket entry no. 49 that was inadvertently filed to the above referenced matter on August 20, 2020. We sincerely apologize for this inconvenience and respectfully request to terminate/ remove the docket entry.

      We thank the Court for its time and consideration in this matter and sincerely apologize for any inconvenience caused to this Court.

Respectfully Submitted,

<u>/s/ John Troy</u>
John Troy, *esq.*