UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JOSE PANORA,
*on his own behalf and on behalf of*
*others similarly situated,*

                      Plaintiff,

        -against-

DEENORA CORP.
d/b/a Dee's;
DEE's BRICK OVEN PIZZA, INC
d/b/a Dee's; and
DEERAN ARABIAN a/k/a Dee Arabian

                      Defendants.
----------------------------------------------------------X

Case No. 19–CV–7267 (BMC)

**DECLARATION OF AARON N. SOLOMON IN OPPOSITION TO PLAINTIFF'S MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION**

**AARON N. SOLOMON, ESQ.**, declares under penalty of perjury:

1. I am a member of the bar of this Court and a partner at the law firm of Kaufman Dolowich & Voluck, LLP ("KDV"), attorneys for Defendants, Deenora Corp. d/b/a Dee's, Dee's Brick Oven Pizza, Inc. d/b/a Dee's and Deeran Arabian a/k/a Dee Arabian (collectively, "Defendants") in the above-captioned action.

2. This Declaration is based on my personal knowledge.

3. I submit this Declaration in opposition to Plaintiff's motion for conditional collective certification.

4. Annexed hereto as **Exhibit A** is a true and correct copy of the transcript for the February 12, 2020 hearing in this matter.

5. Annexed hereto as **Exhibit B** is a true and correct copy of the transcript for the August 20, 2020 hearing in this matter.

6. Annexed hereto as **Exhibit C** is a true and correct copy of the transcript for the August 1, 2019 hearing before the Hon. Paul A. Engelmayer, U.S.D.J. in *Yeh v. Han Dynasty, Inc.*, et al., 18 CV 6018 (PAE).

7. Annexed hereto as **Exhibit D** is the September 10, 2020 Declaration of Deeran Arabian submitted in opposition to Plaintiff's motion for conditional collective certification.

**WHEREFORE**, Defendants request Plaintiff's motion for conditional collective certification be denied, and, further, that the Court award all further relief that it deems to be just and proper.

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct.

Executed on September 10, 2020.

**AARON. N. SOLOMON**