**EXHIBIT D**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSE PANORA,
*on his own behalf and on behalf of*
*others similarly situated,*

                              Plaintiff,

                -against-

DEENORA CORP.
d/b/a Dee's;
DEE's BRICK OVEN PIZZA, INC
d/b/a Dee's; and
DEERAN ARABIAN a/k/a Dee Arabian

                             Defendants.
-----------------------------------------------------------X

Case No. 19–CV–7267 (BMC)

**DECLARATION OF DEERAN ARABIAN IN OPPOSITION TO PLAINTIFF'S MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION**

**DEERAN ARABIAN** declares under penalty of perjury:

1. I am a Defendant in the above-captioned action. I previously submitted a Declaration dated February 26, 2020 in support of Defendants' motion for summary judgment. I respectfully request that the Court incorporate that prior Declaration by reference and consider same in adjudicating Plaintiff's conditional certification motion.

2. I respectfully request that Plaintiff's motion for conditional collective certification be denied and that the Court award Defendants all further relief that it deems to be just and proper.

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct.

Executed on September 10, 2020.

                                                                       **DEERAN ARABIAN**