# EXHIBIT 4





Cuantos pollos abro

El pollo que está cortado ay que marinar y golpear y poner pan molido

Cómo chicken fingers



Deenora // Plaintiff's Document Production 390