# EXHIBIT 6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
JOSE PANORA, *on his own behalf and on behalf of*
*others similarly situated,*                                    Case No.: 19-cv-07267(BMC)

                                        Plaintiff,

                -against-

DEENORA CORP d/b/a Dee's; DEE'S BRICK OVEN
PIZZA, INC d/b/a Dee's, and DEERAN ARABIAN a/k/a
Dee Arabian,

                                        Defendants.
---------------------------------------------------------------------X

### DECLARATION OF DANIEL PEREZ

I, Daniel Perez, declare pursuant to 28 U.S.C. § 1746 under penalty of perjury that the

following is true and correct based upon my knowledge, information, and belief:

1.      I am over 18 years of age and competent to testify to the matters stated in this

Declaration.

2.      This declaration is offered by me voluntarily and without duress. I have personal

knowledge of the facts set forth herein.

3.      I am a cook in the kitchen of Defendant Deenora Corp. d/b/a Dee's Brick Oven

Pizza, Inc., ("Dee's").

4.      Fourteen years ago, Plaintiff Jose Panora ("Plaintiff"), hired me to work in Dee's

kitchen. I have been employed by Dee's ever since. During that time, until last year, Plaintiff was

my boss.

5.      During my employment, Plaintiff and I routinely communicated back and forth

via text message in Spanish (Plaintiff and I both speak Spanish). For years, (including in 2017,

2018, and 2019), Plaintiff has sent text messages to me from only one phone number. *See*

Exhibit A. For years (including in 2017, 2018, and 2019), I have sent Plaintiff text messages only to this same phone number.

6.      As Plaintiff was my boss, I had to seek Plaintiff's approval for changes to my work schedule. Thus, until Plaintiff's employment with Dee's ended in 2019, when a schedule change was necessary, I could send Plaintiff a text message advising him of the specific reason for such change and requesting his approval.

7.      For example, on May 23, 2019, I texted Plaintiff to request that I be allowed to start my shift at Dee's late because I had been delayed dropping my daughter to school. *See* Exhibit B. In the text message, I referred to Plaintiff using the Spanish title "Don Jose," which means "Sir Jose" based on the fact that Plaintiff was my boss. I also thanked him for considering my request. Plaintiff approved this scheduling change request by replying with a "thumbs-up" emoji.

8.      As another example, on June 28, 2019, I again texted Plaintiff to request that I be allowed to start my shift at Dee's late because I was delayed *See* Exhibit C. Again, I addressed Plaintiff using the respectful Spanish title "Don Jose" based on his status as my boss and thanked him for considering my request. Plaintiff approved my request to start late, responding "Ok".

9.      These text messages I discuss above are only two examples of the text message communications I had with Plaintiff, in his capacity as my boss, over the years (including during 2018 and 2019).

10.     I came to learn that Plaintiff only gave one page of our text message correspondence to Dee's, and that Plaintiff said he had no more.  Because I know there are more text messages, I voluntarily gave the attached text messages to Deeran Arabian to show that Plaintiff is not telling the truth.

I declare under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct. Executed this __ day of September, at Forest Hills, New York.

_____
Daniel Perez

Sworn to before me
this [ ] day of September 2020

_____
Notary Public

4831-5306-0021, v. 1

RACHEL A BORUT
Notary Public, State of New York
No. 01BO6088462
Qualified in Queens County
Commission Expires March 03, 2023

# EXHIBIT A

**5:05** ⏱   LTE 🔋

<Search                                                       Edit



# Chepe Pandora

    

message   mobile   video   mail   pay

**mobile**

REDACTED ON ECF - SEE COURTESY COPY

**FaceTime**    

**Notes**

Send Message

Share Contact

Add to Favorites

Add to Emergency Contacts

    

Favorites   Recents   Contacts   Keypad   Voicemail

**EXHIBIT B**

**5:01** ⏳

◀ Phone

📶 LTE 🔋

CP

**Chepe** ›



**May 23, 2019**, 7:55 PM

Don José voy a llegar una media hora más tarde mañana por lo de la escuela de mi hija tal vez llegue un poco antes gracias



Gracias

**Jun 5, 2019**, 3:06 PM



Two page translation of two jpg pictures depicting several text message:
Second page:

-----------------------------------------------------------------------------------------------------

5:01                                                                                    LTE
< Phone

**CP**
**Chepe**

∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎



[Words without meaning in Spanish]
∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎

May 23, 2019*, 7:55 PM

Don Jose[,] I am going to arrive there about half an hour late because of my daughter's school[;]
I may arrive a bit earlier[,] thanks

∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎

[Emoji of a thumbs up expression]

∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎

Thanks

∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎

Jun 5, 2019, 3:06 PM

[A partial picture of a portion of NYC skyline]
∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎
[One row of emojies]
-----------------------------------------------------------------------------------------------------

End of translation

CERTIFICATION OF ACCURACY

I, Jorge E. Freire, state that I am thoroughly familiar with the SPANISH and ENGLISH languages, that I translated
the attached document, arbitrarily named:

[09-15-20TextMessageIMG_4563-4564.JPG]

From SPANISH into the ENGLISH language, and that the ENGLISH translation is a true and accurate version of
the SPANISH original to the best of my knowledge and belief.

*Jorge Freire*
Jorge E. Freire
Translator

**EXHIBIT C**

5:03 ◀ Phone

**◀ Phone**



CP

**Chepe** ›

Jun 28, 2019, 10:46 AM

Don José voy a llegar un poco tarde estoy en la escuela gracias



Ok

Aug 24, 2019, 1:02 PM



Thu, Oct 3, 10:42 AM



iMessage

Two page translation of two jpg pictures depicting several text message:
First page:

----------------------------------------------------------------------------------------------

5:03                                                                                    LTE
< Phone

<b>CP<br>Chepe</b>

[A picture of business card that partially reads:]

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Jun 28, 2019, 10:46 AM
Don Jose I am going to get there a bit late[;] I am at school[,] thanks

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

**Ok**

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Aug 24, 2019, 1:02 PM

■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Thu, Oct 3, 2019 10:42 AM
[Blank message]

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

[One row of emojies]

----------------------------------------------------------------------------------------------

End of first page.