# EXHIBIT 8

2:56

**New iMessage**   Cancel

To: Panora Jose

iMessage
Wed, Sep 2, 2:37 PM

Hi Jose
It's Dee hope all is well with you. I tried calling you. Please when you have a chance I sent an email that may be of interest to you. I have sent it to all the different emails I have for you. Please feel free to call me. ███

No hard feelings
Dee

KAUFMAN DOLOWICH VOLUCK
ATTORNEYS AT LAW

2:56

**New iMessage**   Cancel

To: Panora Jose

Dee

---

KAUFMAN DOLOWICH VOLUCK
ATTORNEYS AT LAW

Aaron N. Solomon, Esq.
ASolomon@kdvlaw.com

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Telephone: 516.681.1100
Facsimile: 516.681.1101
www.kdvlaw.com

September 2, 2020

**SETTLEMENT COMMUNICATION – SUBJECT TO F.R.E. 408**

**VIA EMAIL AND FED EX**
John Troy, Esq.
Troy Law, PLLC
Attorneys for Plaintiff
41-25 Kissena Blvd. #103
Flushing, New York 11355
Tel.: (718) 762-1324
troylaw@troypllc.com

Re:   Jose Panora v. Deenora Corp d/b/a Dee's, et al.
      Case No.: 19-cv-7267 (BMC)
      KDV File No.: 006420-0002

Dear John:

Enclosed please find the Offer of Judgment Pursuant to Fed. R. Civ P. 68 for Plaintiff Jose Panora's consideration. Please let us know if Plaintiff accepts or rejects this offer. If Plaintiff accepts this offer of judgment, Defendants will be directed to issue checks made payable to Plaintiff to pay the $35,000 payment due to Plaintiff under the terms of this offer. As well, if Plaintiff accepts this offer, we will be more than willing to meet and confer with you to attempt to resolve the issue of your firm's reasonable attorneys' fees. Of course, we will require copies of your firm's time and billing records to facilitate this discussion.

KAUFMAN DOLOWICH & VOLUCK, LLP

By: _____
Aaron N. Solomon, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Tel.: (516) 681-1100
asolomon@kdvlaw.com
Attorneys for Defendants

Encl.
4814-7548-8743, v. 1

---

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JOSE PANORA,
on his own behalf and on behalf of others similarly situated

                                Plaintiff,

            -against-

DEENORA CORP
   d/b/a Dee's;
DEE'S BRICK OVEN PIZZA, INC
   d/b/a Dee's; and
DEERAN ARABIAN a/k/a Dee Arabian

                                Defendants.
-------------------------------------------------------------x

Case No.:
19-CV-07267 (BMC)

**OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

Defendant DEENORA CORP d/b/a Dee's ("Defendant") by and through its attorneys, Kaufman Dolowich & Voluck, LLP, offers to allow judgment to be taken against it by Plaintiff JOSE PANORA ("Plaintiff") for Thirty Five Thousand Dollars and Zero cents ($35,000.00), plus reasonable attorneys' fees and costs accrued to date in an amount to be determined by the

iMessage

2:57

**New iMessage**            Cancel

**To:** Panora Jose

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE PANORA,
on his own behalf and on behalf of others similarly situated       Case No.:
                                                                   19-CV-07267 (BMC)
                        Plaintiff
        -against-
                                                                   OFFER OF JUDGMENT
DEENORA CORP                                                       PURSUANT TO
        d/b/a Dee's;                                               FED. R. CIV. P. 68
DEE'S BRICK OVEN PIZZA, INC
        d/b/a Dee's; and
DEERAN ARABIAN a/k/a Dee Arabian

                        Defendants.
------------------------------------------------------------X

Defendant DEENORA CORP d/b/a Dee's ("Defendant") by and through its attorneys, Kaufman Dolowich & Voluck, LLP, offers to allow judgment to be taken against it by Plaintiff JOSE PANORA ("Plaintiff") for Thirty Five Thousand Dollars and Zero cents ($35,000.00), plus reasonable attorneys' fees and costs accrued to date in an amount to be determined by the Court or by mutual agreement of the parties.

This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendants DEENORA CORP d/b/a Dee's ("Dee's Corp"), DEE'S BRICK OVEN PIZZA, INC d/b/a Dee's ("Dee's"), and DEERAN ARABIAN a/k/a Dee Arabian (Dee's Corp, Dee's and Arabian collectively referred to herein as "Defendants"), in connection with the facts and circumstances that are the subject of this action.

Acceptance of this offer of judgment will act to release and discharge all Defendants; their successors or assigns; and all past and present officers, shareholders, employees, representatives and agents from any and all claims that were or could have been alleged by

Plaintiff in the above-referenced action including, but not limited to, all claims arising under the Fair Labor Standards Act and the New York Labor Law.

This offer is made pursuant to Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by Defendants nor is it an admission that Plaintiff have suffered any damages. If this offer is not accepted within fourteen (14) days after it is served, it shall be deemed withdrawn.

Dated: Woodbury, New York
       September 2, 2020

                                        KAUFMAN DOLOWICH & VOLUCK, LLP

                                By:     _____
                                        Keith Gutstein, Esq.
                                        Aaron N. Solomon, Esq.
                                        135 Crossways Park Drive, Suite 201
                                        Woodbury, New York 11797
                                        Tel.: (516) 681-1100
                                        kgutstein@kdvlaw.com
                                        asolomon@kdvlaw.com
                                        *Attorneys for Defendants Deenora Corp d/b/a
                                        Dee's, Dee's Brick Oven Pizza, Inc d/b/a Dee's,
                                        and Deeran Arabian a/k/a Dee Arabian*

To:     John Troy, Esq.
        Troy Law, PLLC
        41-25 Kissena Blvd. #103
        Flushing, New York 11355

  iMessage 

**New iMessage**

To: Panora Jose

> I found only one email for you
> REDACTED ON ECF - SEE COURTESY COPY
> So I also sent it there. Thank You
> Dee

Delivered