

**Taimur Alamgir, Esq.**
talamgir@kdvlaw.com

Kaufman Dolowich & Voluck, LLP

135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101

www.kdvlaw.com

September 28, 2020

**VIA ECF**
Hon. Brian M. Cogan
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

        **Re**:    **Jose Panora v. Deenora Corp d/b/a Dee's, et al.**
                **Case No.: 19-cv-7267 (BMC)**

Dear Judge Cogan:

      We represent the Defendants. A few moments ago, Plaintiff filed a notice indicating that they provided courtesy copies of *both* parties' submissions relating to Plaintiff's motion for conditional collective certification. Because the Court does not follow the "bundling rule," this is peculiar.

      Also, we reviewed the docket entry relative to Plaintiff's notice. *See Dkt.* # 58. While it appears that Plaintiff did provide a copy of Defendants' Memorandum of Law in Opposition to Plaintiff's motion, *Dkt* # 51, it does not appear that Plaintiff provided a copy of Defendants' Declaration in Opposition, or any of the exhibits annexed thereto. *Dkt. 52*. We do not know if Plaintiff's omission of this particular submission was accidental or intentional.

      For these reasons, and out of an abundance of caution, we respectfully request that the Court, in its evaluation of Plaintiff's motion, refer to the courtesy copies of Defendants' opposition previously provided by our office.

      We thank the Court for its continued courtesies

                                      **KAUFMAN DOLOWICH & VOLUCK, LLP**

                              By: _____
                                      Taimur Alamgir, Esq.

cc: All Counsel, By *ECF*