# TROY LAW, PLLC

ATTORNEYS/COUNSELORS AT LAW
Tel: (718) 762-1324   johntroy@troypllc.com   Fax (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

September 28, 2020

**VIA ECF**
Honorable Brian M. Cogan
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Plaintiff's Response to Defendants' Letter
*Panora et al. v DEENORA CORP d/b/a Dee's et al.*, 19-cv-07267

Your Honor,

This office represents the Plaintiff in the above referenced matter. We are not quite sure why Defendants' attorneys' office is so bent on sowing discord through seemingly endless waves of unsolicited *ad hominem* attacks, particularly when we have worked amicably with Aaron Solomon and Keith Gutstein to resolve a case but a few years ago. Perhaps quite fittingly, the Defendants in that case was Autumn Sky.

This much we can say: like the generations of leaves in Homer's *Iliad*, we, as attorneys will be repeat players in an adversarial system that thrives on courtesy. A phone call could have resolved this misunderstanding easily. An even cursory review of the case will make clear, we have been bearing with Defendants' animus with grace.

Needless to say, as the docket text makes abundantly clear, the entire set of paperwork, including Defendants' Declaration and their exhibits have been included in the courtesy copy provided to Judge Cogan this morning. The only reason why those boxes are not checked is that it is not listed as options to be checked in the ECF system.

Respectfully Submitted

/s/ John Troy
John Troy

JT/mh

cc: All Counsel of Record via ECF