# EXHIBIT A

LIST OF REPORTED DECISIONS IMPOSING SANCTIONS AGAINST JOHN TROY AND/OR TROY LAW

| CASE CAPTION | JUDGE | SANCTIONABLE CONDUCT BY MR. TROY AND/OR TROY LAW | STATUTORY/PRECEDENTIAL BASIS FOR SANCTIONS | NATURE/AMOUNT OF SANCTION |
|---|---|---|---|---|
| *Chen v. Marvel Food Servs., LLC,* No. CV156206JMAAYS, 2016 WL 6872626 (E.D.N.Y. Nov. 21, 2016) | Hon. Anne Y. Shields | Immediately prior to a settlement conference, Mr. Troy doubled a settlement demand from the amount he had previously represented to the Court because he decided it was too low. | Fed. R. Civ. P. 16(f) | $1,000 |
| *Jin Fang Luo v. Panarium Kissena Inc.,* No. 15CV3642WFKST, 2018 WL 5269996 (E.D.N.Y. July 3, 2018) | Hon. Steven L. Tiscione | Appeared at settlement conference without damage calculations, in violation of a court order | Fed. R. Civ. P. 16(f) | $900 |
| *Junjiang Ji v. Jling Inc.,* No. 15-CV-4194 (SIL), 2019 WL 1441130, at *14 (E.D.N.Y. Mar. 31, 2019), *appeal dismissed sub nom. Ji v. Jling Inc.,* 799 F. App'x 88 (2d Cir. 2020) | Hon. Steven I. Locke | Represented to the Court that the plaintiff, their client, would be testifying by video at trial from outside China (Chinese law forbids an individual physically in China from testifying in an American proceeding and imposes penalties for such conduct), and that a professional videographer would be used. Troy Law also represented to the Court that trial exhibits would be delivered to the plaintiff in advance. No professional videographer was used and no exhibits were delivered in advance. Further, on cross-examination, the Plaintiff testified he was in mainland China. | 28 U.S.C.. § 1927 and inherent power | Defense costs for trial ($34,519 requested, motion pending) |
| *Jianshe Guo v. A Canaan Sushi Inc.,* No. 18-CV-4147 (JMF), 2019 WL 1507900, at *4 (S.D.N.Y. Apr. 5, 2019) | Hon. Jesse M. Furman, | Violated multiple Court scheduling orders | Fed. R. Civ. P. 16(f) | $2,000 (jointly and severally with Aaron Schweitzer and a 3rd attorney. |
| *Jianjun Chen v. 2425 Broadway Chao Rest., LLC,* 331 F.R.D. 568, 575 (S.D.N.Y. 2019) | Hon. Gregory H. Woods | Falsely certified discovery responses. | Fed. R. Civ. P. 26(g) | $49,920 (50% of the reasonable fees and costs associated with defendant's motion for summary judgment, and 100% of the reasonable fees and costs associated with defendant's motion for sanctions.) |
| *Chun Lan Guan v. Long Island Bus. Inst., Inc.,* No. 15CV2215CBAVMS, 2019 WL 3807455 (E.D.N.Y. Aug. 13, 2019) | Hon. Allyne R. Ross (adopting R&R of Hon. Vera M. Scanlon) | Violated multiple scheduling and other pretrial orders. | Fed. R. Civ. P. 16(f) | $6,260 in attorney's fees |
| *Guangqing Lin v. Teng Fei Rest. Grp. Inc.,* No. 17CV1774 (DF), 2020 WL 264407 (S.D.N.Y. Jan. 17, 2020), *reconsideration denied,* No. 17CV1774 (DF), 2020 WL 429128 (S.D.N.Y. Jan. 27, 2020) | Hon Debra C. Freeman | Failed to timely submit pretrial order and mischaracterized the reasons for such dereliction to the Court. | Fed. R. Civ. P. 16(f) | $1,000 |
| *Guangqing Lin v. Teng Fei Rest. Grp. Inc.,* No. 17CV1774 (DF), 2020 WL 56423 (S.D.N.Y. Feb. 5, 2020) | Hon. Debra C. Freeman | Failed to timely pay previously issued monetary sanction. | N/A | Potential escalation of prior sanction. |
| *Ji Li v. New Ichiro Sushi, Inc.,* No. 14-CV-10242 (AJN), 2020 WL 2094095 (S.D.N.Y. Apr. 30, 2020) | Hon. Alison J. Nathan | Pressed forward with trial on meritless claims following defendant's Rule 50 motion, in spite of notice from Court that going forward with meritless claims would risk violating professional responsibilities | 28 U.S.C. § 1927 | Defense costs for trial ($59,254.53 sought, motion pending) |
| *Jianjun Chen v. WMK 89th St. LLC,* No. 1:16-CV-5735-GHW, 2020 WL 2571010 (S.D.N.Y. May 20, 2020) | Hon. Gregory H. Woods | Initially misrepresented to the Court that a defendant was properly served with process, then made frivolous arguments for why service was proper. | Fed, R. Civ. P. 11 | $5,000 |