# EXHIBIT B

### Re: Panora v. Deenora - Deficiency letter

Troy Law <troylaw@troypllc.com>
Wed 9/9/2020 8:53 PM

**To:** Aaron Solomon <asolomon@kdvlaw.com>
**Cc:** Taylor Ferris <tferris@kdvlaw.com>; Keith Gutstein <kgutstein@kdvlaw.com>; Taimur Alamgir <talamgir@kdvlaw.com>

[EXTERNAL SENDER]

Sorry, please give us a little more time.

Also, please have your client stop contacting our client.

We really do not appreciate it.

Imagine if we were to tell our client to call yours. It really isn't the best practice, even if it is legal.

Tro Law
/mh

# TROY LAW
**Attorneys & Counselors at Law**
Queens: 41-25 Kissena Blvd., **Suite 103,** Flushing, NY 11355 <u>Tele-718-762-1324-Text</u>

Taipei: 372, Linsen N. Rd., 11th Floor, Taipei City 10446, Taiwan Tele: +886-2-2571-2572

蔡鴻章律師事務所
*<u>Our firm does not accept paper or fax correspondence, including service and production of documents, which must be sent by e-mail</u>*
*<u>We do not keep originals or copies of clients, clients shall retain all their own</u>*

On Wed, Sep 9, 2020 at 4:52 PM Aaron Solomon <<u>asolomon@kdvlaw.com</u>> wrote:
> Respectfully, I did not ask you to confirm what is in your possession. I asked you to tell me whether your *client* has produced to Defendants all documents in his possession, custody, or control. That question must be answered. Moreover, I have not received an interrogatory verification.
>
> I am happy to give you until the end of the week to address these issues as well as the other concerns raised in my deficiency letter.
>
> **Aaron Solomon**
> *Partner*
>
> 
>
> 135 Crossways Park Drive, Suite 201
> Woodbury, NY, 11797
>
> Direct: 516-283-8727