# EXHIBIT D

◀ Mail

‹ 94

Maybe: Troy Law ›

**Siri found new contact info**
John Troy +1 (718) 762-1324   add...

/john troy

Today 5:17 PM

Aaron

this is John Troy from Troy Law

it seems you enjoy your Deenora case a lot

Clients come and go

we, attorneys, have to survive

I am shaking the Apple tree so you could pick the fallen apple on the floor

I am the rainmaker for you

you make more money on this case than the last one

You should say thank you

and have a good weekend

Maybe you do not have to say thank you, but do not hit me with a bat

haha

Text Message