

**TROY LAW <troylaw@troypllc.com>**

---

# Panora v. Deenora - Offer of Judgment
1 message

---

**Aaron Solomon** <asolomon@kdvlaw.com>                                    Wed, Sep 2, 2020 at 2:14 PM
To: Troy Law <troylaw@troypllc.com>
Cc: Keith Gutstein <kgutstein@kdvlaw.com>, Taylor Ferris <tferris@kdvlaw.com>, Taimur Alamgir <talamgir@kdvlaw.com>

Dear John,

Please see the attached Rule 68 Offer and letter addressing same.

Thanks,

Aaron

**Aaron Solomon**
*Partner*



135 Crossways Park Drive, Suite 201
Woodbury, NY, 11797

Direct:  516-283-8727
Cell:    201-388-9007
Main:    516-681-1100
Email:   asolomon@kdvlaw.com

**WWW.KDVLAW.COM**

  

**NEW YORK | NEW JERSEY | PENNSYLVANIA | FLORIDA | ILLINOIS | CALIFORNIA**

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

 Please consider the environment before printing.

---

📄 **Panora Second Rule 68.pdf**
48K