

Ruby

audio    FaceTime    info

Tue, Jul 28, 5:36 PM

Hey Ruby what's up

Wed, Jul 29, 9:28 AM

What's up buddy? Everything is cool. Are you guys are ok?

Wed, Jul 29, 11:17 AM

Yeah

About you

Hey should I sell (bgfv)

Should go up

Ok

Tue, Aug 4, 6:43 PM

I guess you guys gonna have lots of overtime

Why

The storm took off the roofs



Ruby >

Wed, Sep 2, 10:39 AM

Patron texted me last night, did I hear any news from you. I told him, I didn't bother you. But were you able to talk to your lawyer?

Fri, Sep 4, 4:02 PM

If he wants the offer her should tell his attorney and email me if he wants and say he wants to take the settlement offer from yesterday.
Dee@deesnyc.com
It's simple words

Dee I agree to the settle this offer of the Rule
68 made on Weds 8/2/20

Ok



Mon, Sep 21, 7:02 PM

I can't believe you really put my name on your case. Very sad , very sad

