**AT&T**

Page: 13 of 19
Issue Date: Sep 05, 2020
Account Number: 512019714972

347.556.5532 continued

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Addl Charges | Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Addl Charges |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Thursday, Aug 27

Tuesday, Sep 01

Wednesday, Sep 02

Friday, Aug 28

| | | | | | | | | 03:11pm | NEW YO NY | 917.545.5557 | | SDDV | 1 | $0.00 | $0.00 |

Saturday, Aug 29

| 08:37am | INCOMI CL | 917.545.5557 | | SDDV | | 2 | $0.00 | $0.00 |
| 09:51am | INCOMI CL | 917.545.5557 | | SDDV | | 1 | $0.00 | $0.00 |
| 10:17am | NEW YO NY | 917.545.5557 | | SDDV | | 2 | $0.00 | $0.00 |
| 10:44am | INCOMI CL | 917.545.5557 | | SDDV | | 1 | $0.00 | $0.00 |

Thursday, Sep 03

| 11:46am | NEW YO NY | 917.545.5557 | | SDDV | | 11 | $0.00 | $0.00 |

Sunday, Aug 30

Friday, Sep 04

| 03:53pm | INCOMI CL | 917.545.5557 | | SDDV | | 10 | $0.00 | $0.00 |

Saturday, Sep 05

Monday, Aug 31

347.556.5532 continues...

**AT&T**

Page: 12 of 19
Issue Date: Sep 05, 2020
Account Number: 512019714972

347.556.5532 continued

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Addl Charges |
|---|---|---|---|---|---|---|---|

Saturday, Aug 15

Sunday, Aug 16

Monday, Aug 17

Tuesday, Aug 18

Wednesday, Aug 19

Thursday, Aug 20

Friday, Aug 21

Saturday, Aug 22

Sunday, Aug 23

Monday, Aug 24

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Addl Charges |
|---|---|---|---|---|---|---|---|
| 03:53pm | INCOMI CL | 917.545.5557 | | WIFI | 1 | $0.00 | $0.00 |
| 03:54pm | INCOMI CL | 917.545.5557 | | SDDV | 4 | $0.00 | $0.00 |

Tuesday, Aug 25

Wednesday, Aug 26

347.556.5532 continues...

**AT&T**

Page: 11 of 19
Issue Date: Sep 05, 2020
Account Number: 512019714972

Wireless, 347.556.5532
JOSE R. PANORA

## Call Detail

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Addl Charges |
|---|---|---|---|---|---|---|---|

**Wednesday, Aug 05**

[redacted]

**Thursday, Aug 06**

[redacted]

**Friday, Aug 07**

[redacted]

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Addl Charges |
|---|---|---|---|---|---|---|---|
| 03:51pm | INCOMI CL | 917.545.5557 | | WIFI | 11 | $0.00 | $0.00 |
| 04:01pm | INCOMI CL | 917.545.5557 | | SDDV | 7 | $0.00 | $0.00 |

**Saturday, Aug 08**

[redacted]

**Sunday, Aug 09**

[redacted]

**Monday, Aug 10**

[redacted]

**Tuesday, Aug 11**

[redacted]

**Wednesday, Aug 12**

[redacted]

**Thursday, Aug 13**

[redacted]

**Friday, Aug 14**

[redacted]

| 03:45pm | INCOMI CL | 917.545.5557 | | SDDV | | 3 | $0.00 | $0.00 |

347.556.5532 continues...