Case 1:19-cv-07267-BMC   Document 62-7   Filed 10/02/20   Page 1 of 1 PageID #:

4:18  •••|| LTE

| Greeting | **Voicemail** | Edit |

+1 (313) 373-3000                    9/23/20

**Unknown**                          9/23/20
unknown                              00:14  ⓘ

**Unknown**                          9/11/20
unknown                              00:19  ⓘ

**Lucy**                             9/11/20
mobile                               00:07  ⓘ

**Unknown**                          9/10/20
unknown                              00:18  ⓘ

**Dee**                              ⬆️  ⓘ
work
September 2, 2020 at 2:35 PM

0:00                                 −0:29

▶️                    🔈   📞   🗑️

**Transcription Beta**

"Hey Jose and how are you hope all is well listen it's up to 35 on September 2 I think give me a call when you have a chance 646-404-0171 I was just reaching out to ___ let you know that I sent the email out to you I have several email addresses for you so I'm going to send them out to all of them take a look and let me know what you think thank you or call me back either way take care…"

Was this transcription useful or not useful?

 Favorites    Recents    Contacts    Keypad    Voicemail