| ORDER PLACED | TOTAL | SHIP TO | ORDER # 111-8780444-1431416 |
|---|---|---|---|
| May 12, 2020 | $97.19 | Jose Panora | Order Details \| Invoice |

**Delivered May 14, 2020**



VANYUST for iPhone X Screen Replacement, Upgrade Display OLED Touch Screen Digitizer Assembly with Waterproof Frame Adhesive Sticker for iPhone X 5.8 inch(Updated Version)
Sold by: VANYUST
Return window closed on Jun 13, 2020
$89.99

 Buy it again    View your item

Get product support
Ask Product Question
Write a product review

Archive order

| ORDER PLACED | TOTAL | SHIP TO | ORDER # 111-4292392-4534617 |
|---|---|---|---|
| May 10, 2020 | $9.71 | Jose Panora | Order Details \| Invoice |

**Delivered May 14, 2020**
Signed by: REL 0X2



McDuets Mini Makeup Mirror with Stand, Pack of 2, 2 Sided 360 Degree Swivel Vanity (1x to 2X) Magnification Tabletop, Gift for Women, Girls, Dolls, Choose (Bronze, 3 inches Round)
Sold by: McDuets
Return window closed on Jun 13, 2020
$8.99

 Buy it again    View your item

Write a product review

Archive order