



**Daniel**



**New contact photo available**
Update Contact...

iMessage
Dec 7, 2017, 9:38 AM

Good morning no se te olvidé el iPad para ver el fútbol

Okay gracias

Dec 7, 2017, 11:11 AM

De nada

Dec 8, 2017, 4:10 PM



**Tormenta de nieve impactará NYC este sábado | El Diario NY**
eldiariony.com

Dec 21, 2017, 9:57 PM

A las 10 juega Monterrey vs

   iMessage  

       



Daniel >

**New contact photo available**
Update Contact…

Dec 21, 2017, 9:57 PM

A las 10 juega Monterrey vs pachucha

Gracias

Jan 2, 2018, 2:15 PM



2018 llega con mejoras en la legislación laboral de NYC | El Diario NY
eldiariony.com

Wow tnks

Gracias

Jan 23, 2018, 6:15 PM

No ha llegado el pan 🍞

