

*Taimur Alamgir*
*Talamgir@kdvlaw.com*

Kaufman Dolowich & Voluck, LLP

135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101

www.kdvlaw.com

October 28, 2020

**Via ECF**
Hon. Brian M. Cogan, U.S.D.J.
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Jose Panora v. Deenora Corp., et al.*, **E.D.N.Y. Case No. 19-CV-7267 (BMC)**

Dear Judge Cogan:

    We represent Defendants in the above-referenced matter. Pursuant to Your Honor's Order dated October 27, 2020, annexed hereto is a complete copy of Plaintiff's deposition transcript. We note that Exhibits 1-18 to Plaintiff's deposition transcript were not included in the interest of brevity (Exhibit 19 is a video clip). However, should Your Honor wish to review any of the deposition exhibits, please let us know and we will file/arrange delivery to the Court of same.

    Lastly, Plaintiff's counsel is correct in pointing out that we failed to include pp. 109-110 of Plaintiff's deposition transcript in the excerpts thereof exhibited to our pre-motion letter at Dkt. No. 68, despite citing to those pages in our filing. This was a regrettable and inadvertent error, for which we apologize to Your Honor.

    Respectfully submitted,
    KAUFMAN DOLOWICH & VOLUCK, LLP

    By:    _____
            Taimur Alamgir

cc:    Plaintiff's counsel via ECF