UNITED STATES DISTRICT COURT

EASTERN DISTRICT COURT OF NEW YORK

---------------------------------------------x

JOSE PANORA,

on his own behalf and on behalf of others

similarly situated,

                              Plaintiff(s),

                                   Index No. 1:19-CV-07267

              -against-

DEENORA CORP

   d/b/a DEE'S;

DEE'S BRICK OVEN PIZZA, INC.,

   d/b/a  DEE'S; and

DEERAN ARABIAN a/k/a Dee Arabian,

                              Defendant(s).

---------------------------------------------x


                         October 8, 2020

                         10:22 a.m.


              VIDEO CONFERENCED EXAMINATION BEFORE

TRIAL of Plaintiff JOSE PANORA, pursuant to

Notice, before Laura B. Lowenthal, a Notary

Public within and for the State of New York.

```
 1
 2    A P P E A R A N C E S:
 3
      TROY LAW, PLLC
 4    Attorneys for Plaintiff(s)
         41-25 Kissena Bouievard, #103
 5       Flushing, New York 11355
 6    BY: AARON SCHWEITZER, ESQ.
         E-mail:  aaronschweitzer@troypllc.com
 7
 8    KAUFMAN, DOLOWICH & VOLUCK
      Attorneys for Defendant(s)
 9       135 Crossway Park Drive, #201
         Woodbury, New York 11797
10
      BY: AARON N. SOLOMON, ESQ.
11       E-mail:  asolomon@kdvlaw.com
12    BY: TAYLOR M. FERRIS, ESQ.
13
   ALSO PRESENT:
14
      EIBER TRANSLATIONS, INC.
15    Spanish Interpreter
         66 Powerhouse Road, Suite 403
16       Roslyn Heights, New York 11577
17    BY: ARIELA KOHEN
18
      Dee Arabian, Defendant
19
20    George Poletes, Lexitas, Exhibit Tech
21
22
23
24
25
```

```
 1

 2                    STIPULATIONS

 3

 4            IT IS HEREBY STIPULATED AND AGREED by

 5   and between the attorneys for the respective

 6   parties herein, that filing and sealing be and

 7   the same are hereby waived.

 8            IT IS FURTHER STIPULATED AND AGREED

 9   that all objections, except as to the form of the

10   question, shall be reserved to the time of the

11   trial.

12            IT IS FURTHER STIPULATED AND AGREED

13   that the within deposition may be sworn to and

14   signed before any officer authorized to

15   administer an oath, with the same force and

16   effect as if signed and sworn to before the

17   Court.

18                    oOo

19

20

21

22

23

24

25
```

1

2                VIDEOCONFERENCE STIPULATION

3

4                IT IS HEREBY STIPULATED AND AGREED by

5  and between counsel for all parties present that

6  pursuant to the CPLR section 3113(d) this

7  deposition is to be conducted by video

8  conference, that the court reporter, all counsel,

9  and the witness are all in separate remote

10 locations and participating via videoconference

11 (LegalView/Zoom) meeting under the control of

12 Lexitas Court Reporting Service, that the officer

13 administering the oath to the witness need not be

14 in the place of the deposition and the witness

15 shall be sworn in remotely by the court reporter

16 after confirming the witnesses identity, that

17 this videoconference will not be recorded in any

18 manner and that any recording without the express

19 written consent of all parties shall be

20 considered unauthorized, in violation of law, and

21 shall not be used for any purpose in this

22 litigation or otherwise.

23                IT IS FURTHER STIPULATED that exhibits

24 may be marked by the attorney presenting the

25 exhibit to the witness, and that a copy of any

1

2  exhibit presented to a witness shall be e-mailed

3  to or otherwise in possession of all counsel

4  prior to any questioning of a witness regarding

5  the exhibit in question. All parties shall bear

6  their own costs in the conduct of this deposition

7  by videoconference, notwithstanding the

8  obligation by CPLR to supply a copy of the

9  transcript to the deposed party by the taking

10 party in civil litigation matters.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2  A R I E L A   K O H E N,

3      an interpreter, having been duly sworn by

4      the Notary Public, translated as follows:

5  J O S E   P A N O R A,

6      called as a witness, having been first duly

7      sworn by a Notary Public, was examined and

8      testified as follows:

9  EXAMINATION BY

10 MR. SOLOMON:

11     Q    Can you please state your full name

12 for the record?

13     A    Jose Panora.

14     Q    Can you please state your current home

15 address for the record?

16     A    I live at 6 Bertha Street, Apartment

17 2, Albany, New York  12209.

18          MR. SCHWEITZER:   We should have a

19          document tech on the line to present

20          exhibits so I just want to briefly go

21          off the record so I can ascertain

22          where that person is so I will mute my

23          mic and I will be right back.

24          The time is now 10:22. I apologize for

25          the delay everybody and the technical

```
 1                    J. Panora
 2            difficulties for the document tech and
 3            the service provider for today's
 4            deposition but we will now go on the
 5            record.
 6            Again, sorry. I will try to get
 7            through the deposition as quickly as
 8            we can.
 9            I understand the witness has been
10            sworn and the interpreter has been
11            sworn; is that correct?
12            COURT REPORTER:  Yes.
13            MR. SOLOMON:  I will now commence with
14            the questioning.
15      Q     Mr. Panora, do you understand English?
16      A     A little bit, yes.
17      Q     Do you understand what I am saying
18 right now?
19      A     Yes.
20      Q     When you worked at Dee's did you speak
21 English to Dee or Spanish?
22      A     English.
23      Q     Can you read English?
24      A     More or less.
25      Q     Have you read documents in this case
```

```
 1                    J. Panora
 2   in English?
 3        A     Some, yes.
 4        Q     Which documents have you read?
 5        A     Some of the ones that my lawyer showed
 6   me.
 7        Q     What documents did your lawyer show
 8   you?
 9        A     When we started the Complaint.
10        Q     Anything else?
11        A     Those are the documents that I have
12   seen.
13        Q     Just the Complaint?
14        A     I read the ones that I signed.
15        Q     You read the documents you signed?
16        A     Yes.
17        Q     You read them in English?
18        A     Yes.
19        Q     They were not translated to you?
20        A     No, I read them by myself and I
21   understood as far as I could.
22        Q     You understood the documents that you
23   read; correct?
24        A     Yes.
25        Q     What is today's date?
```

```
 1                      J. Panora
 2      A      Today is October 8.
 3      Q      What year?
 4      A      2020.
 5      Q      Have you ever been known by any other
 6   name than Jose Panora?
 7      A      No, that is my only name.
 8      Q      Do you know what a nick name is?
 9      A      Nick name, yes.
10      Q      Do you have any nick names?
11      A      I have been called by nick names, yes.
12      Q      What nick names have you been called?
13      A      Chepa.
14      Q      What does Chepa mean?
15      A      I don't know why but they call people
16   named Jose Chepa.
17      Q      What is your birth date?
18      A      August 5, 1974.
19      Q      What is your birth location?
20      A      Ecuador.
21      Q      When did you come to the United
22   States?
23      A      I don't remember exactly the date but
24   I have been here for 29, 30 years.
25      Q      Do you have a social security number?
```

```
 1                    J. Panora
 2              MR. SCHWEITZER:   Don't answer that.
 3              MR. SOLOMON:  Why not?
 4              MR. SCHWEITZER:  That information is
 5              not discoverable.
 6              MR. SOLOMON:  You know he is a
 7              citizen, right?
 8              MR. SCHWEITZER:   It is still not
 9              discoverable.
10              MR. SOLOMON:  Still not discoverable.
11              Okay, we will mark that for a ruling.
12              Immigration status is not a concern
13              unless you tell me that he is not a
14              citizen when my understanding is that
15              he is.
16              MR. SCHWEITZER:   Not relevant.  Not
17              discoverable. Either way.
18        Q    Mr. Panora, do you know why you're
19   here today?
20        A    Yes.
21        Q    Why are you here?
22        A    I have to be deposed regarding my job.
23        Q    Do you know why?
24        A    Because it was asked for.
25        Q    Do you know who asked for it?  Do you
```

```
 1                    J. Panora
 2   know who asked for it?
 3        A     It was decided amongst the lawyers.
 4        Q     What device are you using to attend
 5   this deposition today?
 6        A     I am using my computer to do Zoom.
 7        Q     A lap top or a desktop?
 8        A     Lap top.
 9        Q     Where are you right now?
10        A     I am in my house living room.
11        Q     Do me a favor, pick up the lap top,
12   spin it around, show me the room that you're in?
13        A     (Indicating).
14        Q     Thank you very much.
15              Have you ever been a party in a
16   lawsuit before?
17        A     Nothing regarding this one, no.
18        Q     Have you ever been a plaintiff in any
19   kind of case before?
20        A     No.
21        Q     Have you ever been a defendant in any
22   kind of case before?
23        A     No.
24        Q     Have you ever been called to testify
25   as a witness before?
```

```
 1                        J. Panora
 2        A      No.
 3        Q      Have you ever been deposed before?
 4        A      As far as I remember, no.
 5        Q      Is there anything that would help you
 6    remember?
 7        A      No.
 8        Q      What is your highest level of
 9    education?
10        A      Unfortunately only up to sixth grade
11    of elementary school.
12        Q      That was in Ecuador?
13        A      Yes.
14        Q      I am going to give you a few
15    instructions.
16               Just let the interpreter finish
17    interpreting what I am saying.  So of course now
18    let the interpret translate this much and then I
19    will continue.
20               As you can see we have a court
21    reporter who is transcribing everything that we
22    are saying. The court reporter can transcribe
23    what we say, they can't transcribe what we do.
24    So I would ask that you not make any gestures or
25    any inaudible responses such as uh-huh, uh-hum.
```

```
1                    J. Panora
2   Yes or no will suffice.
3        A    Okay.
4        Q    So I would ask that you speak slowly
5   because we are using a translator and what
6   happens is the translator translates my question
7   to you, you answer it in Spanish and the
8   translator translates the answer back to me in
9   English; do you understand that?
10       A    Yes.
11       Q    If you don't understand the question
12  please let me know.
13       A    Okay.
14       Q    If you answer my question I will
15  assume that you heard and understood the question
16  you were asked and move on.
17            If you need a break let us know.  The
18  lawyer needs a break in 27 minutes for example.
19       A    Okay.
20       Q    I would only ask that you not take a
21  break while a question is pending.
22       A    Okay.
23       Q    And that means you have to answer what
24  ever question I ask you before a break is given.
25       A    Okay.
```

```
 1                      J. Panora
 2       Q      Do you have any questions about my
 3   instructions?
 4       A      No.
 5       Q      Is there any reason you can think of
 6   either physically, psychologically or emotionally
 7   or what ever that would cause you not to be able
 8   to give truthful or accurate testimony during
 9   today's deposition?
10       A      No.
11       Q      Have you drank any alcohol in the last
12   24 hours?
13       A      No.
14       Q      Have you taken any medication or drugs
15   legal or illegal in the last 24 hours that might
16   impair or could impair your ability to think,
17   recall, tell the truth or answer questions?
18       A      No.
19       Q      Are you taking any medications
20   currently?
21       A      No.
22       Q      What is your cell phone number?
23       A      347-556-5532.
24       Q      What is your provider?
25       A      AT&T.
```

```
 1                       J. Panora
 2       Q       How long have you used the number that
 3  you just gave?
 4       A       Approximately 13 or more years.
 5       Q       Thirteen or more years?
 6       A       Yes.
 7       Q       What kind of phone do you have?
 8       A       IPhone.
 9       Q       IPhone 10, 9, 11?
10       A       11.
11       Q       How long have you had your iPhone?
12       A       I got it around like three, around
13  three months ago.
14       Q       The phone you have before that was
15  that also an iPhone?
16       A       Yes.
17       Q       How long did you have that iPhone?
18       A       I am not a hundred percent sure but
19  around five years.
20       Q       Is that an iPhone 10, 9, 8?
21       A       Ten.
22       Q       Why did you get a new phone three
23  months ago?
24       A       Because unfortunately the screen of my
25  phone was damaged.
```

```
 1                        J. Panora
 2      Q      Does the screen still work?
 3      A      No, it became black and white.
 4      Q      Do you have that phone?
 5      A      Maybe I do.
 6      Q      What does maybe mean?
 7      A      I am not sure if I discarded the phone
 8   or not because it was not working.
 9      Q      What would help you remember what you
10   did with the phone?
11      A      Truthfully I would have to look for it
12   and if I have it I will find it and if I don't
13   find it it means that I don't have it any more.
14      Q      Do you use the iCloud?
15             Do you know what the iCloud is?
16      A      Yes, well I have a vague idea, yes.
17      Q      What is your vague idea of the iCloud?
18      A      That you can keep there like things
19   like pictures and stuff.
20      Q      When you got your new phone three
21   months ago did you get any data that was on the
22   old phone from the iCloud?
23      A      Well truthfully I don't know if it was
24   saved or not. I did pass the information from my
25   former phone but I don't know.
```

```
 1                    J. Panora
 2        Q      So there are pictures on your phone
 3   that you have now that were older than three
 4   months ago?
 5        A      I have not checked my pictures. Maybe.
 6        Q      Do you have your phone with you?
 7        A      If I have my phone?
 8        Q      That is my question.
 9        A      It is nearby.
10        Q      Can you go get it?
11        A      Yes.
12        Q      I want you to look at your photos.
13   Can you open up your photos?
14        A      Okay.
15        Q      You are on the main screen for photos?
16        A      Yes.
17        Q      You see at the top is there at the top
18   the time, is there a date range?
19        A      No.
20        Q      What do you see?
21        A      Pictures.
22        Q      I want you to scroll up as far as you
23   can.
24        A      Okay.
25        Q      I want you to find the very first
```

1                    J. Panora

2    picture and click on that picture.

3         A    Okay.

4         Q    Hold the phone up to your camera so I

5    can see it.  Just to show me that picture. A

6    little closer.

7              There is a date at the top of that

8    photo. Can you tell me what the date is?

9         A    December 6, 2017.

10        Q    2017?

11        A    Yes.

12        Q    Is it fair to say you have text

13   messages older than three months ago on your

14   phone?

15        A    I can imagine that, yes.

16        Q    That is all for now for the phone. You

17   can put it away. If you want to take a minute to

18   put it away or leave it there that is fine.

19        A    Okay.

20        Q    The address you gave at the beginning

21   of this deposition how long has it been your

22   address?

23        A    I have been living here for about

24   eight to ten months.

25        Q    Where did you live before your current

```
 1                      J. Panora
 2    address?
 3         A      In Queens.
 4         Q      What is the address in Queens?
 5         A      I am sorry. 60-26 48th Street,
 6    Woodside, New York.
 7         Q      Do you live with anybody currently?
 8         A      With my mom and my wife.
 9         Q      Did you live with anybody in Queens?
10         A      With my wife and my son.
11         Q      How long did you live at that address
12    in Queens?
13         A      About 12 years.
14         Q      Have you ever declared bankruptcy?
15         A      No.
16         Q      Has there ever been a judgment against
17    you by anyone court?
18         A      No.
19         Q      Have you ever been convicted of a
20    crime?
21         A      No.
22         Q      Have you ever been arrested?
23         A      No.
24         Q      Do you have a driver's license?
25         A      Yes.
```

```
 1                        J. Panora
 2        Q     You are under oath right now; do you
 3   understand that?
 4        A     Yes.
 5        Q     So what was the oath you just took?
 6        A     To tell the truth.
 7        Q     Do you know what perjury means?
 8        A     No.
 9        Q     I will tell you.
10              Perjury is defined as a false swearing
11   or lying while under oath; do you understand
12   that?
13        A     Yes.
14        Q     Perjury is a felony in the State of
15   New York; do you understand that?
16        A     Okay, but I don't understand what is a
17   felony here.
18        Q     Happy to tell you.
19              A felony is a crime that is punishable
20   by more than one year of imprisonment.
21        A     I don't know what that can be.
22        Q     Perjury is a felony and I just told
23   you what a felony is.
24              Now do you understand what perjury is?
25        A     Yes.
```

```
 1                    J. Panora
 2      Q     You wouldn't lie to me today; right?
 3            MR. SCHWEITZER:   Note my objection.
 4            You can answer.
 5      A     Yes.
 6      Q     You would lie to me or you wouldn't?
 7      A     No, you were saying that the lawyer
 8  was answering for me.
 9      Q     No, I am going to ask you the
10  question. I will ask you the question again. Your
11  lawyer has made an objection but he said you can
12  answer it. So this time your lawyer is not going
13  to object, it is the same question, and I will
14  agree that the objection is still there.
15            So my question is would you lie to me
16  today?
17      A     No.
18      Q     Do you know what an affidavit is?
19      A     An affidavit, no, I don't know what
20  that is.
21      Q     No idea?
22      A     Well I am not sure. Something that
23  where you tell the truth in a letter, right?
24      Q     Pretty close.
25            Have you seen an affidavit before?
```

1                    J. Panora

2       A     Like a letter, yes, I have seen that

3  paper.

4       Q     How many affidavits have you seen?

5       A     I don't remember how many I have seen.

6       Q     One, two?

7       A     Possibly two or more, yes.

8       Q     Have you seen ten?

9       A     Throughout my whole life I don't know.

10  I am not keeping tabs.

11      Q     Do you know when you sign an affidavit

12  you take the same oath you took today?

13      A     Yes, I do it, yes.

14      Q     If you write something in an affidavit

15  that is false that can also be perjury; do you

16  understand that?

17      A     Yes.

18      Q     You agree with me an affidavit is a

19  very serious thing?

20      A     Yes.

21      Q     You have a lawyer; right?

22      A     The one who is here giving me advice

23  not today but yes.

24      Q     Do you have any other lawyers right

25  now?

```
 1                      J. Panora
 2        A      My immigration lawyer, yes.
 3        Q      Who is that?
 4        A      Tapia.
 5        Q      Tapia what?
 6        A      I don't remember his name.
 7        Q      Do you know where Tapia's office is?
 8        A      He is in Queens, based in Queens.
 9        Q      So is it fair to say you only have two
10   lawyers right now, you have your immigration
11   lawyer and the lawyer who is representing you
12   today?
13        A      Yes.
14        Q      I don't want to talk about the
15   immigration lawyer any more.
16               What I want to know is why did you get
17   the lawyers you have today?
18        A      For my case at work.
19        Q      Why did you feel you needed a lawyer
20   for a case at work?
21        A      Because I don't know everything about
22   the law and I didn't agree with some that is why
23   I need a lawyer.
24               Because I don't know about law and
25   that is why I needed a lawyer because I didn't
```

```
 1                    J. Panora
 2   need to deal with some things but because I
 3   didn't know about law I needed a lawyer.
 4        Q      Why did you think you needed a lawyer?
 5        A      Because I don't know how to follow a
 6   case by myself.
 7        Q      What kind of case did you think you
 8   had?
 9        A      Compensation, workers' comp.
10        Q      Do you mean did you get hurt on a job?
11        A      No, the time that I had work overtime.
12        Q      So you went to a lawyer because you
13   had a question about overtime?
14        A      Yes.
15        Q      What was your question about overtime?
16              MR. SCHWEITZER:   You don't have to
17              answer that.
18              MR. SOLOMON:  Yes, he does.
19              MR. SCHWEITZER:  You have asked him
20              about a communication a question he
21              asked with his lawyer.
22              MR. SOLOMON:  I will do it
23              differently.
24        Q      What about overtime did you hope your
25   lawyer would answer?
```

```
 1                      J. Panora
 2        A      Compensation, to get a compensation
 3   because usually the shift is eight hours and I
 4   worked for more than eight hours.
 5              MR. SCHWEITZER:   Can we take our
 6              break now?  It is three to 11.
 7              MR. SOLOMON:  Let me give him
 8              instructions.  We will go off the
 9              record right now.
10              Mr. Panora, you can stay where you
11              are. I am going to stay where I am.
12              Everybody will go on mute so nobody
13              will talk to Mr. Panora while Mr.
14              Schweitzer is taking his phone call.
15              THE WITNESS:  I don't know which
16              button I need to touch so hopefully
17              someone will show me.
18              INTERPRETER:  I will show him a
19              picture.  You have to make sure it's
20              crossed (the mic).
21              MR. SOLOMON:  If everybody else mutes
22              then he can be unmuted.  That is fine.
23              (Time noted:  10:57 to 10:45)
24              MR. SOLOMON:  Aaron, at the beginning
25              of the deposition you represented to
```

```
 1                    J. Panora
 2              me you needed a short break at 11:00
 3              to take a telephone conference with
 4              Judge Mann.  I permitted that.  You were
 5              gone for approximately 43 minutes.
 6              Give me the, just so I have a complete
 7              record, what case was it involved with
 8              respect to that phone call with Judge
 9              Mann?
10              MR. SCHWEITZER:  I apologize.  It was
11              Judge Parker.  It was case number
12              17-cv-816.
13              MR. SOLOMON:  Eastern District or
14              Southern?
15              MR. SCHWEITZER:  Southern.
16              MR. SOLOMON:   After our 43 minute
17              break it is now 11:46 a.m. we will be
18              going back on the record.
19         Q    So Mr. Panora, you were talking about
20    the fact you went to a lawyer because you have a
21    questions about compensation; is that correct?
22         A    Yes.
23         Q    Did you feel like you were owed money?
24         A    Yes.
25         Q    How much money do you think my client
```

```
1                          J. Panora
2    owes you?
3         A     I didn't -- I don't know.  I didn't
4    make the math.
5         Q     You have no idea how much money you
6    want a court to award you?
7         A     No, I don't have the exact sum.
8         Q     I am not asking for an exact sum, do
9    you have an approximate sum?
10        A     No.
11        Q     You just never thought about it?
12        A     The amount, no.
13        Q     How do you know you're owed any money
14   at all?
15        A     Well, when I met my lawyers I
16   understood that if you are working more than
17   eight hours then you should be making more for
18   the hours after eight hours.
19        Q     Is that something you knew before you
20   came to your lawyer or only after?
21        A     I heard that before but I never
22   investigated.
23        Q     Did you do any investigation to
24   determine how much you think you might be owed?
25        A     No, I have not.
```

```
 1                    J. Panora
 2       Q      So how do you know you are owed
 3  anything at all?
 4       A      Like I said before, I have worked for
 5  more than eight hours per day.
 6       Q      Why do you think you're owed money for
 7  working more than eight hours per day?
 8       A      Because it said that if you work eight
 9  hours you make X amount of money and every hour
10  that you work after eight hours you should be
11  paid differently.
12       Q      That "it" said. I want to know what
13  said?
14       A      Well that is where you hear around
15  even on TV there is some advertising that says
16  like if you want to contact us because you work
17  more than eight hours and have not been
18  compensated you know.
19       Q      Is everybody entitled to get more
20  money for working more than eight hours?
21       A      That I don't know.
22       Q      Do you have any idea who is entitled
23  to get more money for working more than eight
24  hours and who is not?
25       A      No.
```

```
 1                          J. Panora
 2         Q      Am I entitled to get more money if I
 3   work more than eight hours in a day?
 4         A      I cannot tell you that because I don't
 5   know how exactly it works for you.
 6         Q      How did you find your lawyers, not
 7   your immigration lawyer, the lawyers you have for
 8   your case that we are in now?
 9         A      I was reading the paper once.
10         Q      Which paper?
11         A      I assume the newspaper.
12         Q      You tell me. What paper do you read?
13         A      That is what I am saying. The name of
14   the newspaper -- what is the name of the
15   newspaper.
16                INTERPRETER:  My mistake.
17         A      The name of the newspaper is called El
18   Diario.
19         Q      You called the number I assume from
20   the newspaper?
21         A      Yes.
22         Q      How many times between when you called
23   the number and now have you spoken with your
24   lawyer?
25         A      How many times, several times.
```

```
 1                    J. Panora

 2        Q      More or less than five times?

 3        A      More.

 4        Q      Do you know who Mr. Troy is?

 5        A      Yes.

 6        Q      How many times have you spoken with

 7   Mr. Troy?

 8        A      Over the phone, four or more than

 9   four.

10        Q      How long are those conversations when

11   you have spoken to Mr. Troy?

12        A      About five minutes.

13        Q      When you speak with Mr. Troy do you

14   speak in English or Spanish?

15        A      In English.

16        Q      And he can understand you?

17        A      Yes.

18               MR. SCHWEITZER:   Objection. Don't

19               answer that.

20               MR. SOLOMON:   He already did.  Also

21               not privileged.

22               MR. SCHWEITZER:   It is not about

23               privilege.  It's about how he is

24               testifying as to what somebody else

25               understood.
```

```
 1                    J. Panora
 2              MR. SOLOMON:   Then he can answer. Then
 3              let's do something different shall we.
 4        Q     Could you understand Mr. Troy?
 5        A     Can you please repeat. You're breaking
 6   up.
 7              Yes.
 8        Q     Did you ever meet with Mr. Troy in
 9   person?
10        A     Yes.
11        Q     How many times did you meet with him
12   in person?
13        A     Like twice.
14        Q     When was the last time you met with
15   him in person?
16        A     I don't remember exactly.
17        Q     It was not like this week or last
18   week; right?
19        A     No.
20        Q     Do you know Mr. Schweitzer here?
21        A     Yes, we have been in touch.
22        Q     How many times?
23        A     I think like two more or less.
24        Q     In person or by phone?
25        A     Over the phone.
```

```
 1                    J. Panora
 2        Q     When was the last time before today
 3   that you spoke with Mr. Schweitzer?
 4        A     Sunday.
 5        Q     How long was that conversation?
 6        A     On Sunday we had a video call. It
 7   lasted for around three hours. I don't remember
 8   exactly.
 9        Q     Prior to that video call when was the
10   last time you spoke with Mr. Schweitzer?
11        A     I think it was, I am not sure.
12        Q     Is it possible that the last time you
13   spoke to Mr. Schweitzer was more or less than six
14   months ago?
15        A     With this man that is here today?
16        Q     Yes.
17        A     I had spoke to some of them so I
18   cannot tell you exactly everyone or with whom I
19   communicated each time.
20        Q     Well I am kind of curious, just
21   besides Mr. Troy and Mr. Schweitzer who else at
22   Mr. Troy's office have you communicated with that
23   you can remember?
24        A     I don't remember the name but there is
25   another person that picks up the phone and calls
```

```
 1                    J. Panora
 2    you back.
 3         Q     Is that person American, Caucasian,
 4    Hispanic?
 5         A     I don't think it is Hispanic but I
 6    don't know what kind of nationality this person
 7    is.
 8         Q     Would you ever speak with someone
 9    named Miss Lim?
10         A     I don't remember names.
11         Q     Just trying to refresh your
12    recollection. So have you ever spoken with
13    someone named Maggie Huang?
14         A     Honestly I don't remember names.
15         Q     Is there anything that would refresh
16    your recollection?
17         A     No.
18         Q     So was anybody else on the video call
19    with you and Mr. Schweitzer?
20         A     On the video call, no, no.
21         Q     Did you review any documents prior to
22    today's deposition?
23         A     Yes, I reviewed documents.
24         Q     When did you review these documents?
25         A     Between Monday and, well, I checked
```

1                        J. Panora

2   the documents.

3        Q      How much time did you spend reviewing

4   documents before your deposition?

5        A      I didn't have much time because I had

6   to work.

7        Q      Where do you currently work?

8        A      I am working at a company that makes

9   roofs.

10       Q      How long have you been working there?

11       A      Six, seven months.

12       Q      How much do they pay you?

13       A      Right now $32 per hour.

14       Q      Is it a union job or nonunion job?

15       A      Union.

16       Q      Which union?

17       A      241 Roofers.

18       Q      Forgive me if I asked, what is the

19   name of the company that you work for?

20       A      The name of the company is Titan.

21       Q      Do you know what their business

22   address is or their location?

23       A      It is a big company, they have several

24   offices.   There is one though that is in Albany.

25       Q      Turning back to the documents you

```
 1                    J. Panora
 2   reviewed prior to this deposition I just want to
 3   know what documents you reviewed?
 4        A     Well I reviewed my affidavit and
 5   basically pretty much that was it. I reviewed my
 6   affidavit.
 7        Q     One affidavit or more than one?
 8        A     I think I only reviewed one because I
 9   don't have that much time.
10        Q     Do you know which affidavit you
11   reviewed?
12        A     No, I don't know which one exactly.
13        Q     So other than your attorney did you
14   discuss this deposition with anyone?
15        A     No.
16        Q     Other than your attorney have you or
17   technically me have you discussed your lawsuit
18   with anyone?
19        A     As far as I remember, no.
20        Q     What would help you remember?
21        A     Nothing.
22        Q     Nothing?
23        A     No.
24        Q     So do you know who Robert Dennis is?
25        A     Yes, my former co-worker at work.
```

```
 1                     J. Panora
 2        Q    If he were to testify that you spoke
 3   about your lawsuit with him would he be lying?
 4        A    No, he called me to tell me that it
 5   was a lawsuit going on.
 6        Q    Did you not know there was a lawsuit
 7   going on?
 8        A    Yes, I know but he contacted me to
 9   tell me what he knew what he found out.
10        Q    What did he find out?
11        A    He told me that he wrote a letter for
12   my boss but he didn't want to be either with him
13   or with me.
14        Q    Did he tell you anything else?
15        A    I don't remember if he did or he
16   didn't.
17        Q    Is there anything that would help you
18   remember?
19        A    No.
20        Q    It is fair to say you don't know?
21        A    Regarding the case I don't remember
22   that we had said anything else. Then you know it
23   is a friendship. It was more like a friendship
24   call.
25        Q    I am not asking about any friendship
```

```
1                      J. Panora
2    related communication.  I am asking about any
3    case related communications and I am asking other
4    than the ones you testified today is it safe to
5    say that there were none?
6         A     Question, are we talking about all our
7    communication all of our conversations since we
8    met or are we talking about now?
9         Q     You didn't file this case when you met
10   Mr. Dennis; right?
11        A     No.
12        Q     I am not asking about all of your
13   communication about Mr. Dennis all the times, I
14   am only asking about communications you have had
15   with Mr. Dennis regarding this case and I am
16   asking have you told me about every single
17   communication you have had with Mr. Dennis
18   regarding this case?
19        A     Yes, recently he called me and he told
20   me that he wanted to meet in person to discuss
21   the case. Not about the case.  He didn't say the
22   case.  He wanted to talk to me and he wanted to
23   meet in person so we met in Queens. Well we had a
24   conversation like a friendly conversation, we
25   spoke about real estate and he mentioned his
```

```
 1                      J. Panora
 2   case. He told me about his case.
 3         Q      His case?
 4         A      My case.
 5         Q      So he told you about your case?
 6         A      Yes.
 7         Q      What did you say to him and what did
 8   he say to you about your case during that
 9   meeting?
10         A      He asked me why I didn't accept the
11   offer that the lawyers made. He told me that if
12   you didn't accept this offer you will lose your
13   case and you will have to pay for your lawyers.
14   And this was a lot of the conversation that I had
15   with him.
16         Q      Did you know what offer he was talking
17   about?
18         A      Yes, he was talking about an offer
19   that the lawyer made me and that is what he was
20   talking about.
21         Q      Do you know what the offer was?
22         A      Yes, he was referring to an offer that
23   was like $30,000 something. I don't remember
24   exactly how much.
25         Q      Other than Robert Dennis is it your
```

```
 1                        J. Panora
 2   testimony under penalty of perjury that you have
 3   never spoken with anyone else other than your
 4   attorney about your case?
 5               MR. SCHWEITZER:   Mr. Solomon, before
 6               the answer is given please clarify
 7               that that question includes
 8               conversations with any other person
 9               who might have initiated with him.
10               MR. SOLOMON:  What does that mean,
11               Aaron?
12               MR. SCHWEITZER:  Well when you say
13               have you talked with somebody or have
14               you spoken with somebody that
15               sometimes gets interpreted as have you
16               initiated a conversation.
17               MR. SOLOMON:  I am sorry. Are you
18               trying to restrict my question?
19               MR. SCHWEITZER:  No, I am trying to
20               broaden your question to make sure it
21               gets asked.
22        Q    Other than your attorneys or anyone
23   working in your attorney's office have you ever
24   had a discussion with any other person either
25   initiated a discussion or somebody initiated a
```

```
 1                      J. Panora
 2   discussion with you about your case other than
 3   Robert Dennis?
 4        A      I don't remember speaking about the
 5   case, no.
 6        Q      Is there anything that would refresh
 7   your recollection?
 8        A      I don't know. I don't think so.
 9        Q      If somebody else such as Deenora,
10   Dagmora -- do you know who Dagmora is?
11        A      Who?
12        Q      Dagmora?
13        A      Yes.
14        Q      Who is she?
15        A      A waitress that worked there.
16        Q      If she were to testify that she spoke
17   to you about the case would she be lying?
18        A      Right now I don't remember speaking to
19   her about the case.
20        Q      There is nothing you could look at
21   that would refresh your memory as to who you
22   spoke to about your case and when?
23        A      No.
24        Q      What do you want to achieve with this
25   case?
```

```
 1                    J. Panora
 2       A     Just compensation.
 3       Q     And again, you have no idea how much
 4  compensation you want?
 5       A     Well I don't have idea exactly of a
 6  number but my lawyers they do because they are
 7  the ones who are like managing this.
 8       Q     Do you know what a trial is?
 9       A     Yes.
10       Q     What is a trial?
11       A     That is where we are bringing up with
12  my boss.
13       Q     With the jury; right?
14       A     Yes.
15       Q     Do you know what a settlement is?
16       A     Yes.
17       Q     What is a settlement?
18       A     Like if we reach an agreement amongst
19  us.
20       Q     An agreement as to what?
21       A     Regarding the case.
22       Q     Is that a monetary agreement?
23       A     I think so.
24       Q     Do you want a trial or do you want a
25  settlement?
```

```
 1                      J. Panora
 2             MR. SCHWEITZER:   Objection.  You
 3             don't have to answer that.
 4             MR. SOLOMON:  What grounds, counsel?
 5             State the record for my 30(b)(2)
 6             motion.  Let's do it.
 7             MR. SCHWEITZER:   You are asking him
 8             about his legal strategy.
 9             MR. SOLOMON:  I am not asking about
10             his legal strategy at all.
11             MR. SCHWEITZER:  That is exactly what
12             you're doing.  You're asking if he
13             wants to go to trial or if he wants a
14             settlement. That is a strategic
15             question.
16             MR. SOLOMON:   It's not a strategic
17             question.
18             MR. SCHWEITZER:   It's about gathering
19             facts.
20             MR. SOLOMON:  So let's make it a non
21             strategic question.
22      Q    Would you be interested in a
23   settlement?
24             MR. SCHWEITZER:   Objection.  You
25             don't have to answer that. This is not
```

```
 1                        J. Panora
 2              the forum to conduct a settlement
 3              negotiation.
 4              MR. SOLOMON:   I am not conducting a
 5              settlement negotiation, Aaron.
 6              MR. SCHWEITZER:  That is exactly what
 7              you are doing.  You have asked him now
 8              if he is interested in a settlement.
 9              You're trying to negotiate with him.
10              MR. SOLOMON:  Counsel, is that a
11              direction not to answer?
12              MR. SCHWEITZER:  There will be a
13              direction not to answer, yes.
14              MR. SOLOMON:  What are the grounds,
15              counsel?  No grounds?
16              MR. SCHWEITZER:  This is not the forum
17              to conduct a settlement negotiation.
18              MR. SOLOMON:  It is a deposition. I
19              can ask the question, right?  You have
20              no grounds for directing him not to
21              answer, okay. So I am going to ask
22              him.
23        Q     Is a settlement something you are
24     interested in?
25              MR. SCHWEITZER:   Objection. Instruct
```

```
 1                   J. Panora
 2           you not to answer.
 3           MR. SOLOMON:  On what grounds,
 4           counselor?
 5           MR. SCHWEITZER:   I have given you
 6           grounds.
 7           MR. SOLOMON:  No, you have not, Aaron.
 8           Give me grounds.
 9           MR. SCHWEITZER:   I have given you
10           grounds.
11           MR. SOLOMON:  Come on.  Tell me what
12           the grounds are.
13           MR. SCHWEITZER:   The grounds are that
14           this is not a negotiation.  This is a
15           deposition.
16           MR. SOLOMON:  I am not trying to enter
17           into a negotiation with him.  I am
18           just asking him --
19           MR. SCHWEITZER:  You are just asking
20           him if he is interested in a
21           settlement.  That is a negotiation.
22           That is opening a negotiation. That is
23           what a negotiation is.
24           MR. SOLOMON:  Alright.  Is that
25           something you fear, Aaron?
```

```
 1                      J. Panora
 2              MR. SCHWEITZER:   On the record at a
 3              deposition?
 4              MR. SOLOMON:  Yes.  So that is
 5              something you are afraid of, not him.
 6              Understood.
 7              MR. SCHWEITZER:  On the record at a
 8              deposition?  It is not appropriate at
 9              all.
10              MR. SOLOMON:   It is entirely
11              appropriate, my friend.  So we will
12              mark that and we will have him back
13              and he is going to have to answer
14              again and we are going to move for
15              attorney fees, alright?
16              MR. SCHWEITZER:   Feel free to try.
17        Q     Mr. Panora, whose choice is it to go
18   to trial or to settle?
19        A     My lawyers will advise me on what is
20   the best option.
21        Q     So it is your choice?
22        A     My lawyers would advise me of what is
23   the best outcome for me.
24              MR. SOLOMON:  Let's mark a document.
25              Let's pull it up. Let's do Exhibit 21.
```

```
 1                    J. Panora
 2            MR. POLETES:  Would you like me to
 3            display that?
 4            MR. SOLOMON:  Yes, I would.
 5       Q    Mr. Panora, can you read this
 6  document?
 7       A    Yes.
 8            MR. SOLOMON:  Scroll down and show him
 9            the rest of the document, please.
10       Q    Mr. Panora, I will represent to you
11  that this is an Offer of Judgement; do you see
12  that?
13       A    Yes, I heard.
14       Q    Have you seen this document before?
15       A    Yes.
16       Q    When did you see this document?
17       A    I looked at this document. I am not
18  sure about the date but I have seen this
19  document.
20       Q    How did you come to acquire this
21  document?
22       A    My lawyer sent me a copy, my former
23  boss also texted me it was by text that he send
24  me one. And my former boss also send me an e-mail
25  with it.
```

```
 1                      J. Panora
 2        Q      Now the e-mail that you got from your
 3   former boss, the copy that you got from your
 4   lawyer did it all happen at around the same time?
 5        A      I am not a hundred percent sure but I
 6   have seen the papers.
 7        Q      I am just asking, and I want you to
 8   answer my question, I am not saying did they
 9   happen on the exact day but did they happen
10   within the same week or two that you got it from
11   your lawyer and you got it from your former boss?
12        A      Yes.
13        Q      Do you know were those two weeks in
14   September or August?
15        A      I don't remember.
16        Q      It couldn't have been July or June;
17   right?
18        A      I don't think so.
19        Q      I would like to scroll down on this
20   document to the date at the bottom.
21               Do you see this document is dated July
22   9?
23        A      Yes.
24        Q      I would like to show you a different
25   document.
```

```
1                        J. Panora
2              MR. SOLOMON:  Let's pull up Exhibit 22
3              please. Let's scroll down.
4       Q     Have you seen what you are looking at,
5  have you seen this letter before?
6       A     I have seen some letters but I am not
7  so sure which ones I have seen.
8       Q     Let's scroll down.
9              You see another Offer of Judgement; do
10 you see that?
11      A     Yes.
12      Q     Let's scroll down to the date.
13             Do you see the date on that Offer of
14 Judgement is September 2, 2020?
15      A     Yes.
16      Q     Is it fair to say that this is the
17 Offer of Judgement that you received from your
18 former boss and from your lawyer?
19      A     I think that I have seen this letter,
20 yes, you know what, yes, I saw this letter, yes.
21      Q     So let's go back to Exhibit 21.
22             Now we could agree that these two
23 documents Exhibit 21 and Exhibit 22 were the same
24 except for the date; correct?
25      A     They look very much alike.
```

```
 1                      J. Panora
 2        Q     So you just testified that you saw the
 3   Offer of Judgement that was dated September 2,
 4   2020.
 5              Is it fair to say you never saw Offer
 6   of Judgement dated July 9, 2020?
 7        A     I couldn't be a hundred percent sure
 8   because I look at papers but I am not sure.
 9        Q     What would make you sure?
10        A     Both documents are similar so it's
11   hard to remember which one I saw.
12        Q     But your ex boss never sent you
13   another Offer of Judgement; correct?
14        A     My ex boss, no, he only sent it to me
15   once.
16        Q     And your lawyer, did your lawyer only
17   send it to you once?
18        A     I am not so sure because since I am
19   far away sometimes I send them papers, sometimes
20   they send me papers.
21        Q     So it is your testimony that you don't
22   know if you ever received an Offer of Judgement
23   dated July 9, 2020?
24        A     Truthfully it's like no, I don't
25   remember.
```

```
 1                    J. Panora
 2        Q     Do you know what an Offer of Judgement
 3   is?
 4        A     No.
 5        Q     You have no idea?
 6        A     Well I am not so sure.
 7        Q     What does that mean?
 8        A     Are you asking me how the offer works?
 9   I am not sure.
10        Q     For now I am asking you do you know
11   what an Offer of Judgement is; yes or no?
12        A     No.
13        Q     Do you know what happens if you accept
14   an Offer of Judgement?
15        A     No.
16        Q     No one has ever told you what happens
17   if you accept an Offer of Judgement?
18              MR. SCHWEITZER:   Objection.  Don't
19              answer that.
20              MR. SOLOMON:  Why, Aaron?
21              MR. SCHWEITZER:   Because it goes to
22              attorney/client communication.
23              MR. SOLOMON:  No, it doesn't.
24              MR. SCHWEITZER:   If anyone was to
25              tell him what an Offer of Judgement,
```

```
 1                        J. Panora
 2                what accepting an Offer of Judgement
 3                would do.
 4      Q      Do you have any awareness at all --
 5                MR. SOLOMON:  And by the way, Aaron,
 6                it is actually wrong.
 7      Q      But do you have any awareness at all
 8  as to what happens if you would accept an Offer
 9  of Judgement, Mr. Panora?
10      A      No, I don't know what could happen.
11      Q      Do you have any awareness at all of
12  what could happen if you do not accept an Offer
13  of Judgement?
14      A      No.
15      Q      Did you want to accept this Offer of
16  Judgement Exhibit 21?
17      A      I would have to consult with my
18  lawyer.
19      Q      I am not asking whether or not what
20  you would consult with your lawyer about.
21                I want to know is this an Offer of
22  Judgement that you rejected or accepted?
23      A      We did not accept it.
24      Q      Why not?
25                MR. SCHWEITZER:   Objection.  Don't
```

```
 1                     J. Panora
 2               answer that.
 3               MR. SOLOMON:   What grounds?
 4               MR. SCHWEITZER:  Attorney/client
 5               communication.
 6               MR. SOLOMON:  I am not asking about an
 7               attorney/client communication.
 8        Q     Without discussing any communication
 9   with your lawyer why did you not want to accept
10   this Offer of Judgement?
11        A     Because we believe it is too little
12   even how much I have worked there.
13        Q     You rejected this Offer of Judgement
14   with no idea of what the consequences were?
15        A     No, I don't know about the
16   consequences.
17        Q     Let's go to Exhibit 22.
18               So here is the second Offer of
19   Judgement the one from September.
20               Did you want to accept or reject this
21   Offer of Judgement?
22        A     Can you please repeat.
23        Q     Did you want to accept or reject this
24   Offer of Judgement?
25        A     My lawyer is the one who is going to
```

```
 1                    J. Panora
 2   help me with that.
 3        Q      Whose decision is it?
 4        A      They will give me advice but at the
 5   end I will make the decision.
 6        Q      Did you ever get to a point of making
 7   a decision about accepting or rejecting this
 8   Offer of Judgement?
 9        A      I don't understand what you are asking
10   me.
11        Q      I am asking without commenting on
12   advice that your lawyer gave you did you ever
13   come to a conclusion about whether you would
14   accept or reject this Offer of Judgement?
15        A      I don't have an idea.  That is why I
16   am always consulting with my lawyer.
17        Q      Do you think you have a good lawyer?
18        A      Yes.
19        Q      Why?
20        A      Because I think he is a good lawyer.
21        Q      Does Dee speak Spanish?
22        A      No.
23        Q      How about Armen, does Armen speak
24   Spanish?
25        A      No.
```

J. Panora

1

2      Q      What is Armen's last name?

3      A      Hakopian.

4      Q      Can you spell it for the court

5   reporter?

6      A      I don't know the spelling because my

7   English is not that good and I have no idea about

8   the spelling.

9      Q      If I were to call you Don Jose what

10   does the word "Don" mean?

11      A      Can you please repeat because I was

12   frozen.

13      Q      If I were to call you Don Jose what

14   does the word "Don" mean?

15      A      Yes, it is a respectful way to refer

16   to another person.  It's the way that we use to

17   show respect.

18      Q      Respect for what?

19      A      It is a way of showing someone who has

20   certain age it's a way of showing the person

21   respect.

22      Q      So if someone is the same age as

23   somebody else they would not use the word "Don"

24   to refer to each other; right?

25      A      Well no, because it is a word that we

```
 1                        J. Panora
 2   use after we are a certain age to show respect in
 3   the treatment to somebody else.
 4        Q     What age?
 5        A     I don't think there is any certain age
 6   but we don't call "Don" when somebody is young.
 7        Q     And somebody who is older wouldn't
 8   call somebody who is younger "Don"; right?
 9        A     Yes, because if you reach certain age,
10   yes.
11        Q     Do you think it would be appropriate
12   for me to call my boss "Don"?
13        A     If he is not young and he is of
14   certain age, yes.
15        Q     Are you of that certain age that a
16   younger person would call "Don"?
17        A     Yes.
18        Q     I would like to mark Exhibit 1.
19              Before we get to the document just a
20   couple of questions.
21              Mr. Panora, when you went to a lawyer
22   you told me you were concerned about your
23   compensation; is that correct?
24        A     Yes.
25        Q     You were not going to a lawyer about
```

```
 1                    J. Panora
 2  anybody else's compensation; is that correct?
 3      A    I started with mine, yes.
 4      Q    I am drawing your attention to a
 5  document we marked Exhibit 1; do you see it?
 6      A    Yes.
 7      Q    Are you familiar with this document?
 8      A    Yes.
 9      Q    Have you seen it before?
10      A    Yes.
11      Q    Have you read it?
12      A    Yes.
13      Q    Is everything in this document true?
14      A    Yes.
15      Q    So did you start this Complaint to
16  represent yourself or anybody else?
17      A    This one, this specific?
18      Q    Yes.
19      A    Well I started this document also with
20  the other guys that were working under the same
21  conditions that I was.
22      Q    Who are the other guys?
23      A    Well Daniel, Robert, Jose used to work
24  there, Angel, Alvaro, Carlos and Alex.
25      Q    Where did all of those people work?
```

```
 1                    J. Panora
 2      A      They are line workers in the kitchen.
 3      Q      Do you understand what your
 4 obligations are with respect to the other people
 5 you seek to represent?
 6      A      No.
 7      Q      Do you understand that --
 8             Strike.
 9             You make decisions in this case do you
10 think for yourself?
11      A      I don't understand the question.
12      Q      You said you wanted to bring this case
13 on behalf of other people.  So I am asking you
14 when you make decisions in this case are you
15 making decisions for yourself or for anybody
16 else?
17      A      For myself and for the others.
18      Q      What are your duties to the other
19 people you seek to represent?
20      A      Well it's not my duty but I feel bad
21 when I feel the way that we are all treated.
22      Q      You have no other duty to the other
23 people you seek to represent in this case?
24      A      Obligation, no, I don't have an
25 obligation.
```

```
 1                         J. Panora
 2        Q      Do you know what a collective action
 3   is?
 4        A      No.
 5        Q      No idea?
 6        A      No.
 7        Q      Do you know what a class action is?
 8        A      No.
 9        Q      What is overtime?
10        A      Overtime is after you work eight hours
11   so after eight.
12        Q      So if I work on a Monday ten hours and
13   don't work any other day that week do I get two
14   hours of overtime?
15        A      In the job that I am now, yes.
16        Q      So I am not asking about the job you
17   were in. I am asking about the job you used to be
18   in.
19             When you worked at the restaurant,
20   let's say I worked at the restaurant with you.
21   Let's say I worked on a Monday for ten hours and
22   I didn't work work the rest of the week, is it
23   your testimony that I should get two hours of
24   overtime?
25        A      Yes.
```

```
 1                    J. Panora
 2      Q      Do you know what spread of hours is?
 3      A      No.
 4      Q      No idea?
 5      A      No.
 6      Q      Do you know if you're asking for
 7   spread of hours in your case?
 8      A      No, I have no idea what is the
 9   significance of that.
10      Q      And you read your Complaint; right?
11      A      Yes.
12      Q      Was there ever a problem with your pay
13   stub when you worked at Deenora?
14      A      I don't understand your question.
15      Q      Did you receive a pay stub when you
16   worked at Deenora?
17      A      At the beginning there was a pay stub,
18   then there was none and then starting in 2008 we
19   started to receive a pay stub again.
20      Q      I will ask you is there anything wrong
21   with your pay stub?
22      A      I am sorry.  I didn't understand your
23   question.  Can you ask me again.
24      Q      Did you ever complain that your pay
25   stub was wrong?
```

```
 1                       J. Panora
 2        A      No.
 3        Q      Did you ever complain about not
 4   getting overtime?
 5        A      No.
 6        Q      Did you ever complain about spread of
 7   hours?
 8        A      Can you please ask me again.  I don't
 9   understand.
10        Q      I was wondering if you ever complained
11   about not being paid for spread of hours?
12        A      No.
13        Q      When did you start working at can we
14   call it Dee's?
15               Strike.
16               Mr. Panora, can you and I agree that
17   when I use the word Dee's I am talking about
18   Dee's Brick Oven Pizza?
19        A      Yes.
20        Q      Can you and I also agree that when I
21   say the word Dee I am referring to Deeran
22   Arabian?
23        A      Yes.
24        Q      Can we also agree that when I use the
25   word Armen I am referring to Armen Hakopian?
```

```
 1                    J. Panora
 2       A     Yes.
 3       Q     When did you start working for Dee's?
 4       A     I worked for him like 25, 27 years
 5  ago.
 6       Q     Do you know what year you started?
 7       A     No, I am not really good in math to
 8  remember the year.
 9       Q     If I said you started in 1995 would
10  that be correct?
11       A     I don't know if that makes 26 years or
12  if it doesn't.
13       Q     I want to kind of agree on something,
14  Mr. Panora.
15             Is it fair to say that when somebody
16  remembers something their memory is always better
17  closer in time to the thing that they're
18  remembering?
19             MR. SCHWEITZER:   Objection to the
20             form. You may answer.
21       A     Can you please ask me again.
22       Q     Is it fair to say that people's
23  memories fade over time?
24       A     Yes.
25       Q     So for example, it would be easier to
```

```
 1                    J. Panora
 2  remember what you had for breakfast today
 3  tomorrow as opposed to a year from now?
 4        A     Yes, I will remember what I had for
 5  breakfast today and not what I had 20 years ago.
 6        Q     When was your last day at Dee's?
 7        A     In August.
 8        Q     August what, do you know?
 9        A     No, I don't remember the date. I do
10  remember that it was a Sunday.
11        Q     So we talked about earlier how you
12  testified that everything in the Complaint was
13  true and correct; do you remember that?
14        A     Yes.
15        Q     So I want you to read the first
16  sentence of paragraph one. It is right on your
17  screen.
18        A     Where it is the introduction?
19        Q     Yes, first sentence?
20        A     "This action is brought by the
21  plaintiff Jose Panora, on behalf of herself as
22  well as other employees similarly situation,
23  against the defendant for alleged violations of
24  the fair labor standard".
25        Q     You don't have to go further.
```

```
 1                        J. Panora
 2                 I want to know is there anything wrong
 3     about what you just read?
 4          A     No, I don't see what it could be
 5     wrong.
 6          Q     It says "on behalf of herself" and I
 7     don't want to make any presumptions about your
 8     gender identity but do you identify as a woman?
 9          A     No, that is a typo on the way that
10     they wrote it.
11          Q     It is not correct in the Complaint?
12          A     If it says that I am a woman, no.
13          Q     Go to paragraph seven.
14          A     Do I have to read it allowed?
15          Q     No, you can read it to yourself. Let
16     me know when you're done.
17          A     Yes, I have read it.
18          Q     Is there anything wrong about
19     paragraph seven?
20          A     I cannot identify what is wrong with
21     it.
22          Q     No, not at all?
23          A     No.
24          Q     It says that you worked from 1995 to
25     July 13, 2019. You previously told me everything
```

1                         J. Panora

2    in the Complaint is true. Is that true?

3         A     Yes, I think that what it says 2019

4    it's wrong. There is a mistake there.

5         Q     What should be correct there?

6         A     Well I started working in 1995 for my

7    boss and I finished working in August of 2019.

8         Q     No idea when in August?

9               I will state it different.

10              You have no idea, is it fair to say

11   you have no idea in August of 2019 exactly when

12   you stopped working for Dee's?

13        A     No, I don't have the exact date. I

14   know that it was a Sunday but I don't know the

15   number of the day.

16        Q     Do you know if it was the beginning of

17   August, the end of August?

18        A     The end of August.

19        Q     So the Complaint has it wrong here?

20        A     Yes, but it is like now. I read it and

21   I didn't realize I didn't I couldn't see what was

22   wrong at first.

23        Q     I thought you read it?

24        A     Yes, I did but I didn't realize of the

25   error.

```
 1                      J. Panora
 2        Q      How could you tell me everything in
 3   the Complaint is true if you didn't realize the
 4   error?
 5        A      Well because I tell the lawyers what
 6   happened and they put it in writing because I
 7   don't know how.
 8        Q      Right, and you testified earlier that
 9   you read what they put in writing in this
10   Complaint?
11        A      Yes, but I couldn't see the error. I
12   couldn't realize about the error.
13        Q      Why?
14        A      I don't know why. Maybe because it's
15   not my native tongue.
16        Q      You testified under penalty of perjury
17   that you can read English?
18        A      Well like I was telling you, I can
19   read but I cannot realize if there is a mistake.
20        Q      You can't discern when a Complaint is
21   talking about the dates you were employed whether
22   or not those dates are accurate?
23        A      Well that was an oversight on my end
24   that I didn't realize this error.
25        Q      Do you know what minimum wages are?
```

```
 1                       J. Panora
 2        A       Minimum wage, yes.
 3        Q       Are you suing for unpaid minimum
 4   wages?
 5        A       No.
 6        Q       So let's go to, and we will jump
 7   around in this Complaint for a little while, but
 8   let's go to page 13; do you see where it says
 9   Count 1?
10        A       What do I do with this?
11        Q       I want you to read it to yourself
12   right under Count 1.
13        A       Okay.
14        Q       If you're not looking for minimum
15   wages why does your Complaint talk about minimum
16   wages?
17        A       Well, it's what I had worked over
18   eight hours.
19        Q       I thought you told me that was
20   overtime?
21        A       Yes, but that is. That is it.
22        Q       You are saying minimum wages and
23   overtime are the same thing?
24        A       No.
25        Q       What is the difference between minimum
```

```
 1                      J. Panora
 2   wage and overtime?
 3        A     Overtime is what they pay you for the
 4   extra hours that you work after working eight
 5   hours.
 6        Q     What are minimum wages?
 7        A     When you don't have experience you are
 8   paid minimum wage, the minimum.
 9        Q     Were you paid more than the minimum?
10        A     Yes.
11        Q     Why does your Complaint talk about
12   minimum wages?
13        A     Mine?
14        Q     Yes.
15        A     I don't know why it reads minimum
16   wage. Maybe there is some sort of mistake on
17   minimum wage.
18        Q     There is a lot of mistakes in this
19   Complaint?
20              MR. SCHWEITZER:   Objection. You can
21              answer.
22        A     Yes, there is so many errors.
23        Q     So when you were hired at Dee's who
24   hired you?
25        A     Dee hired me.
```

```
 1                        J. Panora
 2        Q      What about the job at Dee's?
 3        A      I don't understand.
 4        Q      How did you hear about a job at Dee's
 5   in 1995?
 6        A      I don't remember exactly how I found
 7   out about the place.
 8               (Short break:  1:18 to 1:27)
 9        Q      Mr. Panora, during this little break
10   we just had did you speak with anyone?
11        A      No.
12        Q      You didn't speak with your lawyer?
13        A      No.
14        Q      I figured I would try, you don't seem
15   to have all the information you should have I
16   will tell you a few things.
17               An Offer of Judgement is made pursuant
18   to Federal Rule 68; do you know that?
19        A      No.
20        Q      I guess did you know that if you don't
21   accept an Offer of Judgement, an Offer of
22   Judgement has a number, and you go to trial and
23   you don't beat the number in the offer you could
24   have to pay the defendant's costs?
25        A      No.
```

```
1                        J. Panora
2        Q       That is not something you knew?
3        A       No.
4        Q       I just want to be clear, costs and
5    attorneys fees are different in this kind of
6    case. Costs are things like the cost of the
7    transcript for today's deposition.  There are
8    also other things; do you understand that?
9        A       Okay.
10       Q       There is a different rule did you know
11   that there is a different rule that says that
12   when we go to trial and if we win you lose you
13   may have to pay our costs?
14       A       No, I didn't know.
15       Q       Again, the same thing just like I said
16   before that costs are not attorneys fees, there
17   are other things; do you understand?
18       A       I didn't know.
19       Q       All of this stuff you can look up
20   online; did you know that?
21       A       No.
22       Q       An Offer of Judgement did you know it
23   has a two week lifespan; did you know that?
24       A       No, I didn't know.
25       Q       So did you know that unless you accept
```

```
 1                    J. Panora
 2    that Offer of Judgement within two weeks it's
 3    deemed withdrawn?
 4         A     No.
 5               MR. SOLOMON:  Let's pull up Exhibit
 6               29, shall we.
 7         Q     Earlier in this case you were asked to
 8    produce documents; do you recall that, Mr.
 9    Panora?
10         A     Yes.
11         Q     What I have in front of you is a
12    response that your lawyer prepared to our
13    document request; do you understand that?
14         A     Yes.
15         Q     Have you read it?
16         A     I am checking it.
17         Q     Have you seen it before?
18         A     I don't remember.
19         Q     You have no recollection of ever
20    reviewing the document responses in your case?
21         A     I don't remember.
22         Q     Do you understand the importance of
23    accurately responding to document requests?
24         A     Yes.
25         Q     And you understand the importance of
```

```
 1                      J. Panora
 2    responding honestly and completely to document
 3    requests?
 4              MR. SCHWEITZER:   Objection.  Object
 5              to relevance.  Objection. You can
 6              answer.
 7         A    Yes.
 8         Q    Do you understand what could happen if
 9    you don't honestly or completely respond to
10    document requests?
11              MR. SCHWEITZER:   Objection.  Object
12              to relevance objection. He can answer.
13         Q    What could happen if you do not
14    honestly and completely respond to document
15    requests?
16         A    Yes.
17         Q    What could happen?
18         A    I can imagine that if I don't answer
19    it's bad for me.
20         Q    That is correct.
21              But there are several things a court
22    can do. For example, did you know a court can
23    more seriously can throw your case out, dismiss
24    it?
25         A    No, I didn't know that. I have not
```

```
 1                    J. Panora
 2   been with my lawyer for them to give me advice.
 3        Q     Did you know that a court can also
 4   preclude you from entering certain evidence if
 5   you don't properly respond to these requests?
 6        A     No, I didn't know that.
 7        Q     Did you know that a court can even
 8   order like order monetary sanctions for failure
 9   to properly respond to discovery requests and
10   those monetary sanctions can include attorneys
11   fees for the other side; did you know that?
12        A     No, I didn't know that.
13        Q     So you know you're the plaintiff in
14   this case; right?
15        A     Yes.
16        Q     I would like to show you before we
17   talk about these responses an order that the
18   court recently issued.
19             MR. SOLOMON:   Can we go to number 28.
20        Q     Did you know that the court issues
21   order by e-mail?
22        A     No, I didn't know.
23        Q     I want you to take a look at this
24   document. When you are done reading it let me
25   know.
```

```
 1                      J. Panora
 2       A      From the beginning to the end or you
 3   want me to read some paragraph?
 4       Q      I would say you can start reading
 5   after Notice of Electronic Filing and he can stop
 6   reading right at the name Keith Gutstein.
 7       A      Which name?
 8       Q      At the bottom of the first page.
 9       A      Notice of electronic mail too?
10       Q      Start at the top where it says Notice
11   of Electronic Filing?
12              INTERPRETER:  Counselor, it is the
13              blue?
14              MR. SOLOMON:   Yes, it is the blue.
15       A      I read it.
16       Q      So do you understand what this order
17   says?
18       A      It says I have to pay the other
19   lawyers some fees.
20       Q      That is correct.
21       A      Correct.
22       Q      Did you know that the court found that
23   some of your, and I am summarizing a lot, but
24   some of your discovery responses were not proper;
25   did you know that?
```

```
 1                    J. Panora
 2        A     Which one the messages?
 3        Q     Yes.
 4        A     My lawyer told me yesterday.
 5        Q     So do you understand you will have to
 6   pay attorneys fees associated with the fact that
 7   we had to prepare a brief to the court?
 8        A     Yes.
 9        Q     Do you understand, I don't know how
10   much money that is yet, that is up to the judge;
11   do you understand that?
12        A     Yes.
13        Q     Do you understand I am bringing this
14   up because I want to be sure that the discovery
15   responses you have given in this case are
16   accurate; do you understand that?
17        A     Yes.
18        Q     Let's go back to the prior exhibit.
19              These are your responses to a request
20   to produce documents; do you understand that?
21        A     Where, one?  Where do I read, number
22   one?
23        Q     The first page. Are you done?
24        A     Yes.
25        Q     How did you go about looking for
```

1                    J. Panora
2    documents that are responsive to our requests?
3    How did you go about looking for documents to
4    give to us in this case?
5         A    The ones that I have at home.
6         Q    Did you check your Facebook for any
7    material responsive to our requests?
8         A    No.
9         Q    That is not something you did;
10   correct?
11        A    No, I didn't check anything on
12   Facebook that I presented, no.
13        Q    Did you check your cell phone for text
14   messages and other information responsive to our
15   requests?
16        A    My phone, yes.
17        Q    Do you have text messages between you
18   and Armen on your phone?
19        A    I didn't check. It is possible I do.
20        Q    It is possible you do. You just didn't
21   look; correct?
22        A    Yes.
23        Q    Do you have any text messages between
24   you and Dee on your phone?
25        A    Yes.

```
 1                    J. Panora
 2       Q     How many texts do you have between you
 3  and Dee on your phone?
 4       A     I have not checked.
 5       Q     Did you give all the text between you
 6  and Dee to your lawyer?
 7       A     I assume yes. Every one that I have
 8  where I seen my boss's name, yes. My former boss.
 9       Q     So it is your testimony that you gave
10  all of the text messages you have between Dee and
11  yourself to your attorney?
12       A     When I saw my boss's name, yes.
13       Q     We have been through a lot of -- do
14  you know what the group chat is?
15       A     No.
16       Q     You don't know what the group chat is?
17       A     No.
18       Q     Let's take a look at Exhibit 5.
19             Have you seen this Exhibit before?
20       A     Yes.
21       Q     So it is called a Dee's Team Member
22  Chat, does that refresh your recollection as to
23  what I am talking about?
24       A     Yes, that I remember. That is a
25  message that he started as a group.
```

1                          J. Panora

2          Q       Do those messages which we got from

3    your lawyer come from your phone or somebody

4    else's?

5          A       That comes from my phone.

6          Q       I want to scroll to the top. See how

7    it starts with Dolores?

8          A       Yes.

9          Q       Are there more messages above Dolores?

10         A       I assume yes but they took me off from

11   this application from this cook messages so I

12   don't know.

13         Q       When did they take you off?

14         A       After I left my job. I am not sure

15   about the date.

16         Q       What application did you use?

17         A       I don't remember the application that

18   my boss uses. He gives you the option when he

19   sends the message to get on the message and the

20   ap so I don't know.

21         Q       I want to scroll down a little bit.

22   Stop.

23                 Can you see that schedule there and

24   Armen's message?

25         A       Yes.

```
 1                    J. Panora
 2       Q      Do you see the name Jose P is
 3  completely blocked out; correct?
 4       A      Yes.
 5       Q      Do you see at the top of the schedule
 6  you see the dates there, can you?
 7       A      No, I can't see the dates.
 8       Q      You can't see that it is 27 August, 28
 9  August, 29 August, 30 August, 31 August and the 1
10  September in the schedule?
11       A      Yes.
12       Q      So is it fair to say that this first
13  page of messages is from after you left?
14       A      Yes.
15       Q      Let's go to the second page.
16              You see how the second page at the top
17  says October 19, 2019?
18       A      Yes, I see it.
19       Q      That is definitely after you left
20  Dee's; correct?
21       A      Yes.
22       Q      Pull down to the next page.
23              With this page do you have any idea
24  when those messages are from?
25       A      I don't understand the question.
```

```
 1                    J. Panora
 2        Q      Do you know what date these messages
 3   occurred on?
 4        A      No, I didn't see.
 5        Q      It is fair to say Armen would know;
 6   right?
 7        A      Yes.
 8        Q      If we scroll down we are on the next
 9   page is the last page and I don't know if this is
10   page, I can't tell what page number it is, it is
11   document production 377 and these are also dated
12   October 24, 2019; do you see that?
13        A      Yes.
14        Q      Is it fair to say messages we have
15   seen in this exhibit bearing document production
16   number 374 to 377 contain messages that are dated
17   after your employment ended?
18        A      Yes.
19        Q      If I told you the name of the
20   application used to facilitate the chats of these
21   was Group Meet does that refresh your
22   recollection?
23        A      Group Meet.
24        Q      The application Group Meet on your
25   phone?
```

```
1                      J. Panora
2        A     Group Meet, yes, possible that is the
3   name of this ap.  If I have it?
4        Q     Yes.
5        A     No, I don't have it on my phone.
6        Q     What happened?
7        A     Well they block me and then I lost my
8   phone and after losing my phone my new phone I
9   didn't download the application so I don't have
10  this application in my new phone. Also that was
11  no need because they blocked me.
12       Q     So when did they block you?
13       A     Because I was no longer a Dee's
14  worker. I can imagine that that is why.
15       Q     When did you access these messages to
16  give to your lawyer?
17       A     I don't remember.
18       Q     Also after you left Dee's?
19       A     Yes.
20       Q     These messages are dated after you
21  left Dee's; right?
22       A     Yes.
23       Q     When did you first meet your lawyer?
24       A     I don't remember.
25       Q     Was it in 2020 or 2019?
```

```
 1                     J. Panora
 2       A      I think it was in 2019.
 3       Q      We have only seen a few pages in these
 4   messages; is that fair to say?
 5              We have only seen a few pages of these
 6   messages; is that fair to say?
 7       A      I can imagine yes.
 8       Q      Did you give your lawyer more?
 9       A      I couldn't tell you.
10       Q      Do you know if there were more?
11       A      I don't remember.
12       Q      Well these messages are important;
13   right?
14       A      I can imagine that yes.
15       Q      And you had access to them after you
16   met Dee's because there are messages here from
17   October; right?
18       A      I didn't met my boss.
19       Q      No, I am saying you still had access
20   to these messages even though you left Dee's; is
21   that correct?
22       A      Well yes, that is why I have a chance
23   to see it.
24       Q      You knew when you left Dee's that you
25   were intending on filing a lawsuit; isn't that
```

```
 1                        J. Panora
 2    correct?
 3         A     No, I didn't have any intention to do
 4    it.
 5         Q     When did you determine that you had an
 6    intention of reaching out to a lawyer?
 7         A     About three months went by and it's
 8    when I decided to go see a lawyer.
 9         Q     So if you left in August that is
10    September, October, November; is that correct?
11         A     I can imagine, yes.
12         Q     What steps did you take to preserve
13    all of these messages?
14               What steps did you take to preserve
15    all of the Dee's Team Member Chat messages
16    knowing that you were going to a lawyer to
17    possibly start a lawsuit?
18         A     I don't remember taking any steps.
19         Q     You took no steps to preserve evidence
20    that you argued is helpful to your case?
21         A     No.
22         Q     And you have taken no steps to
23    preserve this kind of evidence even if it could
24    be harmful to your case?
25         A     No.
```

```
 1                    J. Panora
 2        Q     We have had a lot of discussion with
 3   the court about the text with Danny; are you
 4   aware of that?
 5        A     About these message?
 6        Q     No, about your text messages with
 7   Danny Perez.
 8        A     No.
 9        Q     Did you text any employee at Dee's or
10   did any employee at Dee's text you during your
11   employment?
12        A     Yes.
13        Q     Which employees of Dee's would text
14   you?
15        A     I have messages with Robert, maybe
16   Daniel as far as I remember them.
17        Q     Daniel is Daniel Perez?
18        A     Yes.
19        Q     Do you text with Robert about work?
20        A     No, we spoke as friends.
21        Q     It is your testimony under penalty of
22   perjury that you had no text message
23   conversations with any employee other than Danny
24   Perez and Robert Dennis?
25        A     Yes, as far as I remember these are
```

```
 1                      J. Panora
 2   the only two that I had text that I texted with.
 3        Q     Did you communicate with in an
 4   electronic way other than text message --
 5              Did you communicate in an electronic
 6   way other than text messages with any other
 7   employee at Dee's?
 8              MR. SCHWEITZER:   Time period?
 9        Q     You can answer the question.
10        A     No, as far as I remember.
11        Q     Never?
12        A     No, I don't remember.
13        Q     If somebody else were to testify that
14   you had those kinds of communication they would
15   be not be lying?
16              INTERPRETER:  They would be or would
17              not be lying?
18              MR. SOLOMON:  Would not be.
19              MR. SCHWEITZER:   Objection to the
20              form. You can answer if you know.
21        A     I didn't hear you.
22        Q     If somebody else were to testify
23   another employee, if another employee were to
24   testify that they communicated with you in an
25   electronic fashion in any other way would that
```

1                    J. Panora

2    employee be lying?

3              MR. SCHWEITZER:   Objection. You can

4              answer if you know.

5        A    As far as I remember I didn't

6    communicate with anybody else so I think so.

7        Q    I want you to take out your cell phone

8    again.

9        A    Okay.

10       Q    I want you to look for the text

11   message chain with Dee.

12       A    Okay, Dee.

13       Q    I want you to scroll all the way to

14   the top of that text message chain.

15       A    With my boss Dee?

16       Q    Yes.

17            What is the date of the first text

18   message?

19       A    January 5, 2018.

20       Q    Is it your testimony that you gave all

21   of the text messages with Dee to your lawyer?

22       A    Can you rephrase the question please.

23       Q    Did you give all of the text between

24   you and Dee to your lawyer?

25       A    I don't think I gave him all the

```
 1                    J. Panora
 2  messages because I didn't think that that was
 3  important.
 4      Q    So you withheld text messages because
 5  you thought they were not important; is that your
 6  testimony?
 7      A    Yes.
 8      Q    How did you determine what was
 9  important and what wasn't?
10          With respect to the text message with
11  Dee how did you determine what was important and
12  what was not?
13      A    Well in reality I chosen some, a few
14  messages, because there were so many with my
15  boss.
16      Q    How did you choose the ones you chose?
17      A    Like for example the ones where he
18  gives me the order and/or the things that I have
19  to do.
20      Q    Your production of text messages were
21  selective?
22      A    Because I didn't think that I had to
23  give them all of them.
24      Q    Didn't you read our discovery
25  requests?
```

```
 1                       J. Panora
 2       A      Possibly no.
 3       Q      Were you made aware that we had
 4   requested production of all communications
 5   between you and the defendant?
 6       A      I gave based on what my lawyers asked
 7   me and I thought that that was it.
 8       Q      It was not -- I am sorry because I am
 9   a little confused, you just testified that you
10   decided what was important or not and now you're
11   saying your lawyers told you what you should and
12   shouldn't give?
13              MR. SCHWEITZER:   Objection.  That is
14              not what he said. You can answer.
15              MR. SOLOMON:   I will rephrase it. I
16              will rephrase it.
17       Q      Take out your phone again. Are there
18   texts with Armen?
19       A      I don't have it. Oh, I have messages.
20       Q      What is the date of the first message
21   you have with Armen, scroll all the way up?
22       A      The chain, okay.
23              INTERPRETER:  I will use another word
24              because it was confusing to the
25              witness. May the interpreter repeat
```

```
 1                        J. Panora
 2              the question with a different word?
 3              MR. SOLOMON:  Yes, but what is he
 4              asking?
 5              INTERPRETER:  The interpreter used
 6              word "chain of messages" and he is
 7              asking if it is the chain of group
 8              message.
 9              MR. SOLOMON: Let's start with the text
10              just between him and Armen.
11        A     February 22, 2018.
12        Q     You said there was a group message
13   where you and Armen were part of the chain; is
14   that correct?
15        A     Yes.
16        Q     Who else was part of that chain?
17        A     My boss Armen, myself, I think Teresa.
18        Q     I want you to take out your phone, go
19   into that group message that you just described,
20   scroll all the way to the top and tell me the
21   date of the first message?
22        A     December 16, 2017.
23              MR. SOLOMON:  Alright, Aaron, you know
24              I don't want to have to go to the
25              court again about this kind of stuff
```

```
 1                    J. Panora
 2            so I want all of these messages by
 3            Monday.
 4            MR. SCHWEITZER:   Put the request in
 5            writing.
 6            MR. SOLOMON:  I already did, man.
 7            Your client failed to respond to it.
 8            So I will send you an e-mail today but
 9            I want them all by Monday. There has
10            already been sanctions once for this
11            kind of stuff.
12            MR. SCHWEITZER:  Take it under
13            advisement.
14            MR. SOLOMON:   Yes, it is absurd.
15      Q     So let's talk about Dee's restaurant.
16   Let's talk about Dee's restaurant in the past six
17   years; does that make sense?
18      A     Okay.
19      Q     How many tables did the restaurant
20   have?
21      A     I have no idea how many tables.
22      Q     You worked at that restaurant for 25
23   years; correct?
24      A     Yes.
25      Q     You have no idea how many tables are
```

```
 1                        J. Panora
 2   in the restaurant?
 3        A     No, because I didn't go to the room to
 4   the main room. I went to the dining room but my
 5   job was not in the dining room, my job was in the
 6   kitchen.
 7        Q     So the dining room and the kitchen are
 8   separate; is that correct?
 9        A     Yes.
10        Q     Have you ever heard the term "front of
11   the house"?
12        A     Yes.
13        Q     What is the "front of the house"?
14        A     The front part of the restaurant.
15        Q     Who works in the front part of the
16   restaurant?
17        A     Waiters and waitresses, bus boys, the
18   pizza man, the Manager also is outside.
19        Q     So there is a Manager for the "front
20   of the house"; right?
21        A     No, he operates the whole restaurant.
22        Q     What is the "back of the house"?
23        A     What is called the kitchen.
24        Q     Who works in the kitchen?
25        A     The cooks.
```

1                    J. Panora

2      Q      Are there different job titles of the

3   people in the kitchen?

4      A      The cooks that work saute, fire,

5   grill, salads and the dishwashers.

6      Q      What was your job when you started at

7   Dee's?

8      A      Well 25, 26 years ago I started as a

9   dishwasher.

10     Q      What did you do as a dishwasher?

11     A      Washed the dishes, clean, close the

12  restaurant.

13     Q      What were your job duties --

14            Strike.

15            Were you ever promoted from the

16  dishwasher?

17     A      Yes, I learned and I work on the salad

18  station and I rotated through many different

19  stations in the kitchen.

20     Q      So the salad station is higher than

21  the dishwasher station; is that correct?

22            (Short break:  2:25 to 2:28)

23            MR. SOLOMON: I will withdraw the

24            question and rephrase.

25     Q      Is the salad position more important

1                      J. Panora

2    than the dishwasher?

3         A     Yes.

4         Q     What is more important than the salad

5    position?

6         A     The line cooks.

7         Q     Who are the line cooks?

8         A     Robert, Daniel, Paul, Angel, myself

9    and Alvaro. I didn't say Paul. Can I repeat the

10   names?  Roberto, Daniel, Angel, Alvaro and

11   myself.

12        Q     The last six years of your employment

13   at Dee's what was your job title?

14        A     It was the same. I was a line cook, I

15   did the prep and I had to serve the food to the

16   people.

17        Q     So were you a chef?

18        A     The chef is my boss who went to

19   culinary school and has a diploma. I am just a

20   line cook.

21        Q     Your boss who went to culinary school

22   with the diploma who is that, Dee?

23        A     Dee.

24        Q     Your testimony is that Dee works in

25   the kitchen?

```
 1                    J. Panora
 2       A      No, he does not work in the kitchen.
 3  He gives the order of the things that are needed
 4  in the kitchen.
 5       Q      Have you ever referred to yourself as
 6  a chef?
 7       A      I always considered myself a cook
 8  although my boss told me the contrary.
 9       Q      Oh, so you have never called yourself
10  a chef, is that your testimony under penalty of
11  perjury?
12       A      Well we call it chef and line cooks
13  because that is how my boss called me.
14       Q      So your boss called you a chef;
15  correct?
16       A      Yes.
17       Q      He called you called everybody else in
18  the line line cooks; right?
19       A      I am a line cook as the others. I am a
20  line cook as the others.
21       Q      Are you paid the same amount as the
22  others the other line cooks?
23       A      No.
24       Q      Do you make a lot more than the other
25  line cooks?  Do you make more money than the
```

1                      J. Panora

2    other line cooks?

3         A      Yes.

4         Q      How much more?

5         A      I made $1,400 per week.

6         Q      Same amount of money every week?

7         A      Yes.

8         Q      Was your salary ever a little less?

9         A      My pay is before or just week by week?

10        Q      Three years before?

11        A      Yes, it was.

12        Q      How much did the other line cooks

13   make?

14        A      Based on what Daniel told me he made

15   $800.

16        Q      If Daniel said he made $18 an hour

17   would he be lying?

18        A      I don't know. This is what he told me.

19        Q      Who else was on the -- the other

20   employees in the kitchen how much did they make?

21        A      I remember that Carlos told me that he

22   makes $16.

23        Q      Why do you make so much more than the

24   other people in the kitchen?

25        A      Because I have been working for longer

```
 1                      J. Panora
 2   with my boss and once in a while he raise my
 3   salary.
 4        Q    Again is your testimony under penalty
 5   of perjury you have never called yourself a chef?
 6        A    I am trying to remember but like I
 7   told you I was a line chef line cook but the chef
 8   was my boss.
 9        Q    Let's see if we can help. Let's go to
10   Exhibit 1. Go to paragraph ten.
11             So paragraph ten seems to say that
12   before 2001 you were promoted to the position of
13   chef; is that correct?
14        A    No, the line cook.
15        Q    So your Complaint is wrong, is that
16   what you're trying to say?
17        A    I don't see where it says that.
18        Q    I thought you could read English.
19   Look at paragraph ten.  I will read it to you,
20   "soon after, before 2001, plaintiff Jose Panora
21   was promoted as a chef"; true?
22        A    Chef line cook.
23        Q    It doesn't say line cook there?
24        A    Well that is missing that part.
25        Q    It is missing.
```

```
 1                    J. Panora
 2            Do you know why it was missing?
 3            Tell you what.  Let's go to Exhibit
 4   25. Now I want you to look at this document.  Do
 5   you see it says the word affidavit?
 6       A    Yes.
 7       Q    Let's go all the way to the end.  Is
 8   that your signature right there?
 9       A    Yes.
10       Q    Let's go back to the top.
11            So did you read this affidavit?
12       A    Yes.
13       Q    Every word of it?
14       A    I read it but I don't know.
15       Q    You don't know what?
16       A    Well I read this document but I don't
17   know what is wrong with this.
18       Q    You swore when you signed that
19   everything in this affidavit was true and
20   correct; did you not?
21       A    As far as I understood, yes.
22       Q    Your own job is within your own
23   understanding; is it not?
24       A    Well but that is when my lawyers come
25   in handy to fix the errors the mistakes that I
```

```
 1                    J. Panora
 2   could make.
 3        Q    So did you read this affidavit before
 4   you signed it?
 5        A    Yes.
 6        Q    If something was wrong because you
 7   don't want to tell a lie right you would have
 8   told your lawyer to fix it before you signed it;
 9   correct?
10             MR. SCHWEITZER:   Objection. You can
11             answer. Yes.
12        Q    So let's go to paragraph six. In
13   paragraph says, "soon after, before 2001, I was
14   promoted as a chef"; do you see that in your own
15   affidavit that you swore as true?
16        A    Yes, what it is missing there is like
17   line cook chef.
18        Q    It is missing line cook chef. In an
19   affidavit you read and signed and had the
20   opportunity to correct and swore it was true?
21        A    Yes, but I didn't realize that.
22        Q    You didn't realize that part.
23             So my question is are you lying in
24   this affidavit or are you lying today?
25             MR. SCHWEITZER:   Objection.
```

```
 1                      J. Panora
 2       A     I didn't lie the day that I signed my
 3   affidavit and I am not lying today. It is just I
 4   didn't realize about the little omission on this
 5   affidavit.
 6       Q     But you read it so how could you have
 7   missed it?
 8             It is your testimony under penalty of
 9   perjury which is a felony as we discussed that
10   you were not promoted as a chef despite what your
11   Complaint says and what your affidavit says?
12       A     Yes, I was promoted but it is not
13   chef. It is chef line cook.
14       Q     Is there a difference between chef
15   line cook and just a line cook?
16       A     For me, yes. So yes, but for me a chef
17   is somebody that went to school and has a
18   diploma. I learned on the job.
19       Q     Yet in your Complaint you call
20   yourself a chef and in an affidavit from March
21   you called yourself a chef, twice. And let's go
22   to --
23       A     Well like I said before, I was a cook,
24   my boss called me a chef and that is what stuck
25   to my mind.
```

```
 1                      J. Panora
 2        Q      So are you again saying you never
 3   called yourself a chef under penalty of perjury?
 4        A      As far as I remember, no.
 5        Q      So I just shown you a Complaint, an
 6   affidavit that says you as a chef, I Jose Panora
 7   was a chef.
 8               Let's go to Exhibit 26. Here is
 9   another affidavit that you gave; do you see that?
10        A      Yes.
11        Q      Let's go all the way to the bottom
12   please. Is that your signature, sir?
13        A      Yes.
14        Q      You signed that on August 8, no,
15   August 4, 2020.
16        A      Yes.
17        Q      Let's go all the way to paragraph
18   three and there again, by the way, did you read
19   this affidavit?
20        A      Yes.
21        Q      Every page of it?
22        A      Yes.
23        Q      Every word of it?
24        A      Well I read everything but sometimes
25   what happens is not my native tongue so I can
```

```
 1                    J. Panora
 2   make mistakes.
 3        Q     So let's look at page one.
 4              Is there any word on page one that you
 5   cannot understand?  Take your time.
 6        A     I understand what it says here.
 7        Q     You understand every word on that
 8   page, page one of your affidavit in front of you;
 9   correct?
10        A     Yes.
11        Q     You read this affidavit as you just
12   testified; is that correct?
13        A     Yes.
14        Q     You understand every word on this page
15   of your affidavit; is that correct?
16        A     Well as far as I could see this page I
17   understand everything, yes.
18        Q     When you signed this affidavit you
19   swore that every word on this page was true; did
20   you not?
21        A     Yes.
22        Q     And right at the bottom of this page
23   it contains the phrase "between 13 and 15 years
24   ago I was promoted as a chef"; do you see that,
25   sir?
```

1                    J. Panora

2          A     Yes, but it is wrong. The part should

3    say line cook. Chef line cook.

4          Q     It should read chef line cook?

5          A     Chef line cook, that is what I was.

6    Line cook chef.

7          Q     The affidavit you read, understood and

8    then executed and swore to was somehow wrong?

9          A     Well there is a missing word there. It

10   doesn't read line cook.

11         Q     So the Complaint that you read said

12   you're promoted as a chef, the first affidavit we

13   saw said you're promoted as a chef and now we see

14   a third affidavit we see you were promoted as a

15   chef and yet somehow all of these document that

16   you testified, that you read, that you testified

17   that you understood, that you testified that you

18   swore to were all wrong?

19         A     No, the only part that is wrong is the

20   word that is missing line cook chef.

21         Q     Are all the other cooks on the line

22   there chefs too?

23         A     We are cooks. We are chefs because we

24   cook there.

25         Q     And chef is not a position that you're

```
 1                    J. Panora
 2   promoted from from the saute which we described
 3   as a line position, right.  So every time you
 4   said that you have been promoted saute you have
 5   also been somewhat incorrect in your sworn
 6   documents; is that correct?
 7                MR. SCHWEITZER:   Objection to the
 8                form. You can answer.
 9        A     I don't understand. I couldn't hear
10   the interpreter. Can I have a repetition.
11                INTERPRETER:  Do you want me to do it
12                or do you have it?
13                (Whereby, the requested portion was
14                read back by the reporter.)
15        Q     This affidavit in front of us you
16   swear as true that you were promoted from the
17   saute position to the chef position?
18        A     I am saying that I am a saute chef.
19                (Discussion off the record.)
20        Q     So your testimony today despite all of
21   the sworn documents we looked at and the judicial
22   admissions in the Complaint is that you were a
23   chef/line cook is that what you're testifying to?
24        A     Yes.
25        Q     We talked about the different
```

```
 1                    J. Panora
 2    positions in the kitchen, you said saute, fryer,
 3    grill, salad and dishwasher; right?
 4        A    Yes.
 5        Q    How many dishwashers worked in the
 6    kitchen?
 7        A    On weekdays, three.
 8        Q    On weekends?
 9        A    I think we had three dishwashers, I
10    don't remember exactly two or three.
11        Q    How many salad people worked in the
12    kitchen?
13        A    One.
14        Q    How many grill people worked in the
15    kitchen?
16        A    In general one.
17        Q    How many fryer people worked in the
18    kitchen?
19        A    The fryer one person.
20        Q    How many saute people worked in the
21    kitchen?
22        A    Two.
23        Q    It is fair to say within the past six
24    years of your employment there were always more
25    than two people working in the kitchen at any
```

```
 1                    J. Panora
 2   given time besides you?
 3        A      The whole kitchen?
 4        Q      Yes.
 5        A      Yes, more than two people.
 6        Q      The hierarchy of positions for
 7   dishwasher is at the bottom, then the salad and
 8   then what?
 9        A      And then comes the line, the line
10   cooks, the saute, the grill station and the
11   fryers. So the fryers is in the middle of the
12   grilling and sauteing.
13        Q      All of these employees in the kitchen
14   what language did they speak?
15        A      Well, Spanish, Roberto spoke English,
16   lately the dishwashers spoke English they were
17   not Hispanic.
18        Q      Is it fair to say that other than the
19   new dishwashers and Robert nobody spoke English
20   in the kitchen; right?
21        A      We spoke Spanish but also Daniel was
22   another person that understood English.
23        Q      Daniel understood English?
24        A      Yes, Daniel understood English.
25        Q      When did these new dishwashers who
```

1                    J. Panora

2    were not Hispanic start working?

3         A     Like three or four years ago.

4         Q     What are their names?

5         A     I don't remember all of them.  I gonna

6    try to tell you the ones that I do remember.

7    Derrick, Lacmore, Abraham.

8         Q     What did you do in the kitchen?

9         A     During the day I prepped, in the

10   afternoon for the night service I saute and there

11   were days that I did inventory and after the

12   inventory I order the things that were needed in

13   the restaurant. And sometimes I did the

14   expediting because it was really busy and

15   somebody had to do the expediting.

16        Q     What does the expediting mean?

17        A     My boss after 2018 put me in this

18   position where I have to call the orders that the

19   waitress and waiters placed.

20        Q     Were your duties always the same as a

21   line cook/chef?

22        A     Yes, I had to prep, except on Fridays

23   and Saturdays when I was expediting the orders.

24        Q     My question was this, you didn't

25   really answer it.

```
 1                      J. Panora
 2              For all of the years since you became
 3   the position you are now creating line cook chef
 4   have your duties --
 5              MR. SCHWEITZER:   Objection to the
 6              form.
 7       Q      Have the duties been the same for all
 8   of the years you have held the position that
 9   you're describing today?
10       A      Yes, since I started cooking I always
11   did the same. Preparation, saute for the service
12   at night and on Fridays and Saturdays I do the
13   expediting of the orders.
14       Q      It is very important for the
15   restaurant food is cooked properly; correct?
16       A      Yes.
17       Q      Do you think that the proper
18   preparation of food is a very important part of
19   the restaurant business?
20       A      Yes.
21       Q      How do you determine if a dish it
22   prepared correctly?
23       A      Well first I prepare a sauce, then the
24   kitchen broth and then the people who have more
25   experience working there that had knowledge of
```

```
 1                    J. Panora
 2   the base that the dish should have the rest of
 3   the prep.
 4        Q     Who would determine in the kitchen
 5   that a dish is prepared the way it should be?
 6        A     When our boss taught us the way to
 7   prep and to serve and each one of us knows the
 8   right way to do it.
 9        Q     What if one of you prepared a dish the
10   wrong way what would happen?
11        A     Well so either my boss or Armen would
12   come and ask who prepared this dish, it is not
13   correctly done.
14        Q     Who would they ask?
15        A     Well when they came in they already
16   knew who had prepared the dish so they came in
17   and --
18              INTERPRETER:  I need a clarification.
19        A     Let me explain it to you then. If a
20   dish went out, a customer was not happy and
21   complained, my boss or Armen they knew if it was
22   coming from the fire, the grill or the saute
23   station.
24        Q     How would they know which station it
25   came from?
```

J. Panora

1

2      A      If it was a meat most likely it came

3  from the grill, if it was a fried food came from

4  the fryer, if it was saute Robert and myself work

5  on that station.

6      Q      Who would they come to when -- who

7  would Dee or Armen come to when they had a

8  problem with a dish from a customer in the

9  kitchen who would they talk to?

10     A      To the person who had prepared.

11     Q      I thought Dee and Armen don't speak

12  Spanish?

13     A      But there they speak English so more

14  or less you understand.

15     Q      I don't understand that.

16            You testified that Dee and Armen speak

17  English and then you testified the only person

18  cooking on the line who spoke English was Robert.

19            My question to you, sir, is who did

20  they come speak to in the kitchen under penalty

21  of perjury what is your answer?

22            MR. SCHWEITZER:   Objection to the

23            form. You can answer.

24     A      I told you that also Daniel spoke

25  English.

```
 1                      J. Panora
 2        Q       That is only two people.
 3                How would Dee and Armen communicate
 4    with people who do not speak their language in
 5    the kitchen when they bring a food order back
 6    because there is a customer complaint?
 7        A       It was a very basic English. The
 8    others were not fluent in English but the basic
 9    stuff like about their job in English they
10    understood the basics.
11        Q       Under penalty of perjury your
12    testimony is that you were not the person that
13    Dee and Armen would come to; is that correct?
14        A       Once in a while they told me but most
15    of the time they were directed to the person who
16    had prepared the dish.
17        Q       When they would tell you what would
18    you do?
19        A       Because of my seniority I knew how the
20    dishes had to be prepared so I would go over and
21    help them to understand and to prepare the dish
22    properly.
23        Q       So you would go and teach the other
24    person who made the mistake how to do it
25    correctly?
```

```
 1                      J. Panora
 2        A      Sometimes, yes, but we were very busy
 3   and there was -- but if we were very busy then
 4   there was no time to teach them to correct it.
 5        Q      What would happen to the dish if there
 6   was no time to teach somebody to correct it?
 7        A      In general when a customer sends back
 8   a dish they change the order. Or they would ask
 9   to be prepared again the right way.
10        Q      If the customer changes the order who
11   tells the kitchen staff to make a different dish?
12        A      Armen or my boss they come into the
13   kitchen and they tell what to make.
14        Q      Who do they tell?
15        A      Well depending on the dish that they
16   want. If it's a grill the grill people, if it's a
17   saute then the saute station.
18        Q      What happens if a dish is going to
19   leave the kitchen but it is not cooked correctly?
20        A      In general we don't realize that it is
21   like served to the customer, the person complains
22   and it's sent back.
23        Q      So you have never been in a situation
24   in all of your years working at Dee's where you
25   noticed a dish was cooked wrong but was not yet
```

```
 1                     J. Panora
 2   delivered, that has never occurred?
 3       A     As far as I remember, yes, but I don't
 4   remember exactly.
 5       Q     What would you do if you saw a dish
 6   that was cooked wrong and it was heading out of
 7   the kitchen?
 8             MR. SCHWEITZER:   Calls for
 9             speculation.  You can answer if you
10             know.
11       A     We will fix it because who ask who
12   work on the line we need to make our jobs
13   properly.
14       Q     If you notice something was wrong what
15   would you do?  If you notice something was wrong
16   with the dish what would you do?
17       A     When I realized that I made a dish in
18   the wrong way I made it again because I didn't
19   want my boss to come back and give me a complaint
20   about my dish.
21       Q     What if you realized that somebody
22   else made a dish the wrong way what would you do?
23             MR. SCHWEITZER:   Calls for
24             speculation. You can answer if you
25             know.
```

1                         J. Panora

2              MR. SOLOMON:   And if you do one more

3              speaking objection there will be a

4              motion, there will be sanctions.  You

5              know that.  Let's stop.

6        Q     If you noticed that somebody else made

7    a dish the wrong way what would you do, Mr.

8    Panora?

9        A     As a co-worker I would have to advise

10   this person and tell this person that he made the

11   dish in the wrong way so nobody gives this person

12   a complaint.

13       Q     You testified that the kitchen is a

14   very busy place; right?

15       A     Fridays and Saturdays.

16       Q     Very chaotic; correct?

17       A     Yes.

18       Q     Who is making sure that all of the

19   employees are doing their job in the kitchen?

20       A     Well all the employees were all older

21   employees that have been there for a while.

22             Also my boss had three cameras in the

23   kitchen where he can check our jobs from the

24   cameras.

25       Q     So you testified that your boss was

1                    J. Panora

2  watching the cameras all the time?

3       A     No, I am not saying that he watched

4  the cameras all the time. I am saying that

5  because the cameras are there we don't know when

6  we are going to be watched so because makes us

7  afraid that we could be watched we do our job

8  properly.

9       Q     Someone has to make sure the kitchen

10  is running properly; right?

11       A     Well like I said before, like we all

12  older employees like we have been there for a

13  long time so if something is wrong then Armen or

14  my boss would come into the kitchen and tell us

15  that we did the wrong thing.

16       Q     So what does the dishwasher do in the

17  kitchen?

18       A     They wash the dishes.

19       Q     Do they do anything else?

20       A     They clean the kitchen and what ever

21  needs to be cleaned.

22       Q     Who tells them to clean the kitchen?

23       A     Well usually when my boss sees that

24  things are getting dirty he sends me a message

25  asking me to tell them to clean the kitchen.

1                        J. Panora

2        Q      How many dishwashers are there, remind

3    me?

4        A      Between three and four.  In general

5    three people.

6        Q      Do you send all the dishwashers to

7    clean when your boss tells you to tell them to go

8    clean?

9        A      No, sometimes one cleans or the other

10   cleans and the third remains dishwasher.

11       Q      You're told to send -- when you were

12   told to send the dishwashers to clean who decides

13   which dishwashers are going to go clean?

14       A      No, I don't decide who cleans or which

15   one. I go up to them and I tell them listen the

16   boss said that you have to clean something and

17   they do.

18       Q      The dishwashers do they use machines?

19       A      Yes, a dishwasher.

20       Q      Is that a machine someone has to learn

21   to use?

22       A      In general, yes.

23       Q      Who teaches the dishwashers to use the

24   machine?

25       A      The other dishwashers who has been

```
 1                    J. Panora
 2    working there before him.
 3         Q     If the dishwashers are working too
 4    slow who talks to them?
 5         A     Well sometimes Armen or my boss will
 6    come in the kitchen and tell them that they were
 7    doing is so so slow, very slow, sometimes my boss
 8    or Armen had washed the dishes themselves and
 9    sometimes my boss had asked me because I am a
10    former dishwasher to teach them how to use the
11    machines or to clean the dishes.
12         Q     If the dishwashers were working too
13    slow sometimes you would be told to help them?
14         A     When there is time to teach them how
15    to do the dishes I taught them.
16         Q     Do you know how the restaurant found
17    dishwashers?
18         A     Well Armen they have found people
19    online, my boss had found people online and Armen
20    would call an agency, this is lately and before
21    Armen used to give me a business card for our
22    Spanish agency and I called to require
23    dishwashers.
24         Q     So you would call the agency --
25               Withdrawn.
```

1                    J. Panora

2              When you called the agency what would

3    you say?

4        A    Well Armen or my boss they would ask

5    me to call the agency and require for a

6    dishwasher, they will tell me the minimum that

7    they were paying and I would call the agency and

8    let them know how much they were paying for this

9    job.

10       Q    Salad person is the level above the

11   dishwasher; right?

12       A    Yes.

13       Q    What does the salad person do?

14       A    They make the salad. They prepare

15   everything of what is called salad.

16       Q    Do they prepare for example garlic?

17       A    No, the garlic came peeled.

18       Q    How about tomatoes do they cut

19   tomatoes?

20       A    Yes, the person doing the salads he

21   cut the tomatoes because they use tomatoes in

22   their salad.

23       Q    How does the person who is at the

24   salad station know what kind of salad to make?

25       A    Because an order come through and he

```
 1                      J. Panora
 2   has the paper in front of him what the salad and
 3   the order also specifies what goes in the salad.
 4   No, they know. For example, if you say green
 5   salad they know what goes into a green salad.
 6              Armen he used to take a picture of the
 7   salad with a description of ingredients that went
 8   into the salad for them to say and to read the
 9   ingredients.
10       Q    How do the salad people learn how to
11   make a salad?
12       A    Either the other salad person shows
13   the new person how to make the salad or any of us
14   in the line go to work at the salad station with
15   them to teach them.
16       Q    So is it fair to say you have worked
17   on the salad station to teach somebody how to
18   make a salad?
19       A    I taught how to make salads also, yes.
20       Q    So how do you make sure everybody in
21   the kitchen is doing what they're suppose to be
22   doing?
23       A    Well I don't have to make sure because
24   everybody who is there in the kitchen knows what
25   to do. That is why we don't need anybody to
```

```
 1                      J. Panora
 2   ensure that things are done properly.
 3        Q     What if somebody in the kitchen is not
 4   doing a good job, what would you do?
 5        A     Me, I don't do anything. But if my
 6   boss comes and tells me to tell somebody to fix
 7   something then I would tell that person.
 8        Q     Have you ever seen somebody in the
 9   kitchen doing something you don't like?
10        A     It has nothing to do with me. If I
11   don't like it I have no input. It is not what I
12   like.
13        Q     If somebody is not doing the job the
14   way they should your testimony is you wouldn't do
15   anything about it?
16        A     If the co-worker if somebody is doing
17   something wrong and I can help him to fix it I
18   tell this person hey listen you're doing this
19   wrongly do this and that.
20              But if somebody doesn't want to work
21   then there is nothing I could do.
22        Q     If somebody doesn't want to work would
23   you tell anybody else?
24        A     In general my boss find out because he
25   is around the managers there so they tell this
```

J. Panora

1

2   person if this person doesn't feel like working.

3        Q     Have you ever told your boss or Armen

4   that somebody was difficult to work with?

5        A     Maybe but you know it is not up to me.

6   If my boss is happy with this person.

7        Q     So have there ever been any times when

8   you said that somebody was difficult to work with

9   and your boss listened to you?

10       A     I don't remember.

11       Q     You can't say yes, you can't say no?

12       A     Truthfully I don't remember this.

13       Q     Would there be anything that would

14   refresh your recollection?

15       A     Truthfully I don't know.

16       Q     So turning back to the kitchen, did

17   the line consist of the grill, the fryer and the

18   saute; correct?

19       A     Yes, and next the salad.

20       Q     If the salad station runs out of

21   ingredients what happens?

22       A     The person in charge of the salad

23   station starts preparing the ingredients that

24   they need.

25       Q     What happens if the person in the

1                          J. Panora

2     salad station doesn't start preparing the

3     ingredients that they need?

4          A     If they're really busy somebody who is

5     not as busy can help them out.

6               (Short break:  3:39 to 3:46)

7          Q     Do you know what a batch item is?

8               INTERPRETER:  I don't know batch is.

9          Q     Did the kitchen ever have to prepare a

10    large amount of food?

11         A     Yes.

12         Q     Who makes sure that that tray of

13    lasagna is prepared correctly?

14         A     I did because I prepared the lasagna.

15    If the lasagna was not well prepared so then my

16    boss would tell me to fix it and tell me how to

17    fix it.

18         Q     Were you the only person who prepared

19    the big tray of lasagna?

20         A     In general, yes, I was the person that

21    did the lasagna.

22         Q     Did you prepare also -- the kitchen

23    also prepare a lot of meatloaf at any time?

24         A     Yes, we had meatloaf, yes.

25         Q     Who would prepare the meatloaf?

```
 1                    J. Panora
 2        A     Daniel, in general.
 3        Q     Who would make sure that the meatloaf
 4   was prepared correctly?
 5        A     If there was a mistake making the
 6   meatloaf and our boss would let us know and we
 7   would fix it or he fix the lasagna.
 8        Q     Before even the boss sees the mistake
 9   of the meatloaf do you check the meatloaf to make
10   sure it's made properly?
11        A     No, in general he has been doing this
12   for a long time so he knew how to make it.
13        Q     You never looked at the meatloaf, that
14   is your testimony under penalty of perjury?
15        A     If he thought that the meatloaf didn't
16   look a hundred percent right he would ask for my
17   opinion or advise because I was senior than him
18   and I have been working there for longer time.
19        Q     Did the restaurant make its own salad
20   dressing?
21        A     Yes, lately we only made one dressing
22   and the rest my boss bought already made.
23        Q     Who made the salad dressing?
24        A     The salad person.
25        Q     Who made sure that the salad dressing
```

```
 1                    J. Panora
 2    was prepared correctly?
 3         A      Well if the boss saw that the dressing
 4    was not properly done would come back and ask the
 5    salad person and the salad person maybe could ask
 6    me to help him either fix it or how he have to
 7    change ingredient or things to make it properly.
 8         Q      Would you taste the salad dressing
 9    before it would go out?
10         A      No, like I said, if a customer sent it
11    back so then the guy who was there would have to
12    try it and try to fix it and if we could fix it,
13    if not we make it again and send it back.
14         Q      I am talking about did the restaurant
15    ever make a big batch of salad dressing?
16         A      Yes.
17         Q      When the restaurant made a big batch
18    of salad dressing what kind of salad dressing was
19    that?
20         A      Balsamic vinegar dressing, it's the
21    balsamic and vinegar and oil.
22         Q      Who prepared that big batch of salad
23    dressing?
24         A      In general the salad person but also I
25    help because it was a lot. It was a big batch of
```

                          J. Panora

 1

 2    salad dressing.

 3         Q     Would you taste the batch when it was

 4    done?

 5         A     When I was doing it with the person,

 6    yes, I did because I knew the flavor that we

 7    always have in our dressing.

 8         Q     You are the one who knew the flavor

 9    they always had in the dressing; right?

10         A     Yes, I am a senior worker so I knew

11    like most of the things how they have been done

12    through the years there, yes.

13         Q     Were you tasting it to make sure that

14    it lined up with how it should be?

15         A     Yes, I tried to make sure that it was

16    properly done because if it was not the same way

17    the customer will give complaints.

18         Q     Are there certain ingredients that the

19    kitchen needs to prepare in advance?

20         A     Regarding the dressing?

21         Q     No, just other than dressing. For

22    example, do you ever need to prepare a lot of

23    breaded chicken?

24         A     Yes, there are things that we have to

25    do ahead of time because you cannot do it at the

```
 1                    J. Panora
 2    time of the service.
 3        Q     What kind of things do you have to do
 4    ahead of time?
 5        A     So we have to make the tomato sauce,
 6    chicken broth, meatloaf, the lasagna.  We also
 7    have to prep to portion the salmon and the steak.
 8    These are the things that we have to do as
 9    prepping. There is more but.
10        Q     Any more?
11        A     Yes, there is more but I am not
12    remembering them all. Also the burgers.
13        Q     When a waiter comes in, has a waiter
14    ever come into a kitchen with a complaint about
15    food?
16        A     Yes.
17        Q     When the waiter comes in with the
18    complaint about food who do they talk to?
19        A     Sometimes he came in and ask the
20    person who prepared the dish and sometimes he
21    asked me because I am one of the oldest person
22    working there in the sense of seniority so I know
23    how the things are made.
24        Q     When they came to you because you're
25    the oldest person with the highest seniority what
```

```
 1                        J. Panora
 2    would you do?
 3         A     Nothing.  Sometimes you have to fix
 4    the order.
 5         Q     You would do nothing or you would have
 6    someone fix the order; is that what you said?
 7               MR. SCHWEITZER:   Clarify.
 8         Q     When the waiter came to you with a
 9    complaint about food what would you do?
10         A     Well if the person wanted we redo the
11    order what did I do. If a person wanted we redo
12    the order, if not we make something else.
13         Q     How would you figure out what that
14    other things should be if you made something
15    else?
16         A     No, the waiters are the ones that tell
17    us if the customer change the dish or if he want
18    a dish redone.
19         Q     So when the waiter came to you and the
20    dish has to get redone or they want something
21    else who do you talk to?
22         A     Well sometimes the waiters come talk
23    to me because if he went to the others they got
24    upset and it didn't matter because if he came to
25    me then I have to go to the person who did that
```

```
 1                         J. Panora
 2    dish to start with and they have to redo it.
 3              Most of the time the waiters brought
 4    the complaint to the Manager and the Manager came
 5    and told us or sometimes to my boss.
 6         Q     What happens when the food for a
 7    table -- when the waiters come into the kitchen
 8    because the food for their table is running late?
 9         A     Can you rephrase your question.  I
10    don't understand.
11         Q     On occasion is an order for a table
12    late?
13         A     The order is late. What?  I am lost.
14         Q     How long should it take the kitchen to
15    prepare a dish when it receives an order?
16         A     It depends how busy we are.
17         Q     Sometimes do patrons of the restaurant
18    complain that their food was late?
19         A     Yes, because we were very busy and we
20    couldn't do everything every order fast.
21         Q     Did the wait staff come into the
22    kitchen and complain my table is complaining that
23    their food is late, did that ever happen?
24         A     Yes.
25         Q     When the wait staff would come into
```

1                   J. Panora

2    the kitchen about a customer who complained their

3    food was late who would they talk to?

4         A     Well in general that happened on

5    Fridays and Saturdays and those were the days

6    that I was expediting the orders so they would

7    come to me to get their order expedited.

8         Q     What does that mean to expedite an

9    order?

10        A     Expediting on Fridays and Saturdays

11   mostly I was expediting that means that I was on

12   the other side of the line cooks to remind them

13   for example table two because they were so busy

14   that they barely had the time to read what was

15   going to the tables so I reminded them I called

16   the orders or I kept reminding them like table

17   two needs their dishes out.

18             They also get a receipt and it's

19   called fire table two, that is how it reads, but

20   sometimes they're so busy that they don't have

21   the time to read. So I was voicing the orders and

22   keeping sure that all the dishes on the table

23   were coming out as they need it.

24        Q     We talked about the pre preparation of

25   food a little while ago; do you remember that?

```
 1                    J. Panora
 2        A      Yes.
 3        Q      We talked about you mentioned tomato
 4   sauce and chicken and broth and --
 5        A       Meatloaf, lasagna.
 6        Q       Steak and burgers.
 7               How would someone in the kitchen know
 8   that they're suppose to portion steak or make a
 9   burger or bread some chicken for example?
10        A      So for example, each person on each
11   station know what they needed. Myself I portion
12   the steak and the salmon but somebody else clean
13   the salmon in the morning. No, clean the steak in
14   the morning. I portioned -- I clean the salmon
15   and I portion the steak.  But I clean the salmon
16   and portion of steak.
17               But the morning people we work
18   together so we know how much food is needed for
19   the restaurant so we talk amongst us to see what
20   else is needed.
21        Q      Did you ever tell any other member of
22   the kitchen staff like to bread chicken or to cut
23   steak or they needed to prepare tomato a certain
24   way?
25        A      Yes, sometimes when they didn't know
```

1                    J. Panora
2    how do it and because I had been working there
3    for the longest they would ask me and I told them
4    how to do it.
5              MR. SOLOMON:   Mark this what ever
6              Exhibit I am up to now. It will be
7              Exhibit 9.
8         Q    Mr. Panora, it is not a big exhibit,
9    bates 390. Let me know what when you're ready for
10   me to ask you questions about this Exhibit.
11             Are you ready?
12        A    Yes.
13        Q    There is a photo here and it is dated
14   June 7, 2018 at 7:17 p.m., what is that photo
15   depicting?
16        A    It depicts the guys sitting outside in
17   the yard.
18        Q    Did you send that photo?
19        A    I don't remember if I did or it was
20   sent to me.
21        Q    But did you send this photo to
22   somebody else?
23        A    Yes, I sent it to my lawyer.
24        Q    Do you know who you're speaking with
25   in this text message chain?

```
 1                    J. Panora
 2      A      If I am not wrong it's Daniel.
 3      Q      How many years have you had an iPhone?
 4      A      I had an iPhone for a long time.
 5      Q      Can you understand which of these text
 6 message are yours and which of them are Daniels?
 7      A      Well correct me if I am wrong, the
 8 darker one it is me and the lighter one is him.
 9      Q      Is it fair to say that you sent that
10 photo to him, to Daniel?
11      A      I don't remember exactly.  It is
12 possible yes.
13      Q      So the three people are sitting
14 outside, do you know who they are in that
15 picture?
16      A      I think I do remember who they are.
17      Q      Who are they?
18      A      Well the one in the middle is a
19 Hispanic guy I think it was Jose, on the side, I
20 mean next to them on each side the new people and
21 before they used to hire the dishwasher were
22 Hispanic but these two were like colored people.
23      Q      What is in front of the people there,
24 it looks like a tin of some sort with a bunch of
25 wrapped?
```

1                      J. Panora

2        A     These are steaks that are getting

3    taught on the table.

4        Q     Do you know what year Jose Ramirez

5    left the restaurant?

6        A     I don't remember.

7        Q     More than five years ago?

8        A     It's been a long time.  I don't

9    remember exactly when.

10       Q     What is Daniel saying to you and what

11   are you saying to Daniel in this text message?

12   Tell him to read the chain.

13             Can you please tell me what Daniel is

14   saying to you in this text message chain and what

15   you are saying to him?

16       A     Daniel is asking me how many chickens

17   do I cut.

18       Q     What are you saying to Daniel?

19       A     I am telling him the chickens are

20   already cut in pieces, you have to like bread the

21   chicken -- pound the chicken and bread the

22   chicken.

23       Q     Like chicken fingers?

24       A     Chicken fingers. Like chicken fingers.

25       Q     Why is Daniel asking you about how

1                      J. Panora
2    many chickens he should cut?
3          A      Well I don't know why he is asking me
4    but because I have cut the chicken I am telling
5    him that just pound the chicken and bread the
6    chicken to be ready for service.
7          Q      In you're all co-workers in the
8    kitchen there was no leader why did you need to
9    tell Daniel what to do with the chicken;
10   shouldn't he have known?
11         A      Because he worked in a different
12   station and that was a fryer station so because
13   that was not his station he didn't know what to
14   do and because I am an experienced worker and I
15   had been there for a long time maybe that is why
16   he asked me, I know what to do.
17         Q      Does the restaurant have parties?
18         A      Yes.
19         Q      Is there like a menu for the parties
20   or is it the regular menu?
21         A      Well I don't know how he did the
22   business but if the customer wants things from
23   the menu I don't know what was it cost but he had
24   a party menu too.
25         Q      Did you know what dates the parties

1                    J. Panora

2   were scheduled for?

3        A     Well my boss or Armen they gave us one

4   week in advance what they call party menus so we

5   knew how many parties we were having that week.

6        Q     When the party would come in you have

7   to cook the food, the kitchen has to cook the

8   food; right?

9        A     Yes.

10       Q     How did the kitchen or how did you

11   determine how the food was going to get cooked,

12   who was going to do what?

13             MR. SCHWEITZER:    Objection.

14       Q     How was it decided in the kitchen or

15   how was it determined how the food would be

16   prepared for the party?

17       A     If it was a menu of pasta it was

18   Robert and myself who prepared the menu. If it

19   was like meat it was the grill man. If they know

20   that they needed also like mash potato or sauted

21   vegetables it was prepared during the day we were

22   trying to get ahead and think what was needed

23   later on for a party.

24       Q     People ordered --

25             (Discussion off the record.)

1                         J. Panora
2        Q      At a party there could be what 50 or
3    60 people; is that correct?
4                MR. SCHWEITZER:  Was the answer to the
5                last question inverted into the
6                record?
7                INTERPRETER:  Yes.
8                MR. SOLOMON:  Aaron, that is like a
9                waste of time.  Let's keep going.
10       Q      In a party there could be 50 or 60
11   people; is that correct?
12       A      Yes.
13       Q      The menu could be something like fish,
14   steak or chicken; right?
15       A      Yes, a party has any of that, what
16   ever they want, yes.
17       Q      Let's say there were 60 people there
18   and 20 ordered fish and 30 ordered steak and ten
19   ordered chicken, alright, who determined in the
20   chicken who prepares how much of each?
21       A      Well if it was steak I told you it was
22   the grill man, if it was chicken it is started on
23   the fryer and then we finish it up in the saute
24   station and send it. If it's grilled fish the
25   grill man he knew he got the order in the kitchen

```
1                        J. Panora
2    and he sent it out. If it was fish in the oven
3    then it was Robert and myself and we prepared
4    that.
5         Q     Did the kitchen staff work a set
6    schedule?
7         A     Yes.
8         Q     Who decided what the schedule would
9    be?
10        A     Everyone had a schedule but who put in
11   paper the schedule for a week or the schedule for
12   a workers was Armen.
13        Q     What if a kitchen worker would need to
14   come in late or leave early who would they speak
15   to?
16        A     Well if they were coming late they
17   would tell Armen or but those happen a couple of
18   times that somebody came in late and they told me
19   so they could get covered, they could get their
20   station covered.
21        Q     There are times that people told you
22   that they were coming late; right?
23        A     Yes, well Daniel told me a couple of
24   times so I can get coverage for this station but
25   you know regardless it was not super late, it was
```

1                    J. Panora
2    like half an hour later.
3         Q     Did you make sure that there was
4    coverage for Daniel's station?
5         A     Yes, if he needed to warm up the
6    sauces or we would help him like turning on the
7    grill to be ready for service.
8         Q     Did any other employee tell you that
9    they wanted, kitchen employee, tell you that they
10   wanted to leave early?
11        A     If that was somebody that didn't speak
12   proper English maybe but it didn't happen.
13        Q     Say that again.
14        A     If it was somebody who didn't speak
15   proper English maybe but it didn't happen.
16        Q     So you're saying no employee under
17   penalty of perjury no kitchen employee ever came
18   to you to tell you they were going to leave
19   early?
20        A     As far as I remember I don't remember.
21        Q     Can't say yes, can't say no; correct?
22        A     I had worked there so long that I
23   don't remember.
24        Q     There is nothing that could refresh
25   your recollection or is there something that

```
 1                     J. Panora
 2    could refresh your recollection?
 3         A    I can't remember.
 4         Q    What if somebody in the kitchen wanted
 5    to switch days, what would they do?
 6         A    Well if they wanted to get coverage
 7    for a day they would ask the person that was free
 8    that day.  If he was on a Tuesday that they
 9    needed to switch days or a Tuesday they would ask
10    me because on Tuesday was my free day.
11         Q    So if somebody as we talked the
12    dishwashers that is the bottom position in the
13    kitchen; right?
14         A    Yes.
15         Q    You started as a dishwasher; right?
16         A    Correct.
17         Q    If you saw a dishwasher was doing a
18    really good job what would you do?
19              Strike.
20              Let's say -- have you ever seen a
21    dishwasher who was doing a really good job and
22    had potential to work at a higher position?
23         A    Well I couldn't do anything. If he
24    works well he works well. If he doesn't work well
25    there is nothing I could do.
```

1                    J. Panora

2        Q     Would you tell anybody if he worked

3    really well or was working really bad?

4        A     Well in the restaurant sometimes we

5    have conversations amongst us like somebody was

6    doing a really good job but that was pretty much

7    it.

8        Q     Amongst who?

9        A     At the restaurant we all chatted.

10       Q     Did you ever tell Dee or Armen that

11   somebody was doing a really good job?

12       A     I didn't have to tell them. There were

13   cameras and they looked around and they saw it on

14   the cameras.

15       Q     Was Dee in the restaurant every day?

16       A     No, but Armen was there every day.

17       Q     Was Armen there all day every day?

18       A     No, sometimes he arrived in the

19   afternoon like 4:00 or 5:00.

20       Q     Did you watch the debate last night?

21       A     No.

22       Q     You are not really answering my

23   question.

24             I know you keep talking about this

25   camera system that you think everybody was

1                    J. Panora

2    looking at but my question to you was did you

3    ever tell Dee or Armen that somebody was doing --

4    let's say for this, did you ever deal Dee or

5    Armen that a dishwasher was doing a great job and

6    had the potential to be promoted?

7         A    If it came from me, no, but if my boss

8    or Armen had asked me I could have given them my

9    opinion.

10        Q    So Armen and Dee could have acted --

11   did Armen and Dee ever ask you about your opinion

12   about any member of the kitchen staff?

13        A    They had asked me we all worked. Some

14   have worked better or have worked well and some

15   that didn't.

16        Q    Would you tell them who worked better

17   and who didn't?

18        A    Well yes, they asked me. It is such

19   and such doing a good job and if I had seen such

20   and such doing a good job I would tell them yes,

21   he is doing a good job.

22        Q    Would Dee and Armen listen to you?

23        A    Well that I cannot tell you if they

24   listen to me but if they ask me I can tell you

25   yes, they asked me.

1                    J. Panora

2       Q       Who is an example of somebody that you

3  told Dee or Armen that was doing a good job?

4       A       I don't know, a while ago there was a

5  worker, I don't know if he works or he worked or

6  if he still works there, his name was Carlos.

7       Q       What did Carlos do?

8       A       Well he worked for a long time washing

9  dishes, then he left and by the time I left he

10  came back and he was making salads.

11      Q       You told Dee and Armen that Carlos did

12  a good job?

13      A       I don't remember. If they asked me

14  it's possible that I did. I don't remember

15  exactly.

16      Q       Do you know when that conversation

17  happened, was it before Carlos left or after he

18  came back?

19      A       I can't imagine it was before he left

20  because then he came back to work because he was

21  a good worker.

22      Q       You said he did a good job and then he

23  was put in a higher position as a dishwasher; is

24  that correct?  And then dishwasher; is that

25  correct?

J. Panora

1

2      A      I can't imagine that, yes, if they

3  asked me and then they say potential on him so

4  then yes.

5      Q      Is there anybody else you said was

6  doing a good job besides Carlos that you told Dee

7  and Armen when they asked you?

8      A      I don't remember.

9      Q      Would anything refresh your

10  recollection?

11      A      I don't know.

12      Q      Can you tell me an example of an

13  employee who you told Dee and Armen was doing a

14  bad job?

15      A      I don't remember if I told them who

16  was doing a bad job. I don't remember.

17      Q      When Dee or Armen would ask you about

18  someone's performance and you said they did a bad

19  job what would Dee or Armen do?

20            MR. SCHWEITZER:   Objection. You can

21            answer.

22      A      I don't know what they could have

23  done. I don't think, nothing.

24      Q      They could have fired somebody; right?

25            MR. SCHWEITZER:   Objection. You can

1                        J. Panora

2                 answer.

3       A       Possible.  They make the decision.

4       Q       Did there ever come a time when they

5    asked you if an employee was -- how an employee

6    was doing and you said that employee was doing a

7    bad job, he is hard to work with and then Dee or

8    Armen decided thereafter to fire that employee?

9       A       No.

10      Q       Never?

11      A       As far as I remember, no.

12      Q       Under penalty of perjury then?

13      A       I don't remember.

14      Q       So you don't remember if you said

15   somebody's performance was bad and then Dee and

16   Armen decided to fire the person, you don't

17   remember?

18      A       I was not always looking to see who

19   was doing a good job and who was not doing a good

20   job.

21      Q       That is not my question.

22              My question is were you ever asked if

23   someone -- were you ever asked by Dee or Armen

24   about someone's performance and you said the

25   person was bad or difficult to work with and Dee

```
 1                        J. Panora
 2    or Armen later decided to fire that person, yes
 3    or no?
 4         A      I am trying to remember but I don't
 5    remember anybody in particular.
 6         Q      Would anything refresh your
 7    recollection?
 8         A      I don't know.
 9         Q      You can't say if that happened and you
10    can't say if it didn't happen; is that right?
11         A      No, I don't remember exactly.
12         Q      Did you ever say that you wanted a
13    kitchen staff member fired?
14         A      No.
15         Q      Never?
16         A      No.
17         Q      Did you ever think anyone's
18    performance was so bad in the kitchen that they
19    should be fired?
20         A      Well I couldn't decide that. That was
21    decided by my boss.
22         Q      You already told me that you --
23                Strike.
24                I understand your testimony is that
25    the firing decision was your boss's but my
```

```
 1                        J. Panora
 2   question to you was not that.
 3              My question to you was did you think
 4   that anybody's performance in the kitchen was so
 5   bad that that person should be fired, dishwasher,
 6   salad person, I don't care who it is?
 7        A     I think that I have shared that with
 8   my boss and it was maybe because either they
 9   needed help in the kitchen or they didn't get the
10   things that they needed to get ready.
11        Q     Did your boss listen to you?
12        A     I think he went and spoke to the
13   person and waited to see if he improved.
14        Q     Did that person improve?
15        A     I am not sure if as the time went by
16   improved or as the time went by they kicked him
17   out.
18        Q     It could be one way or it could be the
19   other way; right?
20        A     Possibly, yes.
21        Q     Did you ever tell any kitchen employee
22   to pick up their final paycheck?
23        A     No. But yes, it had happened but when
24   they had decided to fire somebody they left the
25   paycheck with me so I can give it to this person
```

1                    J. Panora

2   the day after as they arrived.

3        Q     Why would they give you the paycheck

4   to give to this person who they fired?

5        A     Well because Armen the Manager he

6   arrived in the afternoon and I went early around

7   11:00 a.m.

8        Q     How many times did you have to give a

9   check to someone who had been fired?

10        A     Sometimes they had left me the check

11   for the person.

12        Q     Did you ever feel that the person you

13   were giving the check to should be fired?

14        A     Well my feelings have nothing to do

15   with the decision if they had already made the

16   decision.

17        Q     I understand it was not your decision

18   I didn't ask you that question.

19              Did you ever give a check to someone

20   that you agreed should be fired?

21        A     I didn't think anything about that.

22   Only follow orders.

23        Q     Did you ever give a check to someone

24   who you told Dee or Armen was doing a bad job?

25        A     I am trying to think and remember.

1                    J. Panora

2          Q      Either you told them that they were

3    doing a bad job or they asked you and you told

4    them they were doing a bad job?

5          A      It is possible, yes, but another thing

6    had gone by and I had worked for a very long time

7    in the past.

8          Q      Is there anything that could refresh

9    your recollection?

10         A      No.

11         Q      Why give the check to you the final

12   paycheck to you in the kitchen as opposed to

13   anybody else who would be there?

14         A      I assume that because I was the worker

15   that worked there the longest and the most senior

16   one I think that that is why the checks were

17   given to me to give to somebody.

18         Q      Let's talk about Alvaro for a second.

19   Do you know who Alvaro is?

20         A      Yes.

21         Q      What position does Alvaro work in?

22         A      He makes salads. He did some rotation

23   around the stations because then he went to the

24   fryer and he rotated.

25         Q      Did he always work in that position?

```
 1                    J. Panora
 2        A      Which one, meaning as a floater?
 3        Q      Did he start as a dishwasher?
 4        A      I think so, looks like it, yes.
 5        Q      Did he do a good job as a dishwasher?
 6        A      He was a good worker.
 7        Q      Did you ever tell anyone he was doing
 8   a good job?
 9        A      I think that either Armen or my boss
10   asked me once and I said yes, he is doing a good
11   job.
12        Q      Then Alvaro was promoted to the
13   floater position; correct?
14        A      Yes, I think he went up to the salad
15   station and then he started being a floater.
16        Q      Who taught him as a floater to work at
17   all the different stages?
18        A      I think it was Armen.
19        Q      Did you participate -- how would Armen
20   teach, first of all, does Armen cook?
21        A      No.
22        Q      How could Armen teach Alvaro to
23   operate all of those different stations?
24        A      No, he made the schedule and he
25   assigned the people where to work.
```

```
 1                      J. Panora
 2        Q     That is not what I asked you. I asked
 3   you who taught Alvaro how to do the job at each
 4   of those stations?
 5        A     If you work the saute station Robert
 6   and I taught him.  If you worked on the fryer
 7   Daniel taught him how.
 8        Q     Let's talk about hiring.
 9              You said that you contacted employment
10   agencies.
11              Did Dee or Armen ever send you
12   responses to job advertisements?
13        A     If they had send me applications?
14        Q     No, I mean a response to an inquiry or
15   an ad?
16        A     No, in general the inquiry was for
17   dishwasher.  The other workers the one that
18   worked the line we were the line and the stations
19   were other workers.
20        Q     So the dishwasher job had more
21   turnover; right?
22        A     Yes.
23        Q     Why would, and I want to show you an
24   example.  Let's go to Exhibit 13. If we scroll
25   down.
```

```
1                        J. Panora
2              So here is an e-mail that looks like
3    it's a dishwasher responding or someone
4    responding to a Craigslist ad for a dishwasher
5    and that was e-mailed to you; do you see that?
6              MR. SCHWEITZER:   Objection.   What
7              that says is that the response was to
8              Craigslist and it was forwarded to
9              him.
10   Q      So it seems like Aaron is right.
11             The response was to Craigslist and
12   then it was forwarded to you, Mr. Panora; do you
13   agree with your lawyers statement?
14             Mr. Panora, was a Craigslist e-mail
15   that was sent and forwarded to you?
16   A      Well there you can see my name so.
17   Q      Is that your e-mail address or one of
18   your e-mails address, Remigiopu?
19   A      Yes, that was my first e-mail address.
20   Q      This is looks like a Craigslist
21   response from somebody responding to an ad for a
22   dishwasher position; is that correct?
23   A      Yes, it looks like it.
24   Q      Why would you be receiving this?   Why
25   would this e-mail be forwarded to you?
```

1                    J. Panora

2        A     I don't know if it came directly to me

3   or my boss sent me at some point they were having

4   trouble to find dishwashers to work.

5        Q     You are not answering my question

6   again and I am happy to tell the court you are

7   being evasive but let's keep trying.

8              My question was why would this

9   Craigslist response be forwarded to you?

10       A     I am not sure why my boss sent it to

11  me.

12       Q     You can't -- you have no idea why your

13  boss sent it to you?

14       A     No, it's been a long time. I don't

15  remember.

16       Q     Why didn't -- do you know why your

17  boss sent it to you instead of the rest of the

18  kitchen?

19       A     Because I think that he considered me

20  as being one of his older employees.

21       Q     Have you ever interviewed somebody at

22  the restaurant was looking to hire?

23       A     If it was in Spanish my boss asked me

24  for help to interpret.

25       Q     So did you ever interview anybody who

```
 1                    J. Panora
 2   spoke English even with you and your boss
 3   together?
 4        A     I am trying to remember. I don't
 5   remember exactly.
 6        Q     Would anything refresh your
 7   recollection?
 8        A     I don't know.
 9        Q     How many times did you interview
10   somebody in Spanish?
11              MR. SCHWEITZER:   Objection to the
12              form. You can answer.
13        Q     How many times did you participate in
14   an interview in Spanish?
15        A     Well most of the ones that I got when
16   my boss asked me to help to interpret when they
17   didn't speak English.
18        Q     Did you ever conduct an interview when
19   Dee or Armen were not there?
20        A     Solo?
21        Q     Solo.
22        A     Well not alone, no, I could never done
23   what my boss did with interviews.
24        Q     Is it your testimony you never, under
25   penalty of perjury, are you testifying that you
```

Page 152
October 8, 2020

```
1                    J. Panora
2    never conducted an interview by yourself?
3         A     An interview, no, I couldn't and I
4    can't. If it was a Hispanic person then they
5    would make it go and do something work yes.
6         Q     Tell me about the interviews you
7    conducted with Deeran.
8              MR. SCHWEITZER:  Objection to the
9              form.  You can answer.
10             MR. SOLOMON:  What is the objection to
11             form?  He just testified that he
12             conducted interviews with his bosses
13             there.
14             MR. SCHWEITZER:  He testified that he
15             translated for them rather than
16             conducting an interview.
17             MR. SOLOMON:  Now your coaching,
18             buddy, and one more calls Kogan see
19             what happens.
20             MR. SCHWEITZER:  I am not coaching.
21             MR. SOLOMON:  It is coaching, buddy,
22             try it again and I am calling Kogan.
23             You guys are already on thin ice so
24             let's keep going.
25        Q     Mr. Panora, did you conduct interviews
```

```
 1                    J. Panora
 2   with Dee or Armen?
 3         A      I interpreted for them, yes.
 4         Q      You would ask their questions in
 5   Spanish; right?
 6         A      Yes, when they needed my help I would
 7   ask the questions and what ever they told me I
 8   would tell them in English and so on.
 9         Q      Would you ask questions of your own?
10         A      No.
11         Q      It is your testimony under penalty of
12   perjury that you never asked a question at an
13   interview that was not a translation of a
14   question that somebody asked under penalty of
15   perjury which is a felony in the State of New
16   York; that is your testimony?
17         A      I just translated.  That was it.
18         Q      After this interview was over did Dee
19   or Armen ask you what you thought of the person
20   you were interviewing?
21         A      Yes, they asked me.
22         Q      Would you say if you liked the person
23   or you didn't like the person?
24         A      Not if I like or dislike the person
25   but if what ever the person replied the answers
```

1                    J. Panora

2  were aligned with what my bosses were asking.

3        Q     Like basically the person gave good

4  answers; is that correct?

5        A     Yes, so then I told my bosses.

6        Q     Is it fair to say you were explaining

7  that the person gave answers that showed that

8  they could do the job?

9        A     No, I didn't say that. The answers

10  that they gave me I translated for them.

11        Q     Did the restaurant ever hire anybody

12  after you were asked what you thought of Dee and

13  Armen?

14        A     No, because my bosses knew the answers

15  and they decided if they were hiring him or not.

16        Q     When the dishwashers would be hired or

17  any other person in the kitchen would be hired

18  would it be a permanent basis or just kind of

19  like a trial basis to see if they did a good job?

20        A     No, they hired them and they started

21  to do work.

22        Q     And they started to work permanently?

23        A     Yes, and they started working until

24  they decided to stay or to leave.

25        Q     Until who decided to stay or to leave?

Page 155
October 8, 2020

```
 1                    J. Panora
 2       A       Them, the ones that were given the
 3  job. Sometimes they left the job and sometimes
 4  they didn't like it and they left.
 5       Q       It's your testimony under penalty of
 6  perjury which you know is a felony that the
 7  restaurant did not hire employees to work in the
 8  kitchen on a trial basis?
 9       A       Well at the restaurant we went through
10  really bad times trying to find dishwashers and
11  sometimes we didn't have the chance to put them
12  on trial.
13       Q       So there were people that were put on
14  trial; right?
15       A       Well it was really busy so as far as I
16  remember they hired this person or the person
17  started working. If he was doing a good job he
18  stayed and if he didn't either he left or was
19  told to leave.
20       Q       What hours did you work?
21       A       I did 11:00 to 9:30. Before we used to
22  do 11:00 to 10:00 or 10:30. On weekdays was
23  Friday and week was 10:00, 10:30.  On weekdays we
24  did 11:00 to 9:30 and on Fridays and weekends
25  Saturday and we did 11:00 to 10:00 or 10:30.
```

Page 156
October 8, 2020

```
 1                       J. Panora
 2        Q       Say that again.
 3                (Whereby, the requested portion was
 4                read back by the reporter.)
 5        A       I want to clarify.
 6        Q       Please.
 7                Start with this how many days a week
 8   did you work?
 9        A       I worked five days a week, off on
10   Tuesday.  If I was needed on Tuesday and starting
11   2018 I would work on that Tuesday. This is
12   starting on 2018. Before I used to have a
13   different schedule.
14        Q       So 2018 forward did you work on
15   Monday?
16        A       No, Monday the restaurant is closed.
17        Q       Just follow me yes or no for these
18   questions. It'll go a lot faster.
19        A       Okay.
20        Q       From 2018 forward did you work on a
21   Tuesday?
22        A       Yes, not every day.
23                (Discussion off the record.)
24        Q       Mr. Panora, is it your testimony that
25   you didn't work every Tuesday after 2018?
```

1                    J. Panora
2        A       No.
3        Q       How many days in a month would you
4   work after 2018, do you have any idea?
5        A       How many Tuesdays a month I didn't
6   work in 2018?
7        Q       Starting in 2018 how many Tuesdays
8   would you work in a month?
9        A       One or two, depending on the day, yes,
10  one or two.
11       Q       When you worked on a Tuesday after
12  2018 what were your hours that you worked?
13       A       I worked the whole day.  I was working
14  all day if I was covering for anybody.
15       Q       What did the whole day mean; what time
16  do you start and what time did you stop?
17       A       11:00, 11:30 to 9:00, 9:30.
18       Q       So you could have started at 11:00,
19  you could you have started at 11:30 on those
20  Tuesdays?
21       A       Yes.
22       Q       Let's go to Wednesday, did you work on
23  Wednesdays after 2018, we will do the before in a
24  second?
25       A       Yes.

1                  J. Panora

2        Q     What time did you start working on

3    Wednesdays and what time did you stop?

4        A     I arrived in general between 11:00

5    and 11:30 and I worked until closing at 9:30 p.m.

6        Q     2018 forward did you work on

7    Thursdays?

8        A     Yes.

9        Q     What time did you start and what time

10   did you stop?

11       A     11:00, 11:30 till the closing 9:30

12   p.m.

13       Q     Could again be 11:00 or 11:30 you

14   don't know; right?

15       A     Yes, my schedule was to start at 11:00

16   but sometimes I was a little late and I arrived

17   11:30.

18       Q     Fair to say most of the time you

19   arrived 11:30, half the time, let me know?

20       A     Many times.

21       Q     Let's go to Friday, did you work on

22   Fridays after 2018?

23       A     Yes.

24       Q     What time did you start and what time

25   did you stop?

1                    J. Panora

2        A       I started at 11:00, 11:30 a.m. and

3    Fridays we finished at 10:30 p.m.

4        Q       On Saturdays, did you work on

5    Saturdays after 2018?

6        A       Yes.

7        Q       What time did you start and what time

8    did you stop?

9        A       11:00, 11:30 I started and I finished

10   at 10:30 p.m.

11       Q       Just like Fridays and Saturdays is it

12   fair to say that you were late enough that you

13   were probably starting at 11:30 a.m.?

14       A       Yes, if your friend was advanced

15   enough you can arrive a little later in the

16   morning.

17       Q       Understandable.

18               On Sundays, did you work on Sundays?

19       A       Yes.

20       Q       On Sundays what time did you start and

21   what time did you stop?

22       A       I started 11:00, 11:30 and we closed

23   at the 9:30 p.m.

24       Q       This is the schedule you worked after

25   2018.

```
 1                      J. Panora
 2              Do you know when in 2018 you started
 3      to work the schedule?
 4         A     This schedule as we were talking about
 5      starting in April.
 6         Q     April of 2018.
 7         A     Yes.
 8         Q     I want to talk about the schedule you
 9      worked before April of 2018.
10         A     Okay.
11         Q     We will do it the same way, alright.  I
12      will start with did you work on Mondays before
13      April of 2018?
14         A     No.
15         Q     Did you work on Tuesdays before April
16      of 2018?
17         A     Yes.
18         Q     What time did you start and what time
19      did you stop?
20         A     11:00 to 9:30 p.m.
21         Q     Were you ever late before April of
22      2018 such that maybe you started at 11:30 a.m.?
23         A     I had arrived late sometimes, yes.
24         Q     Did you work on Wednesdays, I am still
25      talking about before April of 2018?
```

                          J. Panora

1

2        A      Yes.

3        Q      What time did you start on Wednesdays

4   and what time did you stop?

5        A      We started at 11:00 and finished at

6   9:30 p.m.

7        Q      How about Thursdays prior to April of

8   2018?

9        A      11:00 to 9:30 p.m.

10       Q      How about Friday?

11       A      11:00 to 10:30 p.m.

12       Q      How about Saturdays what time did you

13  work on Saturdays?

14       A      Yes.

15       Q      What time did you start on Saturday

16  and what time did you stop?

17       A      11:00 a.m. to 10:30 p.m.

18       Q      Did you work on Sundays before April

19  of 2018?

20       A      Yes.

21       Q      What time did you start and what time

22  did you stop on Sunday before April 2018?

23       A      Well I am trying to remember because

24  at some point in 2018, before 2018, my boss had

25  given me free on Sundays, Sundays free, but

```
 1                    J. Panora
 2   because that was the day that most likely they
 3   had parties I started at 11:00 and I finished
 4   sometimes at 9:30 p.m. but it varied because it
 5   was that I was going to parties so it was not
 6   always the same.
 7        Q    So let's deal with that.
 8             You only worked on Sundays prior to
 9   April of 2018 when there was a party; is that
10   fair?
11        A    Well before that my schedule was to
12   work on Sundays from 11:00 to 9:30 p.m. until my
13   asked my boss to have the day Sunday free so I
14   only went to work when they have a lot of
15   reservation for party.
16        Q    So when did you ask your boss to have
17   Sundays free?
18        A    I don't remember exactly the date.
19        Q    Was it in 2017, 2016, 2015, 2014?
20        A    I don't remember.
21        Q    Before you asked your boss to work
22   Sundays, to have Sundays off, you worked Sundays
23   from 11:00 to 9:30 p.m.; is that correct?
24        A    Yes.
25        Q    After you asked your boss to have
```

1                        J. Panora
2    Sundays off you only worked on Sundays when there
3    was a party; is that correct?
4         A    Yes, when they have a lot of
5    reservations and they have parties I had to go on
6    Sundays.
7         Q    For how many hours would you work when
8    there was a party?
9         A    There was not a set schedule depending
10   on  how many parties and how many reservations
11   for the night.
12        Q    Do you have any recollection of the
13   hours, the number of hours, you worked when you
14   worked a party?
15        A    It is hard to keep it in my memory
16   because sometimes you know there was a party
17   early and a party later. It is hard to tell.
18        Q    Is there anything that would refresh
19   your recollection?
20        A    No, it's really difficult to remember.
21   I don't know.
22        Q    I understand.
23             Have we talked now about -- have we
24   now discussed your hours as they were from 2013
25   through the end of your employment?

```
 1                    J. Panora
 2       A     I don't remember.
 3       Q     Do you need a minute.
 4       A     No, we can continue.
 5       Q     So you talked about arriving late and
 6  you said you arrived late often; that is fair,
 7  right?
 8       A     Well that was when my boss told me
 9  after 2018 that if everything was ready to start
10  the service I can arrive a little later in the
11  morning and then by the time I left in 2018 it
12  was because I didn't want to keep working so many
13  hours.
14       Q     Did you ever leave early?
15       A     If I was sick I left early but in
16  general I stayed until the closing to close.
17       Q     You stayed until the closing time;
18  right?
19       A     Yes.
20       Q     You don't stay passed the closing
21  time; right?
22       A     No.
23       Q     How much longer would you stay passed
24  the closing time?
25       A     I just told you that I didn't stay
```

1                    J. Panora

2    passed the closing time.

3         Q     You never stayed passed the closing

4    time of the restaurant. I understand; right?

5         A     After 2018, no, because I didn't want

6    to work that many hours, no.

7         Q     Before 2018 did you stay passed

8    closing time?

9         A     How can I explain.  Let me try. Okay

10   give me a minute.

11              Okay, so when I needed to finish the

12   order of things that I needed for the restaurant

13   then I would stay a little longer to finish the

14   order of the things needed for the day after or

15   in general for the restaurant.

16              (Discussion off the record).

17        Q     Mr. Panora, were your hours -- were

18   you part of the schedule for the restaurant?

19        A     No, like to set the schedule like if I

20   was helping with the schedule?

21        Q     Were you?

22        A     No, Armen.

23        Q     Were you part of the schedule?  Were

24   your hours on the schedule?

25        A     My hours were on the schedule.

                           J. Panora

1                    MR. SOLOMON:  Briefly pull up Exhibit

2                    4 and I would like to go to page bates

3                    stamp page Deenora 681.

4          Q     Mr. Panora, this document is redacted

5    but do you see your name there?

6          A     Yes.

7          Q     Can you tell me what it is?

8          A     Jose P.

9          Q     Do you know what this document is?

10         A     The schedule that was laid out for the

11   workers.

12         Q     Is it fair to say that you could not

13   have worked more than the hours on the schedule?

14         A     Like I told you before, if I had to

15   make an order I stayed a little longer but that

16   was my schedule.

17         Q     This was the schedule you worked on

18   this week?

19         A     Yes.

20         Q     Unless you had to stay longer to make

21   an order which by the way how long would you have

22   to stay in order to make an order outside of your

23   hours?

24         A     Not much.

1                    J. Panora

2      Q     Less than an hour?

3      A     Yes.

4      Q     How often would you make an order?

5      A     Well I did orders on weekdays every

6   day but I order more on Thursdays and sometimes

7   Saturdays or Thursdays and Sundays.

8      Q     Did you stay after work for every day

9   you made an order or only on Sundays that you

10  made an order?

11     A     No, I didn't stay later than my

12  schedule every day then I did orders.  I stayed

13  later on Sundays in general.

14     Q     So apart from staying later on Sundays

15  is it fair to say that you did not work more than

16  the hours on your schedule?

17     A     Yes.

18           MR. SOLOMON:  We are done with Exhibit

19           4. I would like to go to --

20     Q     Why did your employment at Dee's end?

21     A     I don't understand. Can you please ask

22  me.

23     Q     Were you fired, did you quit, what

24  happened, why did you leave Dee's?

25     A     I left because I started to have back

1                    J. Panora
2      problems.
3                    MR. SOLOMON:   I would like to pull up
4                    Exhibit 18. Audio file. We will play
5                    it for a minute.
6           Q      Were there any days besides Mondays
7      when the restaurant were closed; for example,
8      holidays?
9           A      The restaurant also can close in
10     wintertime if there was a lot of snow like a
11     snowstorm and the boss decided to close.
12          Q      Was there any holidays the restaurant
13     was closed for?
14          A      Yes, it was closed July 4, sometimes
15     he opened but most of the years the restaurant
16     was closed on July 4.
17          Q      Was the restaurant closed for two
18     weeks during the summer?
19          A      As far as I remember, no.
20          Q      What would refresh your recollection?
21          A      I don't know.
22          Q      Did you ever take any vacations in the
23     period of 2013 to present?
24          A      2013, I went to Ecuador.
25          Q      You went to Ecuador?

```
 1                    J. Panora
 2        A      Yes.
 3        Q      When did you go to Ecuador?
 4        A      I don't remember the exact date but I
 5   did take a vacation.
 6        Q      Do you know how long that vacation
 7   was?
 8        A      I asked my boss and I think I was gone
 9   for a month and then in general our vacation time
10   was in July.
11        Q      That vacation time in July so how much
12   vacation time did you have every July?
13        A      Also there was depending on the day
14   that July 4 fell depending on the day it was
15   closed for a week or a week and two days
16   depending on July 4.
17        Q      Let's play this recording we have up
18   as I don't know what it is marked as, on my list
19   it was Exhibit 18?
20               MR. POLETES:  I will be mark it as
21               Exhibit 12.
22               (Whereby, the video recording played.)
23        Q      Is that your voice in English?
24        A      Yes.
25               MR. SOLOMON:  Let's go to Exhibit 3 on
```

```
 1                    J. Panora

 2            my list.

 3       Q    Mr. Panora, have you seen this

 4  document before?

 5       A    I don't remember seeing it.

 6       Q    So you can't say if you have, you

 7  can't say if you have not; correct?

 8       A    Yes, no, I can't.

 9       Q    I will represent to you it's an

10  organizational chart for the restaurant.  I will

11  go through who all the people are.

12            Who is the owner?

13       A    My boss.

14       Q    Who is that?  Give me a name.

15       A    Dee.

16       Q    Dee is the owner.

17            Under the owner there is the General

18  Manager.  Who is the General Manager by name?

19       A    Armen.

20       Q    And right to the left of the General

21  Manager right under it is a chef.  Who is the

22  chef?

23       A    In that page it would be me.

24       Q    Let's scroll up on the document

25  please.
```

Page 171
October 8, 2020

1                   J. Panora

2               Do you see the section that says

3    management phone numbers?

4         A    Yes.

5         Q    Your name is there?

6         A    Yes, I see my name.

7         Q    There are home and cell phone numbers

8    there?

9         A    I don't remember, I didn't have the

10   cell phone number and my home.

11        Q    Did you have that number for your

12   home?

13        A    It is possible. It is been a long time

14   since I don't use a landline.

15        Q    So if you have not used a landline for

16   a while this paper we are looking at is probably

17   several years old at least; is that fair?

18        A    I think so.

19        Q    Why are you listed as part of

20   management?

21        A    You should ask that question to my

22   boss.

23        Q    You can't testify as to why you're

24   listed as part of management?

25        A    I don't know.

1                       J. Panora

2        Q       Do you dispute being listed as part of

3    management here?

4        A       Yes, I don't remember seeing this

5    paper.

6        Q       Let's go to Exhibit 2. Before I asked

7    you about Exhibit 2 I want to clean something up.

8                Your salary in the Complaint is listed

9    for the period of 2011 to April 9, 2018 as being

10   $1,300 a week; is that correct?

11       A       Yes.

12       Q       And then after April 9, 2018 it's your

13   testimony that your salary increased to $1,400

14   per week?

15       A       Yes.

16       Q       And you got the same salary every week

17   you worked; right?

18       A       Yes.

19       Q       If we look down at Exhibit 2 all the

20   way at the bottom is a signature; is that your

21   signature?

22       A       Yes.

23       Q       If you look at the outline of

24   responsibilities; do you see that?

25       A       Yes, the date was signed on 4/11/18.

1                    J. Panora

2        Q      No, I want you to look at the outline

3   of responsibilities, do you see the outline of

4   responsibilities there?

5        A      Yes.

6        Q      Were those your responsibilities?

7        A      When I came back in 2018 my boss gave

8   me these but I continued to do the same, a line

9   cook.

10       Q      Your testimony is you signed this yet

11  you did not perform those responsibilities; is

12  that what you're saying?

13       A      I was still a line cook.

14       Q      Hmm, you were still a line cook.

15              You were a line cook that made $72,000

16  a year; is that correct?

17       A      Well as you can see I left in 2018 and

18  he even though offered me more money to go back.

19       Q      You left in 2018, how long did you

20  leave for?

21       A      For two days. I found another job in

22  Albany and I worked there for two days because I

23  didn't want to work long hours there.

24       Q      Did you actually work at the other job

25  in Albany?

1              J. Panora

2      A      Yes, I worked for two days.

3      Q      Who decided what ingredients the

4   kitchen needed to order?

5      A      Well we had a menu and my boss gave me

6   I don't know what is the name of it but it was a

7   paper with all the ingredients listed so I just

8   order what I needed to order.

9      Q      So did you decide -- who decided how

10  much of each ingredient to order, how many

11  steaks, how many shrimps, how much garlic?

12     A      Because I have been there for a long

13  time and I have a lot of experience I have the

14  know how of how much to order. I know how to

15  order and how much.

16     Q      What vendors did you order from?

17     A      My boss also gave me a list of vendors

18  so for meat I ordered from Metro Meat and Master

19  Meat. Then other products from High Cool and

20  Samson and my boss also ordered from Sysco, I

21  don't know the spelling on Sysco, most likely

22  C-I-S-C-O.

23     Q      If two employees in the kitchen had a

24  disagreement or a fight --

25              Did there ever come a point in time

```
1                     J. Panora
2    when two employees in the kitchen had a
3    disagreement or had a fight?
4         A     As far as I can remember, no.
5         Q     Did anybody else in the kitchen order
6    ingredients?
7         A     Well before I left Robert also started
8    to order for the kitchen. If I was sick Armen
9    with the help of Robert would order.
10        Q     Robert only started ordering you said
11   right before you left?
12        A     Yes, because before I left my boss
13   asked me to teach Robert and Armen how I have
14   been ordering for a long time.
15        Q     If you placed an order and you didn't
16   get what you ordered what would you do?
17        A     Well I would call my boss if something
18   was not ready to come or it was not available and
19   sometimes I also had to call the vendors because
20   some things were missing from the order.
21        Q     Did there ever come a time where you
22   ordered food and you got something that was not
23   good, was not of the right quality or spoiled?
24        A     Yes, we had received things that are
25   not good to be served.
```

```
 1                    J. Panora
 2      Q      What would you do when that would
 3 happen?
 4      A      Well I let my boss know but sometimes
 5 because I was in charge of ordering I had to call
 6 myself the vendor and let him know that what ever
 7 the item was spoiled.
 8      Q      Sometimes the kitchen is busy; right?
 9      A      Yes.
10      Q      Times when the kitchen is not busy?
11      A      Yes.
12      Q      During what period of time in the day
13 is the kitchen not busy?
14      A      From 11:00 to 4:00 or 5:00 p.m. that
15 ask when we use that time to prep.
16      Q      Did you ever leave the restaurant when
17 the kitchen was slow during that slow period to
18 take care of any kind of personal business?
19      A      If I have I asked permission either to
20 my boss or to Armen but there were rare occasions
21 that I left the job during the day.
22      Q      Did you eat during work?
23      A      We didn't have a lunchtime break but
24 we ate when it was not very busy.
25      Q      I understand you didn't have a set
```

1                     J. Panora

2    hour for lunch but how much time would you spend

3    eating during that not busy period?

4         A     Like ten minutes.

5         Q     What else would you do during the not

6    busy period, for example, would you watch soccer?

7         A     Well soccer yes, we have our boss's

8    permission and he let us watch the match.

9         Q     How much time would you spend watching

10   matches during non busy period?

11        A     We worked the match in the meantime

12   that we didn't have an order. If an order came in

13   we just went and took care of the order and maybe

14   if we could we listen to the match but the

15   priority was the orders.

16        Q     What did the dishwashers do?  First of

17   all, are there a lot of dirty plates during the

18   slow period?

19        A     No, if it's slow no, there is prep

20   time but not a lot of dishes because the

21   restaurant is slow.

22        Q     What did you tell the dishwashers to

23   do during the slow period?

24        A     During the slow period my boss would

25   ask me to tell them to clean the dirty walls or

Page 178
October 8, 2020

```
 1                        J. Panora
 2    the yard.
 3         Q     I would like to show you something the
 4    lawyer gave me and I don't really understand what
 5    it is.
 6               MR. SOLOMON:  Can we go to Exhibit 19
 7               please.
 8               (Whereby, the video was played.)
 9         Q     What am I looking at, Jose?
10         A     I didn't understand your question.
11         Q     What does this video show?
12         A     It looked like something fell on my
13    head and the guy is Carlos and then I got --
14               INTERPRETER:  The interpreter
15               disconnected.
16         A     I think he was reaching something
17    above from the chef.
18         Q     Did you ever help create dishes for
19    the restaurant?
20         A     As far as I remember, no, my boss
21    created the dishes and he gave us the recipes and
22    instructions.
23         Q     Did he ever ask you for your opinion?
24         A     When he created a dish in the kitchen
25    he asked everybody around in order to see like
```

```
 1                    J. Panora
 2    opinion, ingredients or how to present the food
 3    on the plate.
 4         Q     How about specials, how were specials
 5    created?
 6         A     Well, my boss gave us the recipe and
 7    ingredients and depending the kind of dish, it
 8    was pasta it was Robert or me who made the dish,
 9    if it was a grill the guy who worked on the grill
10    and if it was a salad the salad man.
11         Q     Did any employee -- did you discuss
12    overtime with any employee at Dee's?
13         A     Which case?
14         Q     No case, I am asking did you discuss
15    overtime with any employees at Dee's, not case?
16         A     Well Terry asked me once if or how
17    they pay overtime and I told this person that we
18    were not getting paid for overtime.
19         Q     Was Terry the only person you spoke
20    with about overtime at Dee's?
21         A     Yes.
22         Q     How long has Robert worked for the
23    restaurant?
24         A     I don't remember exactly but about
25    sixteen years.
```

```
 1                    J. Panora
 2      Q      Is Robbie a chef line cook too?
 3      A      Yes.
 4      Q      Does Robbie make $70,000 a year?
 5      A      No, I don't know how much he makes.
 6      Q      What is the difference between Robbie
 7  and you?
 8      A      The difference, I have more knowledge
 9  because I had worked longer there.
10      Q      How much longer than Robbie have you
11  worked?
12      A      I worked for my boss for 25, 27 years.
13      Q      Is it fair to say Robbie worked for
14  Dee for about twenty years?
15      A      Yes, it is possible.
16             (Short break:  6:35 to 6:37)
17      Q      So when the restaurant was slow toward
18  the end of day did you ever leave early, Jose?
19      A      Maybe I had left early I had to ask
20  for permission to my boss or Armen.
21      Q      The surveillance camera system in the
22  kitchen would Dee or Armen use that camera to
23  give an order to anybody?
24      A      I don't understand the question.
25      Q      How did Dee or Armen use the camera
```

```
 1                    J. Panora
 2   system in the kitchen to give instructions to you
 3   or anybody else in the kitchen?
 4        A     No, I don't know how they would use
 5   the cameras. I know the cameras were there but.
 6        Q     If they were going to talk to somebody
 7   they would come in the kitchen; right?
 8        A     Yes.
 9        Q     They would not use the camera to talk
10   to anybody; correct?
11        A     Well they used like an intercom from
12   the office to use their voice to tell somebody to
13   come down to the office.
14        Q     So they would only use the intercom to
15   tell someone to come down to the office; correct?
16        A     Yes.
17        Q     The group text chat we saw earlier do
18   you remember that, the Dee's Team Chat?
19        A     Yes, I remember that.
20        Q     Would Dee or Armen use the Team Chat
21   to tell people what to do?
22        A     I didn't use that application. I
23   rarely used that application.
24        Q     Didn't use it or you rarely used it?
25        A     Rarely because I don't write in
```

1                        J. Panora

2    English. I very rarely use English.

3        Q      Let's wrap this up.

4                MR. SOLOMON:  So, Aaron, you paying

5                attention there, bud?

6                MR. SCHWEITZER:  Yes.

7                MR. SOLOMON:  So Mr. Panora, I don't

8                have any questions for you right now

9                but I do have to hold the record open

10               because it seems from your testimony

11               today that you have failed to produce

12               certain documents, again, that are

13               responsive to our discovery requests

14               and I have met and conferred with Mr.

15               Schweitzer for several minutes and I

16               have requested of him that the text

17               messages that you are withholding be

18               produced in their entirety by Monday.

19               And I am going to reserve my right for

20               a further deposition of you to ask you

21               questions about those communications

22               which I do not have.

23               So I thank you for your time today

24               sir, and for now that is it.  Aaron,

25               you and I will followup separately.

```
1                        J. Panora

2               (Time noted: 6:43 p.m.)

3

4                    _____

5                     JOSE PANORA

6

7   Subscribed and sworn to before me

8   this       day of              , 2020.

9

10  _____

11              NOTARY PUBLIC

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    J. Panora

 2  --------------- EXHIBIT INDEX-----------------

 3  WITNESS            EXAMINATION BY    PAGE

 4  JOSE PANORA     MR. SOLOMON        6

 5

 6  ------------------ EXHIBITS-------------------

 7               (Under separate cover)

 8

 9     "INFORMATION/DOCUMENTATION REQUEST INDEX"

10

11  -------------- DOCUMENT REQUEST --------------

12  PAGE         88  Test messages

13

14  --------- INFORMATION TO BE FURNISHED --------

15                  -NONE-

16

17  ----------------- RULINGS --------------------

18  PAGE           LINE

19  10             11

20  45             9

21

22

23

24

25
```

```
 1              J. Panora
 2              CERTIFICATION
 3   STATE OF NEW YORK  )
                          )  ss.:
 4   COUNTY OF NEW YORK )
 5
 6              I, LAURA B. LOWENTHAL, a Notary
 7   Public within and for the State of New York, do
 8   hereby certify:
 9              That JOSE PANORA the witness(es)
10   whose deposition(s) is(are) hereinbefore set
11   forth, was(were) duly sworn by me and that such
12   deposition(s) is(are) a true and accurate record
13   of the testimony given by such witness(es).
14              I further certify that I am not
15   related to any of the parties to the action by
16   blood or marriage; and that I am in no way
17   interested in the outcome of this matter.
18              IN WITNESS WHEREOF, I have
19   hereunto set my hand this 8th day of
20   October, 2020.
21
22              Laura B. Lowenthal
23              LAURA B. LOWENTHAL
24
25
```

| A | | | |
|---|---|---|---|
| **a.m (7)** | **acquire (1)** | 100:18 101:7 | 14:11 |
| 1:19 26:17 | 46:20 | 101:12,14 | **Alex (1)** |
| 145:7 159:2 | **acted (1)** | 102:15 | 56:24 |
| 159:13 | 139:10 | **affidavits (1)** | **aligned (1)** |
| 160:22 | **action (4)** | 22:4 | 154:2 |
| 161:17 | 58:2,7 62:20 | **afraid (2)** | **alike (1)** |
| **a/k/a (1)** | 185:15 | 45:5 113:7 | 48:25 |
| 1:15 | **ad (3)** | **afternoon (3)** | **allegated (1)** |
| **Aaron (14)** | 148:15 149:4 | 105:10 138:19 | 62:23 |
| 2:6,10 25:24 | 149:21 | 145:6 | **allowed (1)** |
| 39:11 43:5 | **address (10)** | **against- (1)** | 63:14 |
| 44:7,25 50:20 | 6:15 18:20,22 | 1:10 | **alright (5)** |
| 51:5 88:23 | 19:2,4,11 | **age (8)** | 44:24 45:15 |
| 134:8 149:10 | 34:22 149:17 | 54:20,22 55:2 | 88:23 134:19 |
| 182:4,24 | 149:18,19 | 55:4,5,9,14 | 160:11 |
| **aaronschweit...** | **administer (1)** | 55:15 | **Alvaro (9)** |
| 2:6 | 3:15 | **agencies (1)** | 56:24 92:9,10 |
| **ability (1)** | **administerin...** | 148:10 | 146:18,19,21 |
| 14:16 | 4:13 | **agency (6)** | 147:12,22 |
| **able (1)** | **admissions (1)** | 115:20,22,24 | 148:3 |
| 14:7 | 102:22 | 116:2,5,7 | **American (1)** |
| **Abraham (1)** | **advance (2)** | **ago (14)** | 33:3 |
| 105:7 | 123:19 133:4 | 15:13,23 16:21 | **amount (5)** |
| **absurd (1)** | **advanced (1)** | 17:4 18:13 | 27:12 28:9 |
| 89:14 | 159:14 | 32:14 61:5 | 93:21 94:6 |
| **accept (14)** | **advertisemen...** | 62:5 91:8 | 120:10 |
| 38:10,12 50:13 | 148:12 | 100:24 105:3 | **and/or (1)** |
| 50:17 51:8,12 | **advertising (1)** | 127:25 131:7 | 86:18 |
| 51:15,23 52:9 | 28:15 | 140:4 | **Angel (3)** |
| 52:20,23 | **advice (4)** | **agree (9)** | 56:24 92:8,10 |
| 53:14 68:21 | 22:22 53:4,12 | 21:14 22:18 | **answer (44)** |
| 69:25 | 72:2 | 23:22 48:22 | 10:2 13:7,8,14 |
| **accepted (1)** | **advise (4)** | 60:16,20,24 | 13:23 14:17 |
| 51:22 | 45:19,22 112:9 | 61:13 149:13 | 21:4,12 24:17 |
| **accepting (2)** | 121:17 | **agreed (5)** | 24:25 30:19 |
| 51:2 53:7 | **advisement (1)** | 3:4,8,12 4:4 | 31:2 39:6 |
| **access (3)** | 89:13 | 145:20 | 42:3,25 43:11 |
| 80:15 81:15,19 | **affidavit (32)** | **agreement (3)** | 43:13,21 44:2 |
| **accurate (4)** | 21:18,19,25 | 41:18,20,22 | 45:13 47:8 |
| 14:8 65:22 | 22:11,14,18 | **ahead (3)** | 50:19 52:2 |
| 74:16 185:12 | 35:4,6,7,10 | 123:25 124:4 | 61:20 67:21 |
| **accurately (1)** | 96:5,11,19 | 133:22 | 71:6,12,18 |
| 70:23 | 97:3,15,19,24 | **Albany (4)** | 84:9,20 85:4 |
| **achieve (1)** | 98:3,5,11,20 | 6:17 34:24 | 87:14 97:11 |
| 40:24 | 99:6,9,19 | 173:22,25 | 102:8 105:25 |
| | 100:8,11,15 | **alcohol (1)** | 108:21,23 |

| | | | |
|---|---|---|---|
| | | | 111:9,24 |
| | | | 134:4 141:21 |
| | | | 142:2 151:12 |
| | | | 152:9 |
| | | | **answering (3)** |
| | | | 21:8 138:22 |
| | | | 150:5 |
| | | | **answers (5)** |
| | | | 153:25 154:4,7 |
| | | | 154:9,14 |
| | | | **anybody (20)** |
| | | | 19:7,9 33:18 |
| | | | 56:2,16 57:15 |
| | | | 85:6 117:25 |
| | | | 118:23 138:2 |
| | | | 141:5 143:5 |
| | | | 146:13 |
| | | | 150:25 |
| | | | 154:11 |
| | | | 157:14 175:5 |
| | | | 180:23 181:3 |
| | | | 181:10 |
| | | | **anybody's (1)** |
| | | | 144:4 |
| | | | **anyone's (1)** |
| | | | 143:17 |
| | | | **ap (2)** |
| | | | 77:20 80:3 |
| | | | **apart (1)** |
| | | | 167:14 |
| | | | **Apartment (1)** |
| | | | 6:16 |
| | | | **apologize (2)** |
| | | | 6:24 26:10 |
| | | | **application (9)** |
| | | | 77:11,16,17 |
| | | | 79:20,24 80:9 |
| | | | 80:10 181:22 |
| | | | 181:23 |
| | | | **applications ...** |
| | | | 148:13 |
| | | | **appropriate (...** |
| | | | 45:8,11 55:11 |
| | | | **approximate ...** |
| | | | 27:9 |
| | | | **approximatel...** |

15:4 26:5
**April (13)**
160:5,6,9,13
160:15,21,25
161:7,18,22
162:9 172:9
172:12
**Arabian (4)**
1:15,15 2:18
60:22
**argued (1)**
82:20
**ARIELA (1)**
2:17
**Armen (71)**
53:23,23 60:25
60:25 75:18
79:5 87:18,21
88:10,13,17
107:11,21
108:7,11,16
109:3,13
110:12
113:13 115:5
115:8,18,19
115:21 116:4
117:6 119:3
133:3 135:12
135:17
138:10,16,17
139:3,5,8,10
139:11,22
140:3,11
141:7,13,17
141:19 142:8
142:16,23
143:2 145:5
145:24 147:9
147:18,19,20
147:22
148:11
151:19 153:2
153:19
154:13
165:22
170:19 175:8

175:13
176:20
180:20,22,25
181:20
**Armen's (2)**
54:2 77:24
**arrested (1)**
19:22
**arrive (2)**
159:15 164:10
**arrived (8)**
138:18 145:2,6
158:4,16,19
160:23 164:6
**arriving (1)**
164:5
**ascertain (1)**
6:21
**asked (44)**
10:24,25 11:2
13:16 24:19
24:21 34:18
38:10 39:21
43:7 70:7
87:6 115:9
124:21
132:16 139:8
139:13,18,25
140:13 141:3
141:7 142:5
142:22,23
146:3 147:10
148:2,2
150:23
151:16
153:12,14,21
154:12
162:13,21,25
169:8 172:6
175:13
176:19
178:25
179:16
**asking (31)**
27:8 36:25
37:2,3,12,14

37:16 42:7,9
42:12 44:18
44:19 47:7
50:8,10 51:19
52:6 53:9,11
57:13 58:16
58:17 59:6
88:4,7 113:25
131:16,25
132:3 154:2
179:14
**asolomon@k...**
2:11
**assigned (1)**
147:25
**associated (1)**
74:6
**assume (6)**
13:15 29:11,19
76:7 77:10
146:14
**AT&T (1)**
14:25
**ate (1)**
176:24
**attend (1)**
11:4
**attention (2)**
56:4 182:5
**attorney (6)**
4:24 35:13,16
39:4 45:15
76:11
**attorney's (1)**
39:23
**attorney/clie...**
50:22 52:4,7
**attorneys (8)**
2:4,8 3:5 39:22
69:5,16 72:10
74:6
**Audio (1)**
168:4
**August (18)**
9:18 47:14
62:7,8 64:7,8

64:11,17,17
64:18 78:8,9
78:9,9,9 82:9
99:14,15
**authorized (1)**
3:14
**available (1)**
175:18
**award (1)**
27:6
**aware (2)**
83:4 87:3
**awareness (3)**
51:4,7,11

---
**B**
**B (3)**
1:23 185:6,23
**back (26)**
6:23 13:8
26:18 33:2
34:25 45:12
48:21 74:18
90:22 96:10
102:14 109:5
110:7,22
111:19
119:16 122:4
122:11,13
140:10,18,20
156:4 167:25
173:7,18
**bad (15)**
57:20 71:19
138:3 141:14
141:16,18
142:7,15,25
143:18 144:5
145:24 146:3
146:4 155:10
**balsamic (2)**
122:20,21
**bankruptcy (1)**
19:14
**barely (1)**
127:14

**base (1)**
107:2
**based (3)**
23:8 87:6
94:14
**basic (2)**
109:7,8
**basically (2)**
35:5 154:3
**basics (1)**
109:10
**basis (3)**
154:18,19
155:8
**batch (7)**
120:7,8 122:15
122:17,22,25
123:3
**bates (2)**
129:9 166:3
**bear (1)**
5:5
**bearing (1)**
79:15
**beat (1)**
68:23
**beginning (5)**
18:20 25:24
59:17 64:16
73:2
**behalf (5)**
1:6,6 57:13
62:21 63:6
**believe (1)**
52:11
**Bertha (1)**
6:16
**best (2)**
45:20,23
**better (3)**
61:16 139:14
139:16
**big (7)**
34:23 120:19
122:15,17,22
122:25 129:8

**birth (2)**
9:17,19
**bit (2)**
7:16 77:21
**black (1)**
16:3
**block (2)**
80:7,12
**blocked (2)**
78:3 80:11
**blood (1)**
185:16
**blue (2)**
73:13,14
**boss (90)**
36:11 41:12
46:23,24 47:3
47:11 48:18
49:12,14
55:12 64:7
76:8 77:18
81:18 85:15
86:15 88:17
92:18,21 93:8
93:13,14 95:2
95:8 98:24
105:17 107:6
107:11,21
110:12
111:19
112:22,25
113:14,23
114:7,16
115:5,7,9,19
116:4 118:6
118:24 119:3
119:6,9
120:16 121:6
121:8,22
122:3 126:5
133:3 139:7
143:21 144:8
144:11 147:9
150:3,10,13
150:17,23
151:2,16,23

161:24
162:13,16,21
162:25 164:8
168:11 169:8
170:13
171:22 173:7
174:5,17,20
175:12,17
176:4,20
177:24
178:20 179:6
180:12,20
**boss's (4)**
76:8,12 143:25
177:7
**bosses (4)**
152:12 154:2,5
154:14
**bottom (7)**
47:20 73:8
99:11 100:22
104:7 137:12
172:20
**bought (1)**
121:22
**Bouievard (1)**
2:4
**boys (1)**
90:17
**bread (5)**
128:9,22
131:20,21
132:5
**breaded (1)**
123:23
**break (13)**
13:17,18,21,24
25:6 26:2,17
68:8,9 91:22
120:6 176:23
180:16
**breakfast (2)**
62:2,5
**breaking (1)**
31:5
**Brick (2)**

1:13 60:18
**brief (1)**
74:7
**briefly (2)**
6:20 166:2
**bring (2)**
57:12 109:5
**bringing (2)**
41:11 74:13
**broaden (1)**
39:20
**broth (3)**
106:24 124:6
128:4
**brought (2)**
62:20 126:3
**bud (1)**
182:5
**buddy (2)**
152:18,21
**bunch (1)**
130:24
**burger (1)**
128:9
**burgers (2)**
124:12 128:6
**bus (1)**
90:17
**business (5)**
34:21 106:19
115:21
132:22
176:18
**busy (18)**
105:14 110:2,3
112:14 120:4
120:5 126:16
126:19
127:13,20
155:15 176:8
176:10,13,24
177:3,6,10
**button (1)**
25:16

_____
**C**
_____

**C (1)**
2:2
**C-I-S-C-O (1)**
174:22
**call (26)**
9:15 25:14
26:8 32:6,9
33:18,20
36:24 54:9,13
55:6,8,12,16
60:14 93:12
98:19 105:18
115:20,24
116:5,7 133:4
175:17,19
176:5
**called (25)**
6:6 9:11,12
11:24 29:17
29:19,22 36:4
37:19 76:21
90:23 93:9,13
93:14,17,17
95:5 98:21,24
99:3 115:22
116:2,15
127:15,19
**calling (1)**
152:22
**calls (4)**
32:25 111:8,23
152:18
**camera (6)**
18:4 138:25
180:21,22,25
181:9
**cameras (9)**
112:22,24
113:2,4,5
138:13,14
181:5,5
**card (1)**
115:21
**care (3)**
144:6 176:18
177:13

**C (1)**
2:2
**Carlos (8)**
56:24 94:21
140:6,7,11,17
141:6 178:13
**case (50)**
7:25 11:19,22
23:18,20 24:6
24:7 26:7,11
29:8 36:21
37:3,9,15,18
37:21,21,22
38:2,3,4,5,8
38:13 39:4
40:2,5,17,19
40:22,25
41:21 57:9,12
57:14,23 59:7
69:6 70:7,20
71:23 72:14
74:15 75:4
82:20,24
179:13,14,15
**Caucasian (1)**
33:3
**cause (1)**
14:7
**cell (5)**
14:22 75:13
85:7 171:7,10
**certain (10)**
54:20 55:2,5,9
55:14,15 72:4
123:18
128:23
182:12
**CERTIFICA...**
185:2
**certify (2)**
185:8,14
**chain (10)**
85:11,14 87:22
88:6,7,13,16
129:25
131:12,14
**chance (2)**
81:22 155:11

change (3)
110:8 122:7
125:17
changes (1)
110:10
chaotic (1)
112:16
charge (2)
119:22 176:5
chart (1)
170:10
chat (7)
76:14,16,22
82:15 181:17
181:18,20
chats (1)
79:20
chatted (1)
138:9
check (12)
75:6,11,13,19
112:23 121:9
145:9,10,13
145:19,23
146:11
checked (3)
17:5 33:25
76:4
checking (1)
70:16
checks (1)
146:16
chef (43)
92:17,18 93:6
93:10,12,14
95:5,7,7,13
95:21,22
97:14,17,18
98:10,13,13
98:14,16,20
98:21,24 99:3
99:6,7 100:24
101:3,4,5,6
101:12,13,15
101:20,25
102:17,18

106:3 170:21
170:22
178:17 180:2
chef/line (1)
102:23
chefs (2)
101:22,23
Chepa (3)
9:13,14,16
chicken (19)
123:23 124:6
128:4,9,22
131:21,21,22
131:23,24,24
132:4,5,6,9
134:14,19,20
134:22
chickens (3)
131:16,19
132:2
choice (2)
45:17,21
choose (1)
86:16
chose (1)
86:16
chosen (1)
86:13
citizen (2)
10:7,14
civil (1)
5:10
clarification ...
107:18
clarify (3)
39:6 125:7
156:5
class (1)
58:7
clean (16)
91:11 113:20
113:22,25
114:7,8,12,13
114:16
115:11
128:12,13,14

128:15 172:7
177:25
cleaned (1)
113:21
cleans (3)
114:9,10,14
clear (1)
69:4
click (1)
18:2
client (2)
26:25 89:7
close (5)
21:24 91:11
164:16 168:9
168:11
closed (8)
156:16 159:22
168:7,13,14
168:16,17
169:15
closer (2)
18:6 61:17
closing (9)
158:5,11
164:16,17,20
164:24 165:2
165:3,8
co-worker (3)
35:25 112:9
118:16
co-workers (1)
132:7
coaching (3)
152:17,20,21
collective (1)
58:2
colored (1)
130:22
come (32)
9:21 44:11
46:20 53:13
77:3 96:24
107:12 108:6
108:7,20
109:13

110:12
111:19
113:14 115:6
116:25 122:4
124:14
125:22 126:7
126:21,25
127:7 133:6
135:14 142:4
174:25
175:18,21
181:7,13,15
comes (5)
77:5 104:9
118:6 124:13
124:17
coming (4)
107:22 127:23
135:16,22
commence (1)
7:13
commenting ...
53:11
communicat...
84:3,5 85:6
109:3
communicat...
32:19,22 84:24
communicatio...
24:20 37:2,7
37:13,17
50:22 52:5,7
52:8 84:14
communicati...
37:3,14 87:4
182:21
comp (1)
24:9
company (4)
34:8,19,20,23
compensated...
28:18
compensatio...
24:9 25:2,2
26:21 41:2,4
55:23 56:2

complain (5)
59:24 60:3,6
126:18,22
complained (3)
60:10 107:21
127:2
complaining ...
126:22
complains (1)
110:21
complaint (29)
8:9,13 56:15
59:10 62:12
63:11 64:2,19
65:3,10,20
66:7,15 67:11
67:19 95:15
98:11,19 99:5
101:11
102:22 109:6
111:19
112:12
124:14,18
125:9 126:4
172:8
complaints (1)
123:17
complete (1)
26:6
completely (4)
71:2,9,14 78:3
computer (1)
11:6
concern (1)
10:12
concerned (1)
55:22
conclusion (1)
53:13
conditions (1)
56:21
conduct (5)
5:6 43:2,17
151:18
152:25
conducted (4)

4:7 152:2,7
152:12
**conducting (2)**
43:4 152:16
**conference (2)**
4:8 26:3
**CONFEREN...**
1:21
**conferred (1)**
182:14
**confirming (1)**
4:16
**confused (1)**
87:9
**confusing (1)**
87:24
**consent (1)**
4:19
**consequence...**
52:14,16
**considered (3)**
4:20 93:7
150:19
**consist (1)**
119:17
**consult (2)**
51:17,20
**consulting (1)**
53:16
**contact (1)**
28:16
**contacted (2)**
36:8 148:9
**contain (1)**
79:16
**contains (1)**
100:23
**continue (2)**
12:19 164:4
**continued (1)**
173:8
**contrary (1)**
93:8
**control (1)**
4:11
**conversation ...**

32:5 37:24,24
38:14 39:16
140:16
**conversation...**
30:10 37:7
39:8 83:23
138:5
**convicted (1)**
19:19
**cook (34)**
77:11 92:14,20
93:7,19,20
95:7,14,22,23
97:17,18
98:13,15,15
98:23 101:3,3
101:4,5,6,10
101:20,24
102:23 106:3
133:7,7
147:20 173:9
173:13,14,15
180:2
**cook/chef (1)**
105:21
**cooked (5)**
106:15 110:19
110:25 111:6
133:11
**cooking (2)**
106:10 108:18
**cooks (14)**
90:25 91:4
92:6,7 93:12
93:18,22,25
94:2,12
101:21,23
104:10
127:12
**Cool (1)**
174:19
**copy (4)**
4:25 5:8 46:22
47:3
**CORP (1)**
1:11

**correct (57)**
7:11 8:23
26:21 48:24
49:13 55:23
56:2 61:10
62:13 63:11
64:5 71:20
73:20,21
75:10,21 78:3
78:20 81:21
82:2,10 88:14
89:23 90:8
91:21 93:15
95:13 96:20
97:9,20 100:9
100:12,15
102:6 106:15
109:13 110:4
110:6 112:16
119:18 130:7
134:3,11
136:21
137:16
140:24,25
147:13
149:22 154:4
162:23 163:3
170:7 172:10
173:16
181:10,15
**correctly (7)**
106:22 107:13
109:25
110:19
120:13 121:4
122:2
**cost (2)**
69:6 132:23
**costs (6)**
5:6 68:24 69:4
69:6,13,16
**counsel (6)**
4:5,8 5:3 42:4
43:10,15
**counselor (2)**
44:4 73:12

**Count (2)**
66:9,12
**COUNTY (1)**
185:4
**couple (3)**
55:20 135:17
135:23
**course (1)**
12:17
**court (23)**
1:2,3 3:17 4:8
4:12,15 7:12
12:20,22
19:17 27:6
54:4 71:21,22
72:3,7,18,20
73:22 74:7
83:3 88:25
150:6
**cover (1)**
184:7
**coverage (3)**
135:24 136:4
137:6
**covered (2)**
135:19,20
**covering (1)**
157:14
**CPLR (2)**
4:6 5:8
**Craigslist (6)**
149:4,8,11,14
149:20 150:9
**create (1)**
178:18
**created (3)**
178:21,24
179:5
**creating (1)**
106:3
**crime (2)**
19:20 20:19
**crossed (1)**
25:20
**Crossway (1)**
2:9

**culinary (2)**
92:19,21
**curious (1)**
32:20
**current (2)**
6:14 18:25
**currently (3)**
14:20 19:7
34:7
**customer (11)**
107:20 108:8
109:6 110:7
110:10,21
122:10
123:17
125:17 127:2
132:22
**cut (7)**
116:18,21
128:22
131:17,20
132:2,4

___

**D**

**d/b/a (2)**
1:12,14
**Dagmora (3)**
40:10,10,12
**damaged (1)**
15:25
**Daniel (24)**
56:23 83:16,17
83:17 92:8,10
94:14,16
104:21,23,24
108:24 121:2
130:2,10
131:10,11,13
131:16,18,25
132:9 135:23
148:7
**Daniel's (1)**
136:4
**Daniels (1)**
130:6
**Danny (3)**

darker (1)
130:8
data (1)
16:21
date (21)
8:25 9:17,23
   17:18 18:7,8
   46:18 47:20
   48:12,13,24
   62:9 64:13
   77:15 79:2
   85:17 87:20
   88:21 162:18
   169:4 172:25
dated (8)
47:21 49:3,6
   49:23 79:11
   79:16 80:20
   129:13
dates (5)
65:21,22 78:6
   78:7 132:25
day (36)
28:5,7 29:3
   47:9 58:13
   62:6 64:15
   98:2 105:9
   133:21 137:7
   137:8,10
   138:15,16,17
   138:17 145:2
   156:22 157:9
   157:13,14,15
   162:2,13
   165:14 167:6
   167:8,12
   169:13,14
   176:12,21
   180:18 183:8
   185:19
days (12)
105:11 127:5
   137:5,9 156:7
   156:9 157:3
   168:6 169:15
   173:21,22

174:2
deal (3)
24:2 139:4
   162:7
debate (1)
138:20
December (2)
18:9 88:22
decide (3)
114:14 143:20
   174:9
decided (16)
11:3 82:8
   87:10 133:14
   135:8 142:8
   142:16 143:2
   143:21
   144:24
   154:15,24,25
   168:11 174:3
   174:9
decides (1)
114:12
decision (8)
53:3,5,7 142:3
   143:25
   145:15,16,17
decisions (3)
57:9,14,15
declared (1)
19:14
Dee (53)
1:15 2:18 7:21
   53:21 60:21
   67:25 75:24
   76:3,6,10
   85:11,12,15
   85:21,24
   86:11 92:22
   92:23,24
   108:7,11,16
   109:3,13
   138:10,15
   139:3,4,10,11
   139:22 140:3
   140:11 141:6

141:13,17,19
   142:7,15,23
   142:25
   145:24
   148:11
   151:19 153:2
   153:18
   154:12
   170:15,16
   180:14,22,25
   181:20
Dee's (37)
1:12,13,14
   7:20 60:14,17
   60:18 61:3
   62:6 64:12
   67:23 68:2,4
   76:21 78:20
   80:13,18,21
   81:16,20,24
   82:15 83:9,10
   83:13 84:7
   89:15,16 91:7
   92:13 110:24
   167:20,24
   179:12,15,20
   181:18
deemed (1)
70:3
Deenora (5)
1:11 40:9
   59:13,16
   166:4
Deeran (3)
1:15 60:21
   152:7
defendant (4)
2:18 11:21
   62:23 87:5
defendant's (1)
68:24
Defendant(s)...
1:16 2:8
defined (1)
20:10
definitely (1)

78:19
delay (1)
6:25
delivered (1)
111:2
Dennis (8)
35:24 37:10,13
   37:15,17
   38:25 40:3
   83:24
depending (7)
110:15 157:9
   163:9 169:13
   169:14,16
   179:7
depends (1)
126:16
depicting (1)
129:15
depicts (1)
129:16
deposed (3)
5:9 10:22 12:3
deposition (20)
3:13 4:7,14 5:6
   7:4,7 11:5
   14:9 18:21
   25:25 33:22
   34:4 35:2,14
   43:18 44:15
   45:3,8 69:7
   182:20
deposition(s)...
185:10,12
Derrick (1)
105:7
described (2)
88:19 102:2
describing (1)
106:9
description (1)
117:7
desktop (1)
11:7
despite (2)
98:10 102:20

determine (7)
27:24 82:5
   86:8,11
   106:21 107:4
   133:11
determined (2)
133:15 134:19
device (1)
11:4
Diario (1)
29:18
difference (4)
66:25 98:14
   180:6,8
different (15)
31:3 47:24
   64:9 69:5,10
   69:11 88:2
   91:2,18
   102:25
   110:11
   132:11
   147:17,23
   156:13
differently (2)
24:23 28:11
difficult (4)
119:4,8 142:25
   163:20
difficulties (1)
7:2
dining (3)
90:4,5,7
diploma (3)
92:19,22 98:18
directed (1)
109:15
directing (1)
43:20
direction (2)
43:11,13
directly (1)
150:2
dirty (3)
113:24 177:17
   177:25

disagreement...
174:24 175:3
**discarded (1)**
16:7
**discern (1)**
65:20
**disconnected...**
178:15
**discoverable ...**
10:5,9,10,17
**discovery (5)**
72:9 73:24
74:14 86:24
182:13
**discuss (4)**
35:14 37:20
179:11,14
**discussed (3)**
35:17 98:9
163:24
**discussing (1)**
52:8
**discussion (8)**
39:24,25 40:2
83:2 102:19
133:25
156:23
165:16
**dish (32)**
106:21 107:2,5
107:9,12,16
107:20 108:8
109:16,21
110:5,8,11,15
110:18,25
111:5,16,17
111:20,22
112:7,11
124:20
125:17,18,20
126:2,15
178:24 179:7
179:8
**dishes (12)**
91:11 109:20
113:18 115:8

115:11,15
127:17,22
140:9 177:20
178:18,21
**dishwasher (...**
91:9,10,16,21
92:2 103:3
104:7 113:16
114:10,19
115:10 116:6
116:11
130:21
137:15,17,21
139:5 140:23
140:24 144:5
147:3,5
148:17,20
149:3,4,22
**dishwashers ...**
91:5 103:5,9
104:16,19,25
114:2,6,12,13
114:18,23,25
115:3,12,17
115:23
137:12 150:4
154:16
155:10
177:16,22
**dislike (1)**
153:24
**dismiss (1)**
71:23
**display (1)**
46:3
**dispute (1)**
172:2
**District (3)**
1:2,3 26:13
**document (35)**
6:19 7:2 45:24
46:6,9,14,16
46:17,19,21
47:20,21,25
55:19 56:5,7
56:13,19

70:13,20,23
71:2,10,14
72:24 79:11
79:15 96:4,16
101:15 166:5
166:10 170:4
170:24
184:11
**documents (...**
7:25 8:4,7,11
8:15,22 33:21
33:23,24 34:2
34:4,25 35:3
48:23 49:10
70:8 74:20
75:2,3 102:6
102:21
182:12
**doing (37)**
42:12 43:7
112:19 115:7
116:20
117:21,22
118:4,9,13,16
118:18
121:11 123:5
137:17,21
138:6,11
139:3,5,19,20
139:21 140:3
141:6,13,16
142:6,6,19,19
145:24 146:3
146:4 147:7
147:10
155:17
**Dolores (2)**
77:7,9
**DOLOWIC...**
2:8
**Don (9)**
54:9,10,13,14
54:23 55:6,8
55:12,16
**download (1)**
80:9

**drank (1)**
14:11
**drawing (1)**
56:4
**dressing (16)**
121:20,21,23
121:25 122:3
122:8,15,18
122:18,20,23
123:2,7,9,20
123:21
**Drive (1)**
2:9
**driver's (1)**
19:24
**drugs (1)**
14:14
**duly (3)**
6:3,6 185:11
**duties (5)**
57:18 91:13
105:20 106:4
106:7
**duty (2)**
57:20,22

─────── **E** ───────

**E (5)**
2:2,2 6:2,2,5
**e-mail (11)**
2:6,11 46:24
47:2 72:21
89:8 149:2,14
149:17,19,25
**e-mailed (2)**
5:2 149:5
**e-mails (1)**
149:18
**earlier (4)**
62:11 65:8
70:7 181:17
**early (9)**
135:14 136:10
136:19 145:6
163:17
164:14,15

180:18,19
**easier (1)**
61:25
**Eastern (2)**
1:3 26:13
**eat (1)**
176:22
**eating (1)**
177:3
**Ecuador (5)**
9:20 12:12
168:24,25
169:3
**education (1)**
12:9
**effect (1)**
3:16
**EIBER (1)**
2:14
**eight (17)**
18:24 25:3,4
27:17,18 28:5
28:7,8,10,17
28:20,23 29:3
58:10,11
66:18 67:4
**either (12)**
10:17 14:6
36:12 39:24
107:11
117:12 122:6
144:8 146:2
147:9 155:18
176:19
**El (1)**
29:17
**electronic (6)**
73:5,9,11 84:4
84:5,25
**elementary (1)**
12:11
**else's (2)**
56:2 77:4
**emotionally (1)**
14:6
**employed (1)**

65:21
**employee (19)**
83:9,10,23
84:7,23,23
85:2 136:8,9
136:16,17
141:13 142:5
142:5,6,8
144:21
179:11,12
**employees (13)**
62:22 83:13
94:20 104:13
112:19,20,21
113:12
150:20 155:7
174:23 175:2
179:15
**employment ...**
79:17 83:11
92:12 103:24
148:9 163:25
167:20
**ended (1)**
79:17
**English (33)**
7:15,21,22,23
8:2,17 13:9
30:14,15 54:7
65:17 95:18
104:15,16,19
104:22,23,24
108:13,17,18
108:25 109:7
109:8,9
136:12,15
151:2,17
153:8 169:23
182:2,2
**ensure (1)**
118:2
**enter (1)**
44:16
**entering (1)**
72:4
**entirely (1)**

45:10
**entirety (1)**
182:18
**entitled (3)**
28:19,22 29:2
**error (5)**
64:25 65:4,11
65:12,24
**errors (2)**
67:22 96:25
**ESQ (3)**
2:6,10,12
**estate (1)**
37:25
**evasive (1)**
150:7
**everybody (9)**
6:25 25:12,21
28:19 93:17
117:20,24
138:25
178:25
**evidence (3)**
72:4 82:19,23
**ex (2)**
49:12,14
**exact (5)**
27:7,8 47:9
64:13 169:4
**exactly (21)**
9:23 29:5
31:16 32:8,18
35:12 38:24
41:5 42:11
43:6 64:11
68:6 103:10
111:4 130:11
131:9 140:15
143:11 151:5
162:18
179:24
**EXAMINAT...**
1:21 6:9 184:3
**examined (1)**
6:7
**example (15)**

13:18 61:25
71:22 86:17
116:16 117:4
123:22
127:13 128:9
128:10 140:2
141:12
148:24 168:7
177:6
**executed (1)**
101:8
**exhibit (37)**
2:20 4:25 5:2,5
45:25 48:2,21
48:23,23
51:16 52:17
55:18 56:5
70:5 74:18
76:18,19
79:15 95:10
96:3 99:8
129:6,7,8,10
148:24 166:2
167:18 168:4
169:19,21,25
172:6,7,19
178:6 184:2
**exhibits (2)**
4:23 6:20
**EXHIBITS--...**
184:6
**expedite (1)**
127:8
**expedited (1)**
127:7
**expediting (8)**
105:14,15,16
105:23
106:13 127:6
127:10,11
**experience (3)**
67:7 106:25
174:13
**experienced (...**
132:14
**explain (2)**

107:19 165:9
**explaining (1)**
154:6
**express (1)**
4:18
**extra (1)**
67:4

_____
**F**
**Facebook (2)**
75:6,12
**facilitate (1)**
79:20
**fact (2)**
26:20 74:6
**facts (1)**
42:19
**fade (1)**
61:23
**failed (2)**
89:7 182:11
**failure (1)**
72:8
**fair (27)**
18:12 23:9
36:20 48:16
49:5 61:15,22
62:24 64:10
78:12 79:5,14
81:4,6 103:23
104:18
117:16 130:9
154:6 158:18
159:12
162:10 164:6
166:13
167:15
171:17
180:13
**false (2)**
20:10 22:15
**familiar (1)**
56:7
**far (19)**
8:21 12:4
17:22 35:19

49:19 83:16
83:25 84:10
85:5 96:21
99:4 100:16
111:3 136:20
142:11
155:15
168:19 175:4
178:20
**fashion (1)**
84:25
**fast (1)**
126:20
**faster (1)**
156:18
**favor (1)**
11:11
**fear (1)**
44:25
**February (1)**
88:11
**Federal (1)**
68:18
**feel (7)**
23:19 26:23
45:16 57:20
57:21 119:2
145:12
**feelings (1)**
145:14
**fees (6)**
45:15 69:5,16
72:11 73:19
74:6
**fell (2)**
169:14 178:12
**felony (8)**
20:14,17,19,22
20:23 98:9
153:15 155:6
**FERRIS (1)**
2:12
**fight (2)**
174:24 175:3
**figure (1)**
125:13

**figured (1)**
68:14
**file (2)**
37:9 168:4
**filing (4)**
3:6 73:5,11
81:25
**final (2)**
144:22 146:11
**find (8)**
16:12,13 17:25
29:6 36:10
118:24 150:4
155:10
**fine (2)**
18:14 25:22
**fingers (3)**
131:23,24,24
**finish (4)**
12:16 134:23
165:11,13
**finished (5)**
64:7 159:3,9
161:5 162:3
**fire (7)**
91:4 107:22
127:19 142:8
142:16 143:2
144:24
**fired (9)**
141:24 143:13
143:19 144:5
145:4,9,13,20
167:23
**firing (1)**
143:25
**first (17)**
6:6 17:25
62:15,19
64:22 73:8
74:23 78:12
80:23 85:17
87:20 88:21
101:12
106:23
147:20

149:19
177:16
**fish (4)**
134:13,18,24
135:2
**five (5)**
15:19 30:2,12
131:7 156:9
**fix (14)**
96:25 97:8
111:11 118:6
118:17
120:16,17
121:7,7 122:6
122:12,12
125:3,6
**flavor (2)**
123:6,8
**floater (4)**
147:2,13,15,16
**fluent (1)**
109:8
**Flushing (1)**
2:5
**follow (3)**
24:5 145:22
156:17
**follows (2)**
6:4,8
**followup (1)**
182:25
**food (22)**
92:15 106:15
106:18 108:3
109:5 120:10
124:15,18
125:9 126:6,8
126:18,23
127:3,25
128:18 133:7
133:8,11,15
175:22 179:2
**force (1)**
3:15
**Forgive (1)**
34:18

**form (9)**
3:9 61:20
84:20 102:8
106:6 108:23
151:12 152:9
152:11
**former (9)**
16:25 35:25
46:22,24 47:3
47:11 48:18
76:8 115:10
**forth (1)**
185:11
**forum (2)**
43:2,16
**forward (3)**
156:14,20
158:6
**forwarded (5)**
149:8,12,15,25
150:9
**found (7)**
36:9 68:6
73:22 115:16
115:18,19
173:21
**four (4)**
30:8,9 105:3
114:4
**free (7)**
45:16 137:7,10
161:25,25
162:13,17
**Friday (3)**
155:23 158:21
161:10
**Fridays (9)**
105:22 106:12
112:15 127:5
127:10
155:24
158:22 159:3
159:11
**fried (1)**
108:3
**friend (2)**

45:11 159:14
**friendly (1)**
37:24
**friends (1)**
83:20
**friendship (3)**
36:23,23,25
**front (10)**
70:11 90:10,13
90:14,15,19
100:8 102:15
117:2 130:23
**frozen (1)**
54:12
**fryer (9)**
103:2,17,19
108:4 119:17
132:12
134:23
146:24 148:6
**fryers (2)**
104:11,11
**full (1)**
6:11
**FURNISHE...**
184:14
**further (6)**
3:8,12 4:23
62:25 182:20
185:14

─────────
**G**
**garlic (3)**
116:16,17
174:11
**gathering (1)**
42:18
**gender (1)**
63:8
**general (20)**
103:16 110:7
110:20 114:4
114:22
118:24
120:20 121:2
121:11

122:24 127:4
148:16 158:4
164:16
165:15
167:13 169:9
170:17,18,20
**George (1)**
2:20
**gestures (1)**
12:24
**getting (4)**
60:4 113:24
131:2 179:18
**give (29)**
12:14 14:8
25:7 26:6
44:8 53:4
72:2 75:4
76:5 80:16
81:8 85:23
86:23 87:12
111:19
115:21
123:17
144:25 145:3
145:4,8,19,23
146:11,17
165:10
170:14
180:23 181:2
**given (11)**
13:24 39:6
44:5,9 74:15
104:2 139:8
146:17 155:2
161:25
185:13
**gives (4)**
77:18 86:18
93:3 112:11
**giving (2)**
22:22 145:13
**go (56)**
6:20 7:4 17:10
25:8,12 42:13
45:17 48:21

52:17 62:25
63:13 66:6,8
68:22 69:12
72:19 74:18
74:25 75:3
78:15 82:8
88:18,24 90:3
95:9,10 96:3
96:7,10 97:12
98:21 99:8,11
99:17 109:20
109:23 114:7
114:13,15
117:14 122:9
125:25
148:24 152:5
156:18
157:22
158:21 163:5
166:3 167:19
169:3,25
170:11 172:6
173:18 178:6
**goes (3)**
50:21 117:3,5
**going (25)**
12:14 21:9,12
25:11 26:18
36:5,7 43:21
45:13,14
52:25 55:25
82:16 110:18
113:6 114:13
127:15
133:11,12
134:9 136:18
152:24 162:5
181:6 182:19
**gonna (1)**
105:5
**good (28)**
53:17,20 54:7
61:7 118:4
137:18,21
138:6,11
139:19,20,21

140:3,12,21
140:22 141:6
142:19,19
147:5,6,8,10
154:3,19
155:17
175:23,25
**grade (1)**
12:10
**great (1)**
139:5
**green (2)**
117:4,5
**grill (15)**
91:5 103:3,14
104:10
107:22 108:3
110:16,16
119:17
133:19
134:22,25
136:7 179:9,9
**grilled (1)**
134:24
**grilling (1)**
104:12
**grounds (11)**
42:4 43:14,15
43:20 44:3,6
44:8,10,12,13
52:3
**group (11)**
76:14,16,25
79:21,23,24
80:2 88:7,12
88:19 181:17
**guess (1)**
68:20
**Gutstein (1)**
73:6
**guy (4)**
122:11 130:19
178:13 179:9
**guys (4)**
56:20,22
129:16

152:23

---

**H**

**H (1)**
6:2
**Hakopian (2)**
54:3 60:25
**half (2)**
136:2 158:19
**hand (1)**
185:19
**handy (1)**
96:25
**happen (16)**
47:4,9,9 51:10
51:12 71:8,13
71:17 107:10
110:5 126:23
135:17
136:12,15
143:10 176:3
**happened (7)**
65:6 80:6
127:4 140:17
143:9 144:23
167:24
**happens (10)**
13:6 50:13,16
51:8 99:25
110:18
119:21,25
126:6 152:19
**happy (4)**
20:18 107:20
119:6 150:6
**hard (4)**
49:11 142:7
163:15,17
**harmful (1)**
82:24
**head (1)**
178:13
**heading (1)**
111:6
**hear (4)**
28:14 68:4

84:21 102:9
**heard (4)**
13:15 27:21
46:13 90:10
**Heights (1)**
2:16
**held (1)**
106:8
**help (19)**
12:5 16:9
35:20 36:17
53:2 95:9
109:21
115:13
118:17 120:5
122:6,25
136:6 144:9
150:24
151:16 153:6
175:9 178:18
**helpful (1)**
82:20
**helping (1)**
165:20
**hereinbefore ...**
185:10
**hereunto (1)**
185:19
**hey (1)**
118:18
**hierarchy (1)**
104:6
**High (1)**
174:19
**higher (3)**
91:20 137:22
140:23
**highest (2)**
12:8 124:25
**hire (4)**
130:21 150:22
154:11 155:7
**hired (7)**
67:23,24,25
154:16,17,20
155:16

**hiring (2)**
148:8 154:15
**Hispanic (7)**
33:4,5 104:17
105:2 130:19
130:22 152:4
**Hmm (1)**
173:14
**hold (2)**
18:4 182:9
**holidays (2)**
168:8,12
**home (5)**
6:14 75:5
171:7,10,12
**honestly (4)**
33:14 71:2,9
71:14
**hope (1)**
24:24
**hopefully (1)**
25:16
**hour (6)**
28:9 34:13
94:16 136:2
167:2 177:2
**hours (43)**
14:12,15 25:3
25:4 27:17,18
27:18 28:5,7
28:9,10,17,20
28:24 29:3
32:7 58:10,12
58:14,21,23
59:2,7 60:7
60:11 66:18
67:4,5 155:20
157:12 163:7
163:13,13,24
164:13 165:6
165:17,24,25
166:14,24
167:16
173:23
**house (5)**
11:10 90:11,13

90:20,22
**Huang (1)**
33:13
**hundred (4)**
15:18 47:5
49:7 121:16
**hurt (1)**
24:10

---

**I**
**ice (1)**
152:23
**iCloud (4)**
16:14,15,17,22
**idea (22)**
16:16,17 21:21
27:5 28:22
41:3,5 50:5
52:14 53:15
54:7 58:5
59:4,8 64:8
64:10,11
78:23 89:21
89:25 150:12
157:4
**identify (2)**
63:8,20
**identity (2)**
4:16 63:8
**illegal (1)**
14:15
**imagine (8)**
18:15 71:18
80:14 81:7,14
82:11 140:19
141:2
**immigration ...**
10:12 23:2,10
23:15 29:7
**impair (2)**
14:16,16
**importance (2)**
70:22,25
**important (10)**
81:12 86:3,5,9
86:11 87:10

91:25 92:4
106:14,18
**imprisonmen...**
20:20
**improve (1)**
144:14
**improved (2)**
144:13,16
**inaudible (1)**
12:25
**include (1)**
72:10
**includes (1)**
39:7
**incorrect (1)**
102:5
**increased (1)**
172:13
**Index (2)**
1:9 184:9
**INDEX------...**
184:2
**Indicating (1)**
11:13
**information (...**
10:4 16:24
68:15 75:14
184:14
**INFORMAT...**
184:9
**ingredient (2)**
122:7 174:10
**ingredients (...**
117:7,9 119:21
119:23 120:3
123:18 174:3
174:7 175:6
179:2,7
**initiated (4)**
39:9,16,25,25
**input (1)**
118:11
**inquiry (2)**
148:14,16
**Instruct (1)**
43:25

**instructions (...**
12:15 14:3
25:8 178:22
181:2
**intending (1)**
81:25
**intention (2)**
82:3,6
**intercom (2)**
181:11,14
**interested (5)**
42:22 43:8,24
44:20 185:17
**interpret (3)**
12:18 150:24
151:16
**interpreted (2)**
39:15 153:3
**interpreter (...**
2:15 6:3 7:10
12:16 25:18
29:16 73:12
84:16 87:23
87:25 88:5,5
102:10,11
107:18 120:8
134:7 178:14
178:14
**interpreting ...**
12:17
**interview (9)**
150:25 151:9
151:14,18
152:2,3,16
153:13,18
**interviewed (1)**
150:21
**interviewing ...**
153:20
**interviews (4)**
151:23 152:6
152:12,25
**introduction ...**
62:18
**inventory (2)**
105:11,12

**inverted (1)**
134:5
**investigated ...**
27:22
**investigation...**
27:23
**involved (1)**
26:7
**IPhone (8)**
15:8,9,11,15
15:17,20
130:3,4
**is(are) (2)**
185:10,12
**issued (1)**
72:18
**issues (1)**
72:20
**It'll (1)**
156:18
**item (2)**
120:7 176:7

---

**J**
**J (180)**
6:5 7:1 8:1 9:1
10:1 11:1
12:1 13:1
14:1 15:1
16:1 17:1
18:1 19:1
20:1 21:1
22:1 23:1
24:1 25:1
26:1 27:1
28:1 29:1
30:1 31:1
32:1 33:1
34:1 35:1
36:1 37:1
38:1 39:1
40:1 41:1
42:1 43:1
44:1 45:1
46:1 47:1
48:1 49:1

50:1 51:1
52:1 53:1
54:1 55:1
56:1 57:1
58:1 59:1
60:1 61:1
62:1 63:1
64:1 65:1
66:1 67:1
68:1 69:1
70:1 71:1
72:1 73:1
74:1 75:1
76:1 77:1
78:1 79:1
80:1 81:1
82:1 83:1
84:1 85:1
86:1 87:1
88:1 89:1
90:1 91:1
92:1 93:1
94:1 95:1
96:1 97:1
98:1 99:1
100:1 101:1
102:1 103:1
104:1 105:1
106:1 107:1
108:1 109:1
110:1 111:1
112:1 113:1
114:1 115:1
116:1 117:1
118:1 119:1
120:1 121:1
122:1 123:1
124:1 125:1
126:1 127:1
128:1 129:1
130:1 131:1
132:1 133:1
134:1 135:1
136:1 137:1
138:1 139:1
140:1 141:1

142:1 143:1
144:1 145:1
146:1 147:1
148:1 149:1
150:1 151:1
152:1 153:1
154:1 155:1
156:1 157:1
158:1 159:1
160:1 161:1
162:1 163:1
164:1 165:1
166:1 167:1
168:1 169:1
170:1 171:1
172:1 173:1
174:1 175:1
176:1 177:1
178:1 179:1
180:1 181:1
182:1 183:1
184:1 185:1
**January (1)**
85:19
**job (59)**
10:22 24:10
34:14,14
58:15,16,17
68:2,4 77:14
90:5,5 91:2,6
91:13 92:13
96:22 98:18
109:9 112:19
113:7 116:9
118:4,13
137:18,21
138:6,11
139:5,19,20
139:21 140:3
140:12,22
141:6,14,16
141:19 142:7
142:19,20
145:24 146:3
146:4 147:5,8
147:11 148:3

148:12,20
154:8,19
155:3,3,17
173:21,24
176:21
**jobs (2)**
111:12 112:23
**Jose (20)**
1:5,22 6:13 9:6
9:16 54:9,13
56:23 62:21
78:2 95:20
99:6 130:19
131:4 166:9
178:9 180:18
183:5 184:4
185:9
**judge (4)**
26:4,8,11
74:10
**Judgement (...**
46:11 48:9,14
48:17 49:3,6
49:13,22 50:2
50:11,14,17
50:25 51:2,9
51:13,16,22
52:10,13,19
52:21,24 53:8
53:14 68:17
68:21,22
69:22 70:2
**judgment (1)**
19:16
**judicial (1)**
102:21
**July (12)**
47:16,21 49:6
49:23 63:25
168:14,16
169:10,11,12
169:14,16
**jump (1)**
66:6
**June (2)**
47:16 129:14

**jury (1)**
41:13

___

**K**

**K (1)**
6:2
**KAUFMAN ...**
2:8
**keep (7)**
16:18 134:9
138:24 150:7
152:24
163:15
164:12
**keeping (2)**
22:10 127:22
**Keith (1)**
73:6
**kept (1)**
127:16
**kicked (1)**
144:16
**kind (17)**
11:19,22 15:7
24:7 32:20
33:6 61:13
69:5 82:23
88:25 89:11
116:24
122:18 124:3
154:18
176:18 179:7
**kinds (1)**
84:14
**Kissena (1)**
2:4
**kitchen (92)**
57:2 90:6,7,23
90:24 91:3,19
92:25 93:2,4
94:20,24
103:2,6,12,15
103:18,21,25
104:3,13,20
105:8 106:24
107:4 108:9

108:20 109:5
110:11,13,19
111:7 112:13
112:19,23
113:9,14,17
113:20,22,25
115:6 117:21
117:24 118:3
118:9 119:16
120:9,22
123:19
124:14 126:7
126:14,22
127:2 128:7
128:22 132:8
133:7,10,14
134:25 135:5
135:13 136:9
136:17 137:4
137:13
139:12
143:13,18
144:4,9,21
146:12
150:18
154:17 155:8
174:4,23
175:2,5,8
176:8,10,13
176:17
178:24
180:22 181:2
181:3,7
**knew (14)**
27:19 36:9
69:2 81:24
107:16,21
109:19
121:12 123:6
123:8,10
133:5 134:25
154:14
**know (179)**
9:8,15 10:6,18
10:23,25 11:2
13:12,17

16:15,23,25
20:7,21 21:18
21:19 22:9,11
23:7,16,21,24
24:3,5 25:15
27:3,13 28:2
28:12,18,21
29:5 30:4
31:20 33:6
34:21 35:3,10
35:12,24 36:6
36:8,20,22
38:16,21 40:8
40:10 41:8,15
47:13 48:20
49:22 50:2,10
50:13 51:10
51:21 52:15
54:6 58:2,7
59:2,6 61:6
61:11 62:8
63:2,16 64:14
64:14,16 65:7
65:14,25
67:15 68:18
68:20 69:10
69:14,18,20
69:22,23,24
69:25 71:22
71:25 72:3,6
72:7,11,12,13
72:20,22,25
73:22,25 74:9
76:14,16
77:12,20 79:2
79:5,9 81:10
84:20 85:4
88:23 94:18
96:2,14,15,17
107:24
111:10,25
112:5 113:5
115:16 116:8
116:24 117:4
117:5 119:5
119:15 120:7

120:8 121:6
124:22 128:7
128:11,18,25
129:9,24
130:14 131:4
132:3,13,16
132:21,23,25
133:19
135:25
138:24 140:4
140:5,16
141:11,22
143:8 146:19
150:2,16
151:8 155:6
158:14,19
160:2 163:16
163:21
166:10
168:21 169:6
169:18
171:25 174:6
174:14,14,21
176:4,6 180:5
181:4,5
**knowing (1)**
82:16
**knowledge (2)**
106:25 180:8
**known (2)**
9:5 132:10
**knows (2)**
107:7 117:24
**Kogan (2)**
152:18,22
**KOHEN (1)**
2:17

---

**L**

**L (1)**
6:2
**labor (1)**
62:24
**Lacmore (1)**
105:7
**laid (1)**

166:11
**landline (2)**
171:14,15
**language (2)**
104:14 109:4
**lap (3)**
11:7,8,11
**large (1)**
120:10
**lasagna (8)**
120:13,14,15
120:19,21
121:7 124:6
128:5
**lasted (1)**
32:7
**late (17)**
126:8,12,13,18
126:23 127:3
135:14,16,18
135:22,25
158:16
159:12
160:21,23
164:5,6
**lately (3)**
104:16 115:20
121:21
**Laura (3)**
1:23 185:6,23
**law (5)**
2:3 4:20 23:22
23:24 24:3
**lawsuit (7)**
11:16 35:17
36:3,5,6
81:25 82:17
**lawyer (57)**
8:5,7 13:18
21:7,11,12
22:21 23:2,11
23:11,15,19
23:23,25 24:3
24:4,12,21,25
26:20 27:20
29:7,24 38:19

46:22 47:4,11
48:18 49:16
49:16 51:18
51:20 52:9,25
53:12,16,17
53:20 55:21
55:25 68:12
70:12 72:2
74:4 76:6
77:3 80:16,23
81:8 82:6,8
82:16 85:21
85:24 97:8
129:23 178:4
**lawyers (18)**
11:3 22:24
23:10,17
27:15 29:6,7
38:11,13 41:6
45:19,22 65:5
73:19 87:6,11
96:24 149:13
**leader (1)**
132:8
**learn (2)**
114:20 117:10
**learned (2)**
91:17 98:18
**leave (13)**
18:18 110:19
135:14
136:10,18
154:24,25
155:19
164:14
167:24
173:20
176:16
180:18
**left (29)**
77:14 78:13,19
80:18,21
81:20,24 82:9
131:5 140:9,9
140:17,19
144:24

145:10 155:3
155:4,18
164:11,15
167:25
170:20
173:17,19
175:7,11,12
176:21
180:19
**legal (3)**
14:15 42:8,10
**LegalView/Z...**
4:11
**let's (52)**
31:3 42:6,20
45:24,25,25
48:2,3,8,12
48:21 52:17
58:20,21 66:6
66:8 70:5
74:18 76:18
78:15 88:9
89:15,16 95:9
95:9 96:3,7
96:10 97:12
98:21 99:8,11
99:17 100:3
112:5 134:9
134:17
137:20 139:4
146:18 148:8
148:24 150:7
152:24
157:22
158:21 162:7
169:17,25
170:24 172:6
182:3
**letter (6)**
21:23 22:2
36:11 48:5,19
48:20
**letters (1)**
48:6
**level (2)**
12:8 116:10

**Lexitas (2)**
2:20 4:12
**license (1)**
19:24
**lie (5)**
21:2,6,15 97:7
98:2
**life (1)**
22:9
**lifespan (1)**
69:23
**lighter (1)**
130:8
**liked (1)**
153:22
**Lim (1)**
33:9
**line (51)**
6:19 57:2 92:6
92:7,14,20
93:12,18,18
93:19,20,22
93:25 94:2,12
95:7,7,14,22
95:23 97:17
97:18 98:13
98:15,15
101:3,3,4,5,6
101:10,20,21
102:3 104:9,9
105:21 106:3
108:18
111:12
117:14
119:17
127:12
148:18,18
173:8,13,14
173:15 180:2
184:18
**lined (1)**
123:14
**list (3)**
169:18 170:2
174:17
**listed (5)**

171:19,24
172:2,8 174:7
**listen (6)**
114:15 118:18
139:22,24
144:11
177:14
**listened (1)**
119:9
**litigation (2)**
4:22 5:10
**little (15)**
7:16 18:6
52:11 66:7
68:9 77:21
87:9 94:8
98:4 127:25
158:16
159:15
164:10
165:13
166:16
**live (5)**
6:16 18:25
19:7,9,11
**living (2)**
11:10 18:23
**location (2)**
9:19 34:22
**locations (1)**
4:10
**long (26)**
15:2,11,17
18:21 19:11
30:10 32:5
34:10 113:13
121:12
126:14 130:4
131:8 132:15
136:22 140:8
146:6 150:14
166:22 169:6
171:13
173:19,23
174:12
175:14

179:22
**longer (9)**
80:13 94:25
121:18
164:23
165:13
166:16,21
180:9,10
**longest (2)**
129:3 146:15
**look (17)**
16:11 17:12
40:20 48:25
49:8 69:19
72:23 75:21
76:18 85:10
95:19 96:4
100:3 121:16
172:19,23
173:2
**looked (5)**
46:17 102:21
121:13
138:13
178:12
**looking (9)**
48:4 66:14
74:25 75:3
139:2 142:18
150:22
171:16 178:9
**looks (5)**
130:24 147:4
149:2,20,23
**lose (2)**
38:12 69:12
**losing (1)**
80:8
**lost (2)**
80:7 126:13
**lot (16)**
38:14 67:18
73:23 76:13
83:2 93:24
120:23
122:25

123:22
156:18
162:14 163:4
168:10
174:13
177:17,20
**Lowenthal (3)**
1:23 185:6,23
**lunch (1)**
177:2
**lunchtime (1)**
176:23
**lying (10)**
20:11 36:3
40:17 84:15
84:17 85:2
94:17 97:23
97:24 98:3

---

## M

**M (1)**
2:12
**machine (2)**
114:20,24
**machines (2)**
114:18 115:11
**Maggie (1)**
33:13
**mail (1)**
73:9
**main (2)**
17:15 90:4
**making (4)**
27:17 53:6
57:15 112:18
121:5 140:10
**man (7)**
32:15 89:6
90:18 133:19
134:22,25
179:10
**management...**
171:3,20,24
172:3
**Manager (8)**
90:18,19 126:4

126:4 145:5
170:18,18,21
**managers (1)**
118:25
**managing (1)**
41:7
**Mann (2)**
26:4,9
**manner (1)**
4:18
**March (1)**
98:20
**mark (6)**
10:11 45:12,24
55:18 129:5
169:20
**marked (3)**
4:24 56:5
169:18
**marriage (1)**
185:16
**mash (1)**
133:20
**Master (1)**
174:18
**match (3)**
177:8,11,14
**matches (1)**
177:10
**material (1)**
75:7
**math (2)**
27:4 61:7
**matter (2)**
125:24 185:17
**matters (1)**
5:10
**mean (12)**
9:14 16:6
24:10 39:10
50:7 54:10,14
105:16 127:8
130:20
148:14
157:15
**meaning (1)**

147:2
**means (4)**
13:23 16:13
20:7 127:11
**meat (5)**
108:2 133:19
174:18,18,19
**meatloaf (11)**
120:23,24,25
121:3,6,9,9
121:13,15
124:6 128:5
**medication (1)**
14:14
**medications ...**
14:19
**meet (9)**
31:8,11 37:20
37:23 79:21
79:23,24 80:2
80:23
**meeting (2)**
4:11 38:9
**member (5)**
76:21 82:15
128:21
139:12
143:13
**memories (1)**
61:23
**memory (3)**
40:21 61:16
163:15
**mentioned (2)**
37:25 128:3
**menu (8)**
132:19,20,23
132:24
133:17,18
134:13 174:5
**menus (1)**
133:4
**message (21)**
76:25 77:19,19
77:24 83:5,22
84:4 85:11,14

84:4 85:11,14
85:18 86:10
87:20 88:8,12
88:19,21
113:24
129:25 130:6
131:11,14
**messages (36)**
18:13 74:2
75:14,17,23
76:10 77:2,9
77:11 78:13
78:24 79:2,14
79:16 80:15
80:20 81:4,6
81:12,16,20
82:13,15 83:6
83:15 84:6
85:21 86:2,4
86:14,20
87:19 88:6
89:2 182:17
184:12
**met (8)**
27:15 31:14
37:8,9,23
81:16,18
182:14
**Metro (1)**
174:18
**mic (2)**
6:23 25:20
**middle (2)**
104:11 130:18
**mind (1)**
98:25
**mine (2)**
56:3 67:13
**minimum (15)**
65:25 66:2,3
66:14,15,22
66:25 67:6,8
67:8,9,12,15
67:17 116:6
**minute (5)**
18:17 26:16

164:3 165:10
168:5
**minutes (5)**
13:18 26:5
30:12 177:4
182:15
**missed (1)**
98:7
**missing (8)**
95:24,25 96:2
97:16,18
101:9,20
175:20
**mistake (7)**
29:16 64:4
65:19 67:16
109:24 121:5
121:8
**mistakes (3)**
67:18 96:25
100:2
**mom (1)**
19:8
**Monday (8)**
33:25 58:12,21
89:3,9 156:15
156:16
182:18
**Mondays (2)**
160:12 168:6
**monetary (3)**
41:22 72:8,10
**money (13)**
26:23,25 27:5
27:13 28:6,9
28:20,23 29:2
74:10 93:25
94:6 173:18
**month (4)**
157:3,5,8
169:9
**months (9)**
15:13,23 16:21
17:4 18:13,24
32:14 34:11
82:7

**morning (5)**
128:13,14,17
159:16
164:11
**motion (2)**
42:6 112:4
**move (2)**
13:16 45:14
**mute (2)**
6:22 25:12
**mutes (1)**
25:21

_____
**N**
**N (4)**
2:2,10 6:2,5
**name (28)**
6:11 9:6,7,8,9
23:6 29:13,14
29:17 32:24
34:19,20 54:2
73:6,7 76:8
76:12 78:2
79:19 80:3
140:6 149:16
166:6 170:14
170:18 171:5
171:6 174:6
**named (3)**
9:16 33:9,13
**names (7)**
9:10,11,12
33:10,14
92:10 105:4
**nationality (1)**
33:6
**native (2)**
65:15 99:25
**nearby (1)**
17:9
**need (16)**
4:13 13:17
23:23 24:2
25:16 80:11
107:18
111:12

117:25
119:24 120:3
123:22
127:23 132:8
135:13 164:3
**needed (24)**
23:19,25 24:3
24:4 26:2
93:3 105:12
128:11,18,20
128:23
133:20,22
136:5 137:9
144:9,10
153:6 156:10
165:11,12,14
174:4,8
**needs (4)**
13:18 113:21
123:19
127:17
**negotiate (1)**
43:9
**negotiation (8)**
43:3,5,17
44:14,17,21
44:22,23
**never (19)**
27:11,21 39:3
49:5,12 84:11
93:9 95:5
99:2 110:23
111:2 121:13
142:10
143:15
151:22,24
152:2 153:12
165:3
**new (20)**
1:3,24 2:5,9,16
6:17 15:22
16:20 19:6
20:15 80:8,10
104:19,25
117:13
130:20

153:15 185:3
185:4,7
**newspaper (5)**
29:11,14,15,17
29:20
**nick (5)**
9:8,9,10,11,12
**night (3)**
105:10 106:12
138:20
163:11
**non (2)**
42:20 177:10
**NONE- (1)**
184:15
**nonunion (1)**
34:14
**Notary (5)**
1:23 6:4,7
183:11 185:6
**Note (1)**
21:3
**noted (2)**
25:23 183:2
**notice (6)**
1:23 73:5,9,10
111:14,15
**noticed (2)**
110:25 112:6
**notwithstand...**
5:7
**November (1)**
82:10
**number (17)**
9:25 14:22
15:2 26:11
29:19,23 41:6
64:15 68:22
68:23 72:19
74:21 79:10
79:16 163:13
171:10,11
**numbers (2)**
171:3,7

_____
**O**

**O (3)**
6:2,5,5
**oath (6)**
3:15 4:13 20:2
20:5,11 22:12
**object (3)**
21:13 71:4,11
**objection (31)**
21:3,11,14
30:18 42:2,24
43:25 50:18
51:25 61:19
67:20 71:4,5
71:11,12
84:19 85:3
87:13 97:10
97:25 102:7
106:5 108:22
112:3 133:13
141:20,25
149:6 151:11
152:8,10
**objections (1)**
3:9
**obligation (3)**
5:8 57:24,25
**obligations (1)**
57:4
**occasion (1)**
126:11
**occasions (1)**
176:20
**occurred (2)**
79:3 111:2
**October (7)**
1:19 9:2 78:17
79:12 81:17
82:10 185:20
**offer (38)**
38:11,12,16,18
38:21,22
46:11 48:9,13
48:17 49:3,5
49:13,22 50:2
50:8,11,14,17
50:25 51:2,8

51:12,15,21
52:10,13,18
52:21,24 53:8
53:14 68:17
68:21,21,23
69:22 70:2
**offered (1)**
173:18
**office (6)**
23:7 32:22
39:23 181:12
181:13,15
**officer (2)**
3:14 4:12
**offices (1)**
34:24
**Oh (2)**
87:19 93:9
**oil (1)**
122:21
**okay (22)**
10:11 13:3,13
13:19,22,25
17:14,24 18:3
18:19 20:16
43:21 66:13
69:9 85:9,12
87:22 89:18
156:19
160:10 165:9
165:11
**old (2)**
16:22 171:17
**older (6)**
17:3 18:13
55:7 112:20
113:12
150:20
**oldest (2)**
124:21,25
**omission (1)**
98:4
**once (8)**
29:9 49:15,17
89:10 95:2
109:14

147:10
179:16
**ones (12)**
8:5,14 37:4
41:7 48:7
75:5 86:16,17
105:6 125:16
151:15 155:2
**online (3)**
69:20 115:19
115:19
**oOo (1)**
3:18
**open (2)**
17:13 182:9
**opened (1)**
168:15
**opening (1)**
44:22
**operate (1)**
147:23
**operates (1)**
90:21
**opinion (5)**
121:17 139:9
139:11
178:23 179:2
**opportunity ...**
97:20
**opposed (2)**
62:3 146:12
**option (2)**
45:20 77:18
**order (51)**
72:8,8,17,21
73:16 86:18
93:3 105:12
109:5 110:8
110:10
116:25 117:3
125:4,6,11,12
126:11,13,15
126:20 127:7
127:9 134:25
165:12,14
166:16,22,23

166:23 167:4
167:6,9,10
174:4,8,8,10
174:14,15,16
175:5,8,9,15
175:20
177:12,12,13
178:25
180:23
**ordered (8)**
133:24 134:18
134:18,19
174:18,20
175:16,22
**ordering (3)**
175:10,14
176:5
**orders (10)**
105:18,23
106:13 127:6
127:16,21
145:22 167:5
167:12
177:15
**organization...**
170:10
**outcome (2)**
45:23 185:17
**outline (3)**
172:23 173:2,3
**outside (4)**
90:18 129:16
130:14
166:23
**oven (3)**
1:13 60:18
135:2
**oversight (1)**
65:23
**overtime (18)**
24:11,13,15,24
58:9,10,14,24
60:4 66:20,23
67:2,3 179:12
179:15,17,18
179:20

**owed (5)**
26:23 27:13,24
28:2,6
**owes (1)**
27:2
**owner (3)**
170:12,16,17

_____

**P**

**P (5)**
2:2,2 6:5 78:2
166:9
**p.m (16)**
129:14 158:5
158:12 159:3
159:10,23
160:20 161:6
161:9,11,17
162:4,12,23
176:14 183:2
**page (27)**
66:8 73:8
74:23 78:13
78:15,16,22
78:23 79:9,9
79:10,10
99:21 100:3,4
100:8,8,14,16
100:19,22
166:3,4
170:23 184:3
184:12,18
**pages (2)**
81:3,5
**paid (6)**
28:11 60:11
67:8,9 93:21
179:18
**Panora (213)**
1:5,22 6:13 7:1
7:15 8:1 9:1,6
10:1,18 11:1
12:1 13:1
14:1 15:1
16:1 17:1
18:1 19:1

20:1 21:1
22:1 23:1
24:1 25:1,10
25:13 26:1,19
27:1 28:1
29:1 30:1
31:1 32:1
33:1 34:1
35:1 36:1
37:1 38:1
39:1 40:1
41:1 42:1
43:1 44:1
45:1,17 46:1
46:5,10 47:1
48:1 49:1
50:1 51:1,9
52:1 53:1
54:1 55:1,21
56:1 57:1
58:1 59:1
60:1,16 61:1
61:14 62:1,21
63:1 64:1
65:1 66:1
67:1 68:1,9
69:1 70:1,9
71:1 72:1
73:1 74:1
75:1 76:1
77:1 78:1
79:1 80:1
81:1 82:1
83:1 84:1
85:1 86:1
87:1 88:1
89:1 90:1
91:1 92:1
93:1 94:1
95:1,20 96:1
97:1 98:1
99:1,6 100:1
101:1 102:1
103:1 104:1
105:1 106:1
107:1 108:1

109:1 110:1
111:1 112:1,8
113:1 114:1
115:1 116:1
117:1 118:1
119:1 120:1
121:1 122:1
123:1 124:1
125:1 126:1
127:1 128:1
129:1,8 130:1
131:1 132:1
133:1 134:1
135:1 136:1
137:1 138:1
139:1 140:1
141:1 142:1
143:1 144:1
145:1 146:1
147:1 148:1
149:1,12,14
150:1 151:1
152:1,25
153:1 154:1
155:1 156:1
156:24 157:1
158:1 159:1
160:1 161:1
162:1 163:1
164:1 165:1
165:17 166:1
166:5 167:1
168:1 169:1
170:1,3 171:1
172:1 173:1
174:1 175:1
176:1 177:1
178:1 179:1
180:1 181:1
182:1,7 183:1
183:5 184:1,4
185:1,9
**paper (9)**
22:3 29:9,10
29:12 117:2
135:11

171:16 172:5
174:7
**papers (4)**
47:6 49:8,19
49:20
**paragraph (10)**
62:16 63:13,19
73:3 95:10,11
95:19 97:12
97:13 99:17
**Park (1)**
2:9
**Parker (1)**
26:11
**part (14)**
88:13,16 90:14
90:15 95:24
97:22 101:2
101:19
106:18
165:18,23
171:19,24
172:2
**participate (2)**
147:19 151:13
**participating...**
4:10
**particular (1)**
143:5
**parties (13)**
3:6 4:5,19 5:5
132:17,19,25
133:5 162:3,5
163:5,10
185:15
**party (18)**
5:9,10 11:15
132:24 133:4
133:6,16,23
134:2,10,15
162:9,15
163:3,8,14,16
163:17
**pass (1)**
16:24
**passed (5)**

164:20,23
165:2,3,7
**pasta (2)**
133:17 179:8
**patrons (1)**
126:17
**Paul (2)**
92:8,9
**pay (15)**
34:12 38:13
59:12,15,17
59:19,21,24
67:3 68:24
69:13 73:18
74:6 94:9
179:17
**paycheck (4)**
144:22,25
145:3 146:12
**paying (3)**
116:7,8 182:4
**peeled (1)**
116:17
**penalty (16)**
39:2 65:16
83:21 93:10
95:4 98:8
99:3 108:20
109:11
121:14
136:17
142:12
151:25
153:11,14
155:5
**pending (1)**
13:21
**people (37)**
9:15 56:25
57:4,13,19,23
91:3 92:16
94:24 103:11
103:14,17,20
103:25 104:5
106:24 109:2
109:4 110:16

114:5 115:18
115:19
117:10
128:17
130:13,20,22
130:23
133:24 134:3
134:11,17
135:21
147:25
155:13
170:11
181:21
**people's (1)**
61:22
**percent (4)**
15:18 47:5
49:7 121:16
**Perez (3)**
83:7,17,24
**perform (1)**
173:11
**performance ...**
141:18 142:15
142:24
143:18 144:4
**period (11)**
84:8 168:23
172:9 176:12
176:17 177:3
177:6,10,18
177:23,24
**perjury (22)**
20:7,10,14,22
20:24 22:15
39:2 65:16
83:22 93:11
95:5 98:9
99:3 108:21
109:11
121:14
136:17
142:12
151:25
153:12,15
155:6

permanent (1)
154:18
permanently ...
154:22
permission (3)
176:19 177:8
180:20
permitted (1)
26:4
person (78)
6:22 31:9,12
31:15,24
32:25 33:3,6
37:20,23 39:8
39:24 54:16
54:20 55:16
103:19
104:22
108:10,17
109:12,15,24
110:21
112:10,10,11
116:10,13,20
116:23
117:12,13
118:7,18
119:2,2,6,22
119:25
120:18,20
121:24 122:5
122:5,24
123:5 124:20
124:21,25
125:10,11,25
128:10 137:7
142:16,25
143:2 144:5,6
144:13,14,25
145:4,11,12
152:4 153:19
153:22,23,24
153:25 154:3
154:7,17
155:16,16
179:17,19
personal (1)

176:18
phone (42)
14:22 15:7,14
15:22,25 16:4
16:7,10,20,22
16:25 17:2,6
17:7 18:4,14
18:16 25:14
26:8 30:8
31:24,25
32:25 75:13
75:16,18,24
76:3 77:3,5
79:25 80:5,8
80:8,8,10
85:7 87:17
88:18 171:3,7
171:10
photo (6)
18:8 129:13,14
129:18,21
130:10
photos (3)
17:12,13,15
phrase (1)
100:23
physically (1)
14:6
pick (2)
11:11 144:22
picks (1)
32:25
picture (6)
18:2,2,5 25:19
117:6 130:15
pictures (4)
16:19 17:2,5
17:21
pieces (1)
131:20
pizza (3)
1:13 60:18
90:18
place (3)
4:14 68:7
112:14

placed (2)
105:19 175:15
plaintiff (5)
1:22 11:18
62:21 72:13
95:20
Plaintiff(s) (2)
1:8 2:4
plate (1)
179:3
plates (1)
177:17
play (2)
168:4 169:17
played (2)
169:22 178:8
please (18)
6:11,14 13:12
31:5 39:6
46:9 48:3
52:22 54:11
60:8 61:21
85:22 99:12
131:13 156:6
167:21
170:25 178:7
PLLC (1)
2:3
point (4)
53:6 150:3
161:24
174:25
Poletes (3)
2:20 46:2
169:20
portion (7)
102:13 124:7
128:8,11,15
128:16 156:3
portioned (1)
128:14
position (17)
91:25 92:5
95:12 101:25
102:3,17,17
105:18 106:3

106:8 137:12
137:22
140:23
146:21,25
147:13
149:22
positions (2)
103:2 104:6
possession (1)
5:3
possible (10)
32:12 75:19,20
80:2 130:12
140:14 142:3
146:5 171:13
180:15
possibly (4)
22:7 82:17
87:2 144:20
potato (1)
133:20
potential (3)
137:22 139:6
141:3
pound (2)
131:21 132:5
Powerhouse ...
2:15
pre (1)
127:24
preclude (1)
72:4
prep (7)
92:15 105:22
107:3,7 124:7
176:15
177:19
preparation (...
106:11,18
127:24
prepare (13)
74:7 106:23
109:21
116:14,16
120:9,22,23
120:25

123:19,22
126:15
128:23
prepared (22)
70:12 106:22
107:5,9,12,16
108:10
109:16,20
110:9 120:13
120:14,15,18
121:4 122:2
122:22
124:20
133:16,18,21
135:3
prepares (1)
134:20
preparing (2)
119:23 120:2
prepped (1)
105:9
prepping (1)
124:9
present (5)
2:13 4:5 6:19
168:23 179:2
presented (2)
5:2 75:12
presenting (1)
4:24
preserve (4)
82:12,14,19,23
presumption...
63:7
pretty (3)
21:24 35:5
138:6
previously (1)
63:25
prior (7)
5:4 32:9 33:21
35:2 74:18
161:7 162:8
priority (1)
177:15
privilege (1)

30:23
**privileged (1)**
30:21
**probably (2)**
159:13 171:16
**problem (2)**
59:12 108:8
**problems (1)**
168:2
**produce (3)**
70:8 74:20
182:11
**produced (1)**
182:18
**production (4)**
79:11,15 86:20
87:4
**products (1)**
174:19
**promoted (15)**
91:15 95:12,21
97:14 98:10
98:12 100:24
101:12,13,14
102:2,4,16
139:6 147:12
**proper (4)**
73:24 106:17
136:12,15
**properly (12)**
72:5,9 106:15
109:22
111:13 113:8
113:10 118:2
121:10 122:4
122:7 123:16
**provider (2)**
7:3 14:24
**psychological...**
14:6
**Public (5)**
1:24 6:4,7
183:11 185:7
**pull (6)**
45:25 48:2
70:5 78:22

166:2 168:3
**punishable (1)**
20:19
**purpose (1)**
4:21
**pursuant (3)**
1:22 4:6 68:17
**put (10)**
18:17,18 65:6
65:9 89:4
105:17
135:10
140:23
155:11,13

**Q**

**quality (1)**
175:23
**Queens (7)**
19:3,4,9,12
23:8,8 37:23
**question (52)**
3:10 5:5 13:6
13:11,14,15
13:21,24 17:8
21:10,10,13
21:15 24:13
24:15,20 37:6
39:7,18,20
42:15,17,21
43:19 47:8
57:11 59:14
59:23 78:25
84:9 85:22
88:2 91:24
97:23 105:24
108:19 126:9
134:5 138:23
139:2 142:21
142:22 144:2
144:3 145:18
150:5,8
153:12,14
171:21
178:10
180:24

**questioning (2)**
5:4 7:14
**questions (11)**
14:2,17 26:21
55:20 129:10
153:4,7,9
156:18 182:8
182:21
**quickly (1)**
7:7
**quit (1)**
167:23

**R**

**R (3)**
2:2 6:2,5
**raise (1)**
95:2
**Ramirez (1)**
131:4
**range (1)**
17:18
**rare (1)**
176:20
**rarely (4)**
181:23,24,25
182:2
**reach (2)**
41:18 55:9
**reaching (2)**
82:6 178:16
**read (50)**
7:23,25 8:4,14
8:15,17,20,23
29:12 46:5
56:11 59:10
62:15 63:3,14
63:15,17
64:20,23 65:9
65:17,19
66:11 70:15
73:3,15 74:21
86:24 95:18
95:19 96:11
96:14,16 97:3
97:19 98:6

99:18,24
100:11 101:4
101:7,10,11
101:16
102:14 117:8
127:14,21
131:12 156:4
**reading (4)**
29:9 72:24
73:4,6
**reads (2)**
67:15 127:19
**ready (7)**
129:9,11 132:6
136:7 144:10
164:9 175:18
**real (1)**
37:25
**reality (1)**
86:13
**realize (10)**
64:21,24 65:3
65:12,19,24
97:21,22 98:4
110:20
**realized (2)**
111:17,21
**really (15)**
61:7 105:14,25
120:4 137:18
137:21 138:3
138:3,6,11,22
155:10,15
163:20 178:4
**reason (1)**
14:5
**recall (2)**
14:17 70:8
**receipt (1)**
127:18
**receive (2)**
59:15,19
**received (3)**
48:17 49:22
175:24
**receives (1)**

126:15
**receiving (1)**
149:24
**recipe (1)**
179:6
**recipes (1)**
178:21
**recollection (...**
33:12,16 40:7
70:19 76:22
79:22 119:14
136:25 137:2
141:10 143:7
146:9 151:7
163:12,19
168:20
**record (17)**
6:12,15,21 7:5
25:9 26:7,18
42:5 45:2,7
102:19
133:25 134:6
156:23
165:16 182:9
185:12
**recorded (1)**
4:17
**recording (3)**
4:18 169:17,22
**redacted (1)**
166:5
**redo (3)**
125:10,11
126:2
**redone (2)**
125:18,20
**refer (2)**
54:15,24
**referred (1)**
93:5
**referring (3)**
38:22 60:21,25
**refresh (15)**
33:11,15 40:6
40:21 76:22
79:21 119:14

136:24 137:2
141:9 143:6
146:8 151:6
163:18
168:20
**regarding (8)**
5:4 10:22
11:17 36:21
37:15,18
41:21 123:20
**regardless (1)**
135:25
**regular (1)**
132:20
**reject (3)**
52:20,23 53:14
**rejected (2)**
51:22 52:13
**rejecting (1)**
53:7
**related (3)**
37:2,3 185:15
**relevance (2)**
71:5,12
**relevant (1)**
10:16
**remains (1)**
114:10
**remember (95)**
9:23 12:4,6
16:9 22:5
23:6 31:16
32:7,23,24
33:10,14
35:19,20
36:15,18,21
38:23 40:4,18
47:15 49:11
49:25 61:8
62:2,4,9,10
62:13 68:6
70:18,21
76:24 77:17
80:17,24
81:11 82:18
83:16,25

84:10,12 85:5
94:21 95:6
99:4 103:10
105:5,6 111:3
111:4 119:10
119:12
127:25
129:19
130:11,16
131:6,9
136:20,20,23
137:3 140:13
140:14 141:8
141:15,16
142:11,13,14
142:17 143:4
143:5,11
145:25
150:15 151:4
151:5 155:16
161:23
162:18,20
163:20 164:2
168:19 169:4
170:5 171:9
172:4 175:4
178:20
179:24
181:18,19
**rememberin...**
61:18 124:12
**remembers (1)**
61:16
**Remigiopu (1)**
149:18
**remind (2)**
114:2 127:12
**reminded (1)**
127:15
**reminding (1)**
127:16
**remote (1)**
4:9
**remotely (1)**
4:15
**repeat (5)**

31:5 52:22
54:11 87:25
92:9
**repetition (1)**
102:10
**rephrase (5)**
85:22 87:15,16
91:24 126:9
**replied (1)**
153:25
**reporter (8)**
4:8,15 7:12
12:21,22 54:5
102:14 156:4
**Reporting (1)**
4:12
**represent (6)**
46:10 56:16
57:5,19,23
170:9
**represented (1)**
25:25
**representing ...**
23:11
**request (5)**
70:13 74:19
89:4 184:9,11
**requested (4)**
87:4 102:13
156:3 182:16
**requests (11)**
70:23 71:3,10
71:15 72:5,9
75:2,7,15
86:25 182:13
**require (2)**
115:22 116:5
**reservation (1)**
162:15
**reservations ...**
163:5,10
**reserve (1)**
182:19
**reserved (1)**
3:10
**respect (7)**

26:8 54:17,18
54:21 55:2
57:4 86:10
**respectful (1)**
54:15
**respective (1)**
3:5
**respond (5)**
71:9,14 72:5,9
89:7
**responding (5)**
70:23 71:2
149:3,4,21
**response (6)**
70:12 148:14
149:7,11,21
150:9
**responses (7)**
12:25 70:20
72:17 73:24
74:15,19
148:12
**responsibiliti...**
172:24 173:3,4
173:6,11
**responsive (4)**
75:2,7,14
182:13
**rest (5)**
46:9 58:22
107:2 121:22
150:17
**restaurant (45)**
58:19,20 89:15
89:16,19,22
90:2,14,16,21
91:12 105:13
106:15,19
115:16
121:19
122:14,17
126:17
128:19 131:5
132:17 138:4
138:9,15
150:22

154:11 155:7
155:9 156:16
165:4,12,15
165:18 168:7
168:9,12,15
168:17
170:10
176:16
177:21
178:19
179:23
180:17
**restrict (1)**
39:18
**review (2)**
33:21,24
**reviewed (7)**
33:23 35:2,3,4
35:5,8,11
**reviewing (2)**
34:3 70:20
**right (71)**
6:23 7:18 10:7
11:9 20:2
21:2,23 22:21
22:24 23:10
25:9 31:18
34:13 37:10
40:18 41:13
43:19 47:17
54:24 55:8
59:10 62:16
65:8 66:12
72:14 73:6
79:6 80:21
81:13,17
90:20 93:18
96:8 97:7
100:22 102:3
103:3 104:20
107:8 110:9
112:14
113:10
116:11
121:16 123:9
133:8 134:14

135:22
137:13,15
141:24
143:10
144:19
148:21
149:10 153:5
155:14
158:14 164:7
164:18,21
165:4 170:20
170:21
172:17
175:11,23
176:8 181:7
182:8,19
**Road (1)**
2:15
**Robbie (5)**
180:2,4,6,10
180:13
**Robert (20)**
35:24 38:25
40:3 56:23
83:15,19,24
92:8 104:19
108:4,18
133:18 135:3
148:5 175:7,9
175:10,13
179:8,22
**Roberto (2)**
92:10 104:15
**Roofers (1)**
34:17
**roofs (1)**
34:9
**room (7)**
11:10,12 90:3
90:4,4,5,7
**Roslyn (1)**
2:16
**rotated (2)**
91:18 146:24
**rotation (1)**
146:22

**rule (3)**
68:18 69:10,11
**ruling (1)**
10:11
**RULINGS (1)**
184:17
**running (2)**
113:10 126:8
**runs (1)**
119:20

————————
S
————————

**S (2)**
2:2 6:5
**safe (1)**
37:4
**salad (48)**
91:17,20,25
92:4 103:3,11
104:7 116:10
116:13,14,15
116:22,24,24
117:2,3,5,5,7
117:8,10,11
117:12,13,14
117:17,18
119:19,20,22
120:2 121:19
121:23,24,25
122:5,5,8,15
122:18,18,22
122:24 123:2
144:6 147:14
179:10,10
**salads (5)**
91:5 116:20
117:19
140:10
146:22
**salary (5)**
94:8 95:3
172:8,13,16
**salmon (5)**
124:7 128:12
128:13,14,15
**Samson (1)**

174:20
**sanctions (4)**
72:8,10 89:10
112:4
**Saturday (2)**
155:25 161:15
**Saturdays (11)**
105:23 106:12
112:15 127:5
127:10 159:4
159:5,11
161:12,13
167:7
**sauce (3)**
106:23 124:5
128:4
**sauces (1)**
136:6
**saute (17)**
91:4 102:2,4
102:17,18
103:2,20
104:10
105:10
106:11
107:22 108:4
110:17,17
119:18
134:23 148:5
**sauted (1)**
133:20
**sauteing (1)**
104:12
**saved (1)**
16:24
**saw (11)**
48:20 49:2,5
49:11 76:12
101:13 111:5
122:3 137:17
138:13
181:17
**saying (20)**
7:17 12:17,22
21:7 29:13
47:8 66:22

81:19 87:11
99:2 102:18
113:3,4
131:10,11,14
131:15,18
136:16
173:12
**says (20)**
28:15 63:6,12
63:24 64:3
66:8 69:11
73:10,17,18
78:17 95:17
96:5 97:13
98:11,11 99:6
100:6 149:7
171:2
**schedule (29)**
77:23 78:5,10
135:6,8,10,11
135:11
147:24
156:13
158:15
159:24 160:3
160:4,8
162:11 163:9
165:18,19,20
165:23,24,25
166:11,14,17
166:18
167:12,16
**scheduled (1)**
133:2
**school (4)**
12:11 92:19,21
98:17
**Schweitzer (...**
2:6 6:18 10:2,4
10:8,16 21:3
24:16,19 25:5
25:14 26:10
26:15 30:18
30:22 31:20
32:3,10,13,21
33:19 39:5,12

39:19 42:2,7
42:11,18,24
43:6,12,16,25
44:5,9,13,19
45:2,7,16
50:18,21,24
51:25 52:4
61:19 67:20
71:4,11 84:8
84:19 85:3
87:13 89:4,12
97:10,25
102:7 106:5
108:22 111:8
111:23 125:7
133:13 134:4
141:20,25
149:6 151:11
152:8,14,20
182:6,15
**screen (4)**
15:24 16:2
17:15 62:17
**scroll (14)**
17:22 46:8
47:19 48:3,8
48:12 77:6,21
79:8 85:13
87:21 88:20
148:24
170:24
**sealing (1)**
3:6
**second (5)**
52:18 78:15,16
146:18
157:24
**section (2)**
4:6 171:2
**security (1)**
9:25
**see (51)**
12:20 17:17,20
18:5 46:11,16
47:21 48:9,10
48:13 56:5

63:4 64:21
65:11 66:8
77:6,23 78:2
78:5,6,7,8,16
78:18 79:4,12
81:23 82:8
95:9,17 96:5
97:14 99:9
100:16,24
101:13,14
128:19
142:18
144:13 149:5
149:16
152:18
154:19 166:6
171:2,6
172:24 173:3
173:17
178:25
**seeing (2)**
170:5 172:4
**seek (3)**
57:5,19,23
**seen (25)**
8:12 21:25
22:2,4,5,8
46:14,18 47:6
48:4,5,6,7,19
56:9 70:17
76:8,19 79:15
81:3,5 118:8
137:20
139:19 170:3
**sees (2)**
113:23 121:8
**selective (1)**
86:21
**send (15)**
46:23,24 49:17
49:19,20 89:8
114:6,11,12
122:13
129:18,21
134:24
148:11,13

**sends (3)**
77:19 110:7
113:24
**senior (3)**
121:17 123:10
146:15
**seniority (3)**
109:19 124:22
124:25
**sense (2)**
89:17 124:22
**sent (14)**
46:22 49:12,14
110:22
122:10
129:20,23
130:9 135:2
149:15 150:3
150:10,13,17
**sentence (2)**
62:16,19
**separate (3)**
4:9 90:8 184:7
**separately (1)**
182:25
**September (6)**
47:14 48:14
49:3 52:19
78:10 82:10
**serious (1)**
22:19
**seriously (1)**
71:23
**serve (2)**
92:15 107:7
**served (2)**
110:21 175:25
**service (8)**
4:12 7:3
105:10
106:11 124:2
132:6 136:7
164:10
**set (6)**
135:5 163:9
165:19

176:25
185:10,19
**settle (1)**
45:18
**settlement (11)**
41:15,17,25
42:14,23 43:2
43:5,8,17,23
44:21
**seven (3)**
34:11 63:13,19
**shared (1)**
144:7
**shift (1)**
25:3
**short (5)**
26:2 68:8
91:22 120:6
180:16
**show (13)**
8:7 11:12 18:5
25:17,18 46:8
47:24 54:17
55:2 72:16
148:23 178:3
178:11
**showed (2)**
8:5 154:7
**showing (2)**
54:19,20
**shown (1)**
99:5
**shows (1)**
117:12
**shrimps (1)**
174:11
**sick (2)**
164:15 175:8
**side (4)**
72:11 127:12
130:19,20
**sign (1)**
22:11
**signature (4)**
96:8 99:12
172:20,21

**signed (13)**
3:14,16 8:14
8:15 96:18
97:4,8,19
98:2 99:14
100:18
172:25
173:10
**significance (1)**
59:9
**similar (1)**
49:10
**similarly (2)**
1:7 62:22
**single (1)**
37:16
**sir (4)**
99:12 100:25
108:19
182:24
**sitting (2)**
129:16 130:13
**situated (1)**
1:7
**situation (2)**
62:22 110:23
**six (6)**
32:13 34:11
89:16 92:12
97:12 103:23
**sixteen (1)**
179:25
**sixth (1)**
12:10
**slow (12)**
115:4,7,7,13
176:17,17
177:18,19,21
177:23,24
180:17
**slowly (1)**
13:4
**snow (1)**
168:10
**snowstorm (1)**
168:11

**soccer (2)**
177:6,7
**social (1)**
9:25
**Solo (2)**
151:20,21
**Solomon (67)**
2:10 6:10 7:13
10:3,6,10
24:18,22 25:7
25:21,24
26:13,16
30:20 31:2
39:5,10,17
42:4,9,16,20
43:4,10,14,18
44:3,7,11,16
44:24 45:4,10
45:24 46:4,8
48:2 50:20,23
51:5 52:3,6
70:5 72:19
73:14 84:18
87:15 88:3,9
88:23 89:6,14
91:23 112:2
129:5 134:8
152:10,17,21
166:2 167:18
168:3 169:25
178:6 182:4,7
184:4
**somebody (50)**
30:24 39:13,14
39:25 40:9
54:23 55:3,6
55:7,8 61:15
77:3 84:13,22
98:17 105:15
110:6 111:21
112:6 117:17
118:3,6,8,13
118:16,20,22
119:4,8 120:4
128:12
129:22

135:18
136:11,14
137:4,11
138:5,11
139:3 140:2
141:24
144:24
146:17
149:21
150:21
151:10
153:14 181:6
181:12
**somebody's (1)**
142:15
**someone's (2)**
141:18 142:24
**somewhat (1)**
102:5
**son (1)**
19:10
**soon (2)**
95:20 97:13
**sorry (5)**
7:6 19:5 39:17
59:22 87:8
**sort (2)**
67:16 130:24
**Southern (2)**
26:14,15
**Spanish (14)**
2:15 7:21 13:7
30:14 53:21
53:24 104:15
104:21
108:12
115:22
150:23
151:10,14
153:5
**speak (19)**
7:20 13:4
30:13,14 33:8
53:21,23
68:10,12
104:14

108:11,13,16
108:20 109:4
135:14
136:11,14
151:17
**speaking (4)**
40:4,18 112:3
129:24
**specials (2)**
179:4,4
**specific (1)**
56:17
**specifies (1)**
117:3
**speculation (2)**
111:9,24
**spell (1)**
54:4
**spelling (3)**
54:6,8 174:21
**spend (3)**
34:3 177:2,9
**spin (1)**
11:12
**spoiled (2)**
175:23 176:7
**spoke (18)**
32:3,10,13,17
36:2 37:25
40:16,22
83:20 104:15
104:16,19,21
108:18,24
144:12 151:2
179:19
**spoken (6)**
29:23 30:6,11
33:12 39:3,14
**spread (4)**
59:2,7 60:6,11
**ss (1)**
185:3
**staff (7)**
110:11 126:21
126:25
128:22 135:5

139:12
143:13
**stages (1)**
147:17
**stamp (1)**
166:4
**standard (1)**
62:24
**start (25)**
56:15 60:13
61:3 73:4,10
82:17 88:9
105:2 120:2
126:2 147:3
156:7 157:16
158:2,9,15,24
159:7,20
160:12,18
161:3,15,21
164:9
**started (30)**
8:9 56:3,19
59:19 61:6,9
64:6 76:25
91:6,8 106:10
134:22
137:15
147:15
154:20,22,23
155:17
157:18,19
159:2,9,22
160:2,22
161:5 162:3
167:25 175:7
175:10
**starting (6)**
59:18 156:10
156:12 157:7
159:13 160:5
**starts (2)**
77:7 119:23
**state (9)**
1:24 6:11,14
20:14 42:5
64:9 153:15

185:3,7
**statement (1)**
149:13
**States (2)**
1:2 9:22
**station (24)**
91:18,20,21
104:10
107:23,24
108:5 110:17
116:24
117:14,17
119:20,23
120:2 128:11
132:12,12,13
134:24
135:20,24
136:4 147:15
148:5
**stations (5)**
91:19 146:23
147:23 148:4
148:18
**status (1)**
10:12
**stay (13)**
25:10,11
154:24,25
164:20,23,25
165:7,13
166:21,23
167:8,11
**stayed (6)**
155:18 164:16
164:17 165:3
166:16
167:12
**staying (1)**
167:14
**steak (11)**
124:7 128:6,8
128:12,13,15
128:16,23
134:14,18,21
**steaks (2)**
131:2 174:11

**steps (5)**
82:12,14,18,19
82:22
**STIPULATE...**
3:4,8,12 4:4,23
**STIPULATI...**
4:2
**STIPULATI...**
3:2
**stop (13)**
73:5 77:22
112:5 157:16
158:3,10,25
159:8,21
160:19 161:4
161:16,22
**stopped (1)**
64:12
**strategic (3)**
42:14,16,21
**strategy (2)**
42:8,10
**Street (2)**
6:16 19:5
**Strike (5)**
57:8 60:15
91:14 137:19
143:23
**stub (6)**
59:13,15,17,19
59:21,25
**stuck (1)**
98:24
**stuff (5)**
16:19 69:19
88:25 89:11
109:9
**Subscribed (1)**
183:7
**suffice (1)**
13:2
**suing (1)**
66:3
**Suite (1)**
2:15
**sum (3)**

27:7,8,9
summarizing...
73:23
summer (1)
168:18
Sunday (6)
32:4,6 62:10
64:14 161:22
162:13
Sundays (19)
159:18,18,20
161:18,25,25
162:8,12,17
162:22,22,22
163:2,2,6
167:7,9,13,14
super (1)
135:25
supply (1)
5:8
suppose (2)
117:21 128:8
sure (31)
15:18 16:7
21:22 25:19
32:11 39:20
46:18 47:5
48:7 49:7,8,9
49:18 50:6,9
74:14 77:14
112:18 113:9
117:20,23
120:12 121:3
121:10,25
123:13,15
127:22 136:3
144:15
150:10
surveillance (...
180:21
swear (1)
102:16
swearing (1)
20:10
switch (2)
137:5,9

swore (6)
96:18 97:15,20
100:19 101:8
101:18
sworn (11)
3:13,16 4:15
6:3,7 7:10,11
102:5,21
183:7 185:11
Sysco (2)
174:20,21
system (3)
138:25 180:21
181:2
_____
T
table (9)
126:7,8,11,22
127:13,16,19
127:22 131:3
tables (4)
89:19,21,25
127:15
tabs (1)
22:10
take (20)
13:20 18:17
22:12 25:5
26:3 72:23
76:18 77:13
82:12,14 85:7
87:17 88:18
89:12 100:5
117:6 126:14
168:22 169:5
176:18
taken (2)
14:14 82:22
talk (19)
23:14 25:13
37:22 66:15
67:11 72:17
89:15,16
108:9 124:18
125:21,22
127:3 128:19

146:18 148:8
160:8 181:6,9
talked (8)
39:13 62:11
102:25
127:24 128:3
137:11
163:23 164:5
talking (13)
26:19 37:6,8
38:16,18,20
60:17 65:21
76:23 122:14
138:24 160:4
160:25
talks (1)
115:4
Tapia (2)
23:4,5
Tapia's (1)
23:7
taste (2)
122:8 123:3
tasting (1)
123:13
taught (8)
107:6 115:15
117:19 131:3
147:16 148:3
148:6,7
TAYLOR (1)
2:12
teach (10)
109:23 110:4,6
115:10,14
117:15,17
147:20,22
175:13
teaches (1)
114:23
Team (4)
76:21 82:15
181:18,20
tech (3)
2:20 6:19 7:2
technical (1)

6:25
technically (1)
35:17
telephone (1)
26:3
tell (71)
10:13 14:17
18:8 20:6,9
20:18 21:23
29:4,12 32:18
36:4,9,14
44:11 50:25
65:2,5 68:16
79:10 81:9
88:20 96:3
97:7 105:6
109:17
110:13,14
112:10
113:14,25
114:7,15
115:6 116:6
118:6,7,18,23
118:25
120:16,16
125:16
128:21
131:12,13
132:9 135:17
136:8,9,18
138:2,10,12
139:3,16,20
139:23,24
141:12
144:21 147:7
150:6 152:6
153:8 163:17
166:8 177:22
177:25
181:12,15,21
telling (3)
65:18 131:19
132:4
tells (4)
110:11 113:22
114:7 118:6

ten (10)
15:21 18:24
22:8 58:12,21
95:10,11,19
134:18 177:4
Teresa (1)
88:17
term (1)
90:10
Terry (2)
179:16,19
Test (1)
184:12
testified (17)
6:8 37:4 49:2
62:12 65:8,16
87:9 100:12
101:16,16,17
108:16,17
112:13,25
152:11,14
testify (7)
11:24 36:2
40:16 84:13
84:22,24
171:23
testifying (3)
30:24 102:23
151:25
testimony (26)
14:8 39:2
49:21 58:23
76:9 83:21
85:20 86:6
92:24 93:10
95:4 98:8
102:20
109:12
118:14
121:14
143:24
151:24
153:11,16
155:5 156:24
172:13
173:10

182:10
185:13
**text (32)**
18:12 46:23
75:13,17,23
76:5,10 83:3
83:6,9,10,13
83:19,22 84:2
84:4,6 85:10
85:14,17,21
85:23 86:4,10
86:20 88:9
129:25 130:5
131:11,14
181:17
182:16
**texted (2)**
46:23 84:2
**texts (2)**
76:2 87:18
**thank (2)**
11:14 182:23
**thin (1)**
152:23
**thing (6)**
22:19 61:17
66:23 69:15
113:15 146:5
**things (25)**
16:18 24:2
68:16 69:6,8
69:17 71:21
86:18 93:3
105:12
113:24 118:2
122:7 123:11
123:24 124:3
124:8,23
125:14
132:22
144:10
165:12,14
175:20,24
**think (49)**
14:5,16 24:4,7
26:25 27:24

28:6 31:23
32:11 33:5
35:8 40:8
41:23 47:18
48:19 53:17
53:20 55:5,11
57:10 64:3
81:2 85:6,25
86:2,22 88:17
103:9 106:17
130:16,19
133:22
138:25
141:23
143:17 144:3
144:7,12
145:21,25
146:16 147:4
147:9,14,18
150:19 169:8
171:18
178:16
**third (2)**
101:14 114:10
**Thirteen (1)**
15:5
**thought (10)**
27:11 64:23
66:19 86:5
87:7 95:18
108:11
121:15
153:19
154:12
**three (19)**
15:12,13,22
16:20 17:3
18:13 25:6
32:7 82:7
94:10 99:18
103:7,9,10
105:3 112:22
114:4,5
130:13
**throw (1)**
71:23

**Thursdays (4)**
158:7 161:7
167:6,7
**till (1)**
158:11
**time (93)**
3:10 6:24
17:18 21:12
24:11 25:23
31:14 32:2,10
32:12,19 34:3
34:5 35:9
47:4 61:17,23
84:8 100:5
102:3 104:2
109:15 110:4
110:6 113:2,4
113:13
115:14
120:23
121:12,18
123:25 124:2
124:4 126:3
127:14,21
130:4 131:8
132:15 134:9
140:8,9 142:4
144:15,16
146:6 150:14
157:15,16
158:2,3,9,9
158:18,19,24
158:24 159:7
159:7,20,21
160:18,18
161:3,4,12,15
161:16,21,21
164:11,17,21
164:24 165:2
165:4,8 169:9
169:11,12
171:13
174:13,25
175:14,21
176:12,15
177:2,9,20

182:23 183:2
**times (18)**
29:22,25,25
30:2,6 31:11
31:22 37:13
119:7 135:18
135:21,24
145:8 151:9
151:13
155:10
158:20
176:10
**tin (1)**
130:24
**Titan (1)**
34:20
**title (1)**
92:13
**titles (1)**
91:2
**today (21)**
9:2 10:19 11:5
21:2,16 22:12
22:23 23:12
23:17 32:2,15
37:4 62:2,5
89:8 97:24
98:3 102:20
106:9 182:11
182:23
**today's (5)**
7:3 8:25 14:9
33:22 69:7
**told (48)**
20:22 36:11
37:16,19 38:2
38:5,11 50:16
55:22 63:25
66:19 74:4
79:19 87:11
93:8 94:14,18
94:21 95:7
97:8 108:24
109:14
114:11,12
115:13 119:3

126:5 129:3
134:21
135:18,21,23
140:3,11
141:6,13,15
143:22
145:24 146:2
146:3 153:7
154:5 155:19
164:8,25
166:15
179:17
**tomato (3)**
124:5 128:3,23
**tomatoes (4)**
116:18,19,21
116:21
**tomorrow (1)**
62:3
**tongue (2)**
65:15 99:25
**top (13)**
11:7,8,11
17:17,17 18:7
73:10 77:6
78:5,16 85:14
88:20 96:10
**touch (2)**
25:16 31:21
**transcribe (2)**
12:22,23
**transcribing ...**
12:21
**transcript (2)**
5:9 69:7
**translate (1)**
12:18
**translated (5)**
6:4 8:19
152:15
153:17
154:10
**translates (2)**
13:6,8
**translation (1)**
153:13

**TRANSLAT...**
2:14
**translator (3)**
13:5,6,8
**tray (2)**
120:12,19
**treated (1)**
57:21
**treatment (1)**
55:3
**trial (13)**
1:22 3:11 41:8
41:10,24
42:13 45:18
68:22 69:12
154:19 155:8
155:12,14
**tried (1)**
123:15
**trouble (1)**
150:4
**Troy (8)**
2:3 30:4,7,11
30:13 31:4,8
32:21
**Troy's (1)**
32:22
**true (12)**
56:13 62:13
64:2,2 65:3
95:21 96:19
97:15,20
100:19
102:16
185:12
**truth (3)**
14:17 20:6
21:23
**truthful (1)**
14:8
**truthfully (5)**
16:11,23 49:24
119:12,15
**try (8)**
7:6 45:16
68:14 105:6

122:12,12
152:22 165:9
**trying (14)**
33:11 39:18,19
43:9 44:16
95:6,16
133:22 143:4
145:25 150:7
151:4 155:10
161:23
**Tuesday (9)**
137:8,9,10
156:10,10,11
156:21,25
157:11
**Tuesdays (4)**
157:5,7,20
160:15
**turning (3)**
34:25 119:16
136:6
**turnover (1)**
148:21
**TV (1)**
28:15
**twenty (1)**
180:14
**twice (2)**
31:13 98:21
**two (30)**
22:6,7 23:9
31:23 47:10
47:13 48:22
58:13,23
69:23 70:2
84:2 103:10
103:22,25
104:5 109:2
127:13,17,19
130:22 157:9
157:10
168:17
169:15
173:21,22
174:2,23
175:2

**typo (1)**
63:9
_____
**U**
**uh-huh (1)**
12:25
**uh-hum (1)**
12:25
**unauthorize...**
4:20
**understand (...**
7:9,15,17 13:9
13:11 20:3,11
20:15,16,24
22:16 30:16
31:4 53:9
57:3,7,11
59:14,22 60:9
68:3 69:8,17
70:13,22,25
71:8 73:16
74:5,9,11,13
74:16,20
78:25 100:5,6
100:7,14,17
102:9 108:14
108:15
109:21
126:10 130:5
143:24
145:17
163:22 165:4
167:21
176:25 178:4
178:10
180:24
**Understanda...**
159:17
**understandi...**
10:14 96:23
**understood (...**
8:21,22 13:15
27:16 30:25
45:6 96:21
101:7,17
104:22,23,24

109:10
**unfortunatel...**
12:10 15:24
**union (3)**
34:14,15,16
**United (2)**
1:2 9:21
**unmuted (1)**
25:22
**unpaid (1)**
66:3
**upset (1)**
125:24
**use (25)**
16:14 54:16,23
55:2 60:17,24
77:16 87:23
114:18,21,23
115:10
116:21
171:14
176:15
180:22,25
181:4,9,12,14
181:20,22,24
182:2
**uses (1)**
77:18
**usually (2)**
25:3 113:23
_____
**V**
**vacation (5)**
169:5,6,9,11
169:12
**vacations (1)**
168:22
**vague (2)**
16:16,17
**varied (1)**
162:4
**vegetables (1)**
133:21
**vendor (1)**
176:6
**vendors (3)**

174:16,17
175:19
**video (9)**
1:21 4:7 32:6,9
33:18,20
169:22 178:8
178:11
**videoconfere...**
4:2,10,17 5:7
**vinegar (2)**
122:20,21
**violation (1)**
4:20
**violations (1)**
62:23
**voice (2)**
169:23 181:12
**voicing (1)**
127:21
**VOLUCK (1)**
2:8
_____
**W**
**wage (5)**
66:2 67:2,8,16
67:17
**wages (7)**
65:25 66:4,15
66:16,22 67:6
67:12
**wait (2)**
126:21,25
**waited (1)**
144:13
**waiter (5)**
124:13,13,17
125:8,19
**waiters (6)**
90:17 105:19
125:16,22
126:3,7
**waitress (2)**
40:15 105:19
**waitresses (1)**
90:17
**waived (1)**

3:7
**walls (1)**
177:25
**want (58)**
6:20 17:12,22
17:25 18:17
23:14,16 27:6
28:12,16 35:2
36:12 40:24
41:4,24,24
47:7 51:15,21
52:9,20,23
61:13 62:15
63:2,7 66:11
69:4 72:23
73:3 74:14
77:6,21 85:7
85:10,13
88:18,24 89:2
89:9 96:4
97:7 102:11
110:16
111:19
118:20,22
125:17,20
134:16
148:23 156:5
160:8 164:12
165:5 172:7
173:2,23
**wanted (11)**
37:20,22,22
57:12 125:10
125:11 136:9
136:10 137:4
137:6 143:12
**wants (3)**
42:13,13
132:22
**warm (1)**
136:5
**was(were) (1)**
185:11
**wash (1)**
113:18
**washed (2)**

91:11 115:8
**washing (1)**
140:8
**wasn't (1)**
86:9
**waste (1)**
134:9
**watch (3)**
138:20 177:6,8
**watched (3)**
113:3,6,7
**watching (2)**
113:2 177:9
**way (36)**
10:17 51:5
54:15,16,19
54:20 57:21
63:9 84:4,6
84:25 85:13
87:21 88:20
96:7 99:11,17
99:18 107:5,6
107:8,10
110:9 111:18
111:22 112:7
112:11
118:14
123:16
128:24
144:18,19
160:11
166:22
172:20
185:16
**Wednesday (1)**
157:22
**Wednesdays ...**
157:23 158:3
160:24 161:3
**week (22)**
31:17,18 47:10
58:13,22
69:23 94:5,6
94:9,9 133:4
133:5 135:11
155:23 156:7

156:9 166:19
169:15,15
172:10,14,16
**weekdays (4)**
103:7 155:22
155:23 167:5
**weekends (2)**
103:8 155:24
**weeks (3)**
47:13 70:2
168:18
**went (22)**
24:12 26:20
55:21 82:7
90:4 92:18,21
98:17 107:20
117:7 125:23
144:12,15,16
145:6 146:23
147:14 155:9
162:14
168:24,25
177:13
**WHEREOF ...**
185:18
**white (1)**
16:3
**wife (2)**
19:8,10
**win (1)**
69:12
**wintertime (1)**
168:10
**withdraw (1)**
91:23
**withdrawn (2)**
70:3 115:25
**withheld (1)**
86:4
**withholding ...**
182:17
**witness (13)**
4:9,13,14,25
5:2,4 6:6 7:9
11:25 25:15
87:25 184:3

185:18
**witness(es) (2)**
185:9,13
**witnesses (1)**
4:16
**woman (2)**
63:8,12
**wondering (1)**
60:10
**Woodbury (1)**
2:9
**Woodside (1)**
19:6
**word (19)**
54:10,14,23,25
60:17,21,25
87:23 88:2,6
96:5,13 99:23
100:4,7,14,19
101:9,20
**work (78)**
16:2 23:18,20
24:11 28:8,10
28:16 29:3
34:6,7,19
35:25 56:23
56:25 58:10
58:12,13,22
58:22 67:4
83:19 91:4,17
93:2 108:4
111:12
117:14
118:20,22
119:4,8
128:17 135:5
137:22,24
140:20 142:7
142:25
146:21,25
147:16,25
148:5 150:4
152:5 154:21
154:22 155:7
155:20 156:8
156:11,14,20

156:25 157:4
157:6,8,22
158:6,21
159:4,18
160:3,12,15
160:24
161:13,18
162:12,14,21
163:7 165:6
167:8,15
173:23,24
176:22
**worked (57)**
7:20 25:4 28:4
40:15 52:12
58:19,20,21
59:13,16 61:4
63:24 66:17
89:22 103:5
103:11,14,17
103:20
117:16
132:11
136:22 138:2
139:13,14,14
139:16 140:5
140:8 146:6
146:15 148:6
148:18 156:9
157:11,12,13
158:5 159:24
160:9 162:8
162:22 163:2
163:13,14
166:14,18
172:17
173:22 174:2
177:11 179:9
179:22 180:9
180:11,12,13
**worker (8)**
80:14 123:10
132:14
135:13 140:5
140:21
146:14 147:6

**workers (5)**
57:2 135:12
148:17,19
166:12
**workers' (1)**
24:9
**working (33)**
16:8 27:16
28:7,20,23
34:8,10 39:23
56:20 60:13
61:3 64:6,7
64:12 67:4
94:25 103:25
105:2 106:25
110:24 115:2
115:3,12
119:2 121:18
124:22 129:2
138:3 154:23
155:17
157:13 158:2
164:12
**works (9)**
29:5 50:8
90:15,24
92:24 137:24
137:24 140:5
140:6
**wouldn't (4)**
21:2,6 55:7
118:14
**wrap (1)**
182:3
**wrapped (1)**
130:25
**write (2)**
22:14 181:25
**writing (3)**
65:6,9 89:5
**written (1)**
4:19
**wrong (31)**
51:6 59:20,25
63:2,5,18,20
64:4,19,22

95:15 96:17
97:6 101:2,8
101:18,19
107:10
110:25 111:6
111:14,15,18
111:22 112:7
112:11
113:13,15
118:17 130:2
130:7
**wrongly (1)**
118:19
**wrote (2)**
36:11 63:10

_____

**X**

**x (3)**
1:4,17 28:9

_____

**Y**

**yard (2)**
129:17 178:2
**year (8)**
9:3 20:20 61:6
61:8 62:3
131:4 173:16
180:4
**years (27)**
9:24 15:4,5,19
19:13 61:4,11
62:5 89:17,23
91:8 92:12
94:10 100:23
103:24 105:3
106:2,8
110:24
123:12 130:3
131:7 168:15
171:17
179:25
180:12,14
**yesterday (1)**
74:4
**York (12)**
1:3,24 2:5,9,16

6:17 19:6
20:15 153:16
185:3,4,7
**young (2)**
55:6,13
**younger (2)**
55:8,16

_____

**Z**

**Zoom (1)**
11:6

_____

**0**

_____

**1**

**1 (6)**
55:18 56:5
66:9,12 78:9
95:10
**1,300 (1)**
172:10
**1,400 (2)**
94:5 172:13
**1:18 (1)**
68:8
**1:19-CV-072... (1)**
1:9
**1:27 (1)**
68:8
**10 (3)**
15:9,20 184:19
**10:00 (3)**
155:22,23,25
**10:22 (2)**
1:19 6:24
**10:30 (7)**
155:22,23,25
159:3,10
161:11,17
**10:45 (1)**
25:23
**10:57 (1)**
25:23
**103 (1)**
2:4
**11 (4)**

15:9,10 25:6
184:19
**11:00 (24)**
26:2 145:7
155:21,22,24
155:25
157:17,18
158:4,11,13
158:15 159:2
159:9,22
160:20 161:5
161:9,11,17
162:3,12,23
176:14
**11:30 (12)**
157:17,19
158:5,11,13
158:17,19
159:2,9,13,22
160:22
**11:46 (1)**
26:17
**11355 (1)**
2:5
**11577 (1)**
2:16
**11797 (1)**
2:9
**12 (2)**
19:13 169:21
**12209 (1)**
6:17
**13 (5)**
15:4 63:25
66:8 100:23
148:24
**135 (1)**
2:9
**15 (1)**
100:23
**16 (2)**
88:22 94:22
**17-cv-816 (1)**
26:12
**18 (3)**
94:16 168:4

169:19
**19 (2)**
78:17 178:6
**1974 (1)**
9:18
**1995 (4)**
61:9 63:24
64:6 68:5

_____

**2**

**2 (6)**
6:17 48:14
49:3 172:6,7
172:19
**2:25 (1)**
91:22
**2:28 (1)**
91:22
**20 (2)**
62:5 134:18
**2001 (3)**
95:12,20 97:13
**2008 (1)**
59:18
**201 (1)**
2:9
**2011 (1)**
172:9
**2013 (2)**
163:24 168:23
168:24
**2014 (1)**
162:19
**2015 (1)**
162:19
**2016 (1)**
162:19
**2017 (4)**
18:9,10 88:22
162:19
**2018 (40)**
85:19 88:11
105:17
129:14
156:11,12,14
156:20,25

157:4,6,7,12
157:23 158:6
158:22 159:5
159:25 160:2
160:6,9,13,16
160:22,25
161:8,19,22
161:24,24
162:9 164:9
164:11 165:5
165:7 172:9
172:12 173:7
173:17,19
**2019 (8)**
63:25 64:3,7
64:11 78:17
79:12 80:25
81:2
**2020 (10)**
1:19 9:4 48:14
49:4,6,23
80:25 99:15
183:8 185:20
**21 (4)**
45:25 48:21,23
51:16
**22 (4)**
48:2,23 52:17
88:11
**24 (3)**
14:12,15 79:12
**241 (1)**
34:17
**25 (5)**
61:4 89:22
91:8 96:4
180:12
**26 (3)**
61:11 91:8
99:8
**27 (4)**
13:18 61:4
78:8 180:12
**28 (2)**
72:19 78:8
**29 (3)**

9:24 70:6 78:9

_____ **3** _____

**3 (1)**
169:25
**3:39 (1)**
120:6
**3:46 (1)**
120:6
**30 (3)**
9:24 78:9
134:18
**30(b)(2) (1)**
42:5
**30,000 (1)**
38:23
**31 (1)**
78:9
**3113(d) (1)**
4:6
**32 (1)**
34:13
**347-556-5532...**
14:23
**374 (1)**
79:16
**377 (2)**
79:11,16
**390 (1)**
129:9

_____ **4** _____

**4 (7)**
99:15 166:3
167:19
168:14,16
169:14,16
**4/11/18 (1)**
172:25
**4:00 (2)**
138:19 176:14
**403 (1)**
2:15
**41-25 (1)**
2:4
**43 (2)**

26:5,16
**45 (1)**
184:20
**48th (1)**
19:5

_____ **5** _____

**5 (3)**
9:18 76:18
85:19
**5:00 (2)**
138:19 176:14
**50 (2)**
134:2,10

_____ **6** _____

**6 (3)**
6:16 18:9
184:4
**6:35 (1)**
180:16
**6:37 (1)**
180:16
**6:43 (1)**
183:2
**60 (3)**
134:3,10,17
**60-26 (1)**
19:5
**66 (1)**
2:15
**68 (1)**
68:18
**681 (1)**
166:4

_____ **7** _____

**7 (1)**
129:14
**7:17 (1)**
129:14
**70,000 (1)**
180:4
**72,000 (1)**
173:15

_____ **8** _____

**8 (4)**
1:19 9:2 15:20
99:14
**800 (1)**
94:15
**88 (1)**
184:12
**8th (1)**
185:19

_____ **9** _____

**9 (9)**
15:9,20 47:22
49:6,23 129:7
172:9,12
184:20
**9:00 (1)**
157:17
**9:30 (12)**
155:21,24
157:17 158:5
158:11
159:23
160:20 161:6
161:9 162:4
162:12,23