# TROY LAW, PLLC
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

December 9, 2020

**<u>Via ECF</u>**
Hon. Brain M. Cogan U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:   Letter Reporting Revised Notice of Pendency and Consent to Join Form**
            1:19-cv-07267-BMC *Panora v. Deenora Corp et al*

Your Honor,

    This office represents the Plaintiff in the above-referenced matter. We write respectfully, and pursuant to Your Honor's Order dated December 9, 2020 (*see* Dkt. No. 72) to submit a revised notice of pendency and consent to join form for Your Honor to So-Order it. *See* attached **Exhibit 1**, Revised Notice of Pendency (Redlined version); **Exhibit 2**, Revised Notice of Pendency (Clean version).

    We thank the Court for its attention to and consideration of this matter.

                                       Respectfully submitted,
                                       TROY LAW, PLLC

                                       <u>/s/ John Troy</u>
                                       John Troy, Esq.
                                       *Attorney for Plaintiffs*

cc:  via ECF
     all counsel of record

/pk