# EXHIBIT A

**TROY LAW, PLLC**
**Abogados Laborales**
41-25 Kissena Blvd, Suite 103
Flushing, NY 11355
☎: 718-762-1324

NEW YORK NY 100
5 JAN 2021  PM 9  L







*Dee's Brick Oven Pizza* 🍕

[Address Correction Requested]

11375-685105

Page 1

**TROY LAW, PLLC**
Attorneys at Law
蔡鴻章律師樓
41-25 Kissena Blvd, Suite 103
Flushing, NY 11355

Re: Dee's Brick Oven Pizza 





Page 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x      Case No. 19-cv-07267
JOSE PANORA,
*on his own behalf and on behalf of others similarly*                   **COURT AUTHORIZED**
*situated*                                                               **NOTICE OF 29 U.S.C. § 216(b)**
*En su propio nombre y en nombre de otras/otros situadas*                **COLLECTIVE ACTION**
*de manera similar*
        Plaintiff, El demandante   **IMPORTANT NOTICE**
         v.                   **ADVISING YOU OF YOUR**
                              <u>**RIGHTS**</u>

                              **TRIBUNAL AUTORIZADO**
DEENORA CORP
  d/b/a Dee's;                                                   **AVISO DE 29 U.S.C. § 216 (b)**
DEE'S BRICK OVEN PIZZA, INC                                               **ACCIÓN**
  d/b/a Dee's; and                                               **COLECTIVAIMPORTANT**
DEERAN ARABIAN a/k/a Dee Arabian                                          **NOTICE ADVISING YOU OF**
       Defendants. Acusados.            **YOUR <u>RIGHTS</u>**
------------------------------------------------------------------x

**TO:**  Current and former non-exempt employees employed at any time from December 09, 2017 to the present by:
   (1) DEENORA CORP d/b/a Dee's,
   (2) DEE'S BRICK OVEN PIZZA, INC d/b/a Dee's,
   (3) DEERAN ARABIAN a/k/a Dee Arabian,
   **All located at 107-23 Metropolitan Ave, Forest Hills, NY 11375;**
   (4) DEE ARABIAN.        (hereinafter collectively "Defendants")

**A:**  Empleados no exentos y actuales empleados en cualquier momento desde el 9 de diciembre de 2017 hasta el presente por:
   (1) DEENORA CORP d/b/a Dee's,
   (2) DEE'S BRICK OVEN PIZZA, INC d/b/a Dee's,
   (3) DEERAN ARABIAN a/k/a Dee Arabian,
   **Todos ubicados en 107-23 Metropolitan Ave, Forest Hills, NY 11375;**
   (4) DEE ARABIAN.       (en adelante colectivamente "Demandados")

   If you worked for Defendants at any time since December 09, 2017, and that for some part of the time, you have worked in excess of forty (40) hours during the workweek, the purpose of this Notice is to advise you of this lawsuit, and to further advise you of certain rights you may have with respect to this action.
   Si trabajó para los Demandados en cualquier momento desde el 9 de Diciembre de 2017 y que durante una parte del tiempo ha trabajado más de cuarenta (40) horas durante la semana laboral, el propósito de este aviso es informarle sobre esta demanda. , y para asesorarle sobre ciertos derechos que puede tener con respecto a esta acción.

   Plaintiff JOSE PANORA worked for Defendants and has brought this action on behalf of all other current and former employees who have worked for Defendants at 107-23 Metropolitan

Ave, Forest Hills, NY 11375 since December 09, 2017.

El Demandante JOSE PANORA trabajó para los Demandados y ha presentado esta acción en nombre de todos los demás empleados actuales y anteriores que han trabajado para los Demandados en 107-23 Metropolitan Ave, Forest Hills, NY 11375 desde el 9 de Diciembre de 2017.

The lawsuit seeks monetary damages under the federal Fair Labor Standards Act and the New York Labor Law for, among other things, allegedly owed overtime wages. Defendants deny these allegations.

La demanda busca daños monetarios bajo la Ley Federal de Normas Laborales Justas y la Ley Laboral de Nueva York por, entre otras cosas, supuestamente adeuda salarios por horas extras. Los acusados niegan estas acusaciones.

THIS NOTICE is meant to advise you of your right to participate in this lawsuit as a claimant and plaintiff under the Fair Labor Standards Act if you worked for Defendants at any time from December 09, 2017 to the present and were not paid overtime for all hours worked over 40 in any given workweek.

ESTE AVISO tiene como objetivo informarle sobre su derecho a participar en esta demanda como demandante y demandante en virtud de la Ley de Normas Laborales Justas si trabajó para los Demandados en cualquier momento desde el 9 de Diciembre del 2017 hasta el presente, y no se les pagaron las horas extras trabajada que excedieron más de 40 horas en una semana laboral determinada.

No determination has been made that you are owed any amount of money, and the Court is not endorsing the merits of this lawsuit or advising you to participate in this lawsuit. You are under no obligation to respond to this notice.

No se ha determinado que se le deba una cantidad de dinero, y el Tribunal no respalda los méritos de esta demanda ni le aconseja que participe en esta demanda. No tiene la obligación de responder a este aviso.

**Federal law prohibits Defendants from retaliating against you or discriminating against you if you wish to join this lawsuit.**

**La ley federal prohíbe a los Demandados tomar represalias contra usted o discriminarlo si desea unirse a esta demanda.**

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT<br>SUS DERECHOS Y OPCIONES LEGALES EN ESTA DEMANDA ||
|---|---|
| **ASK TO BE INCLUDED**<br><br>**PIDE SER INCLUIDA/O** | If you wish to be included, you must complete the form at the end of this Notice.<br>Si desea ser incluido, debe completar el formulario al final de este Aviso. |
| **DO NOTHING**<br><br>**HACER NADA** | By doing nothing, you will not be included in the portion of the lawsuit relating to claims under the Fair Labor Standards Act. Al no hacer nada, no se le incluirá en la parte de la demanda relacionada con reclamaciones en virtud de la Ley de Normas Laborales Justas. |

2

Page 4

18SP36-28-1ML36

Your options are explained in this notice. To ask to be included in this lawsuit, you must act before [90 days from date notice is sent out.]

Sus opciones se explican en este aviso. Para solicitar ser incluido en esta demanda, debe actuar antes de [90 días a partir de la fecha de envío del aviso].

### 1. Why did I get this notice? ¿Por qué recibí este aviso?

You are getting this notice because Defendants' records show that you work or worked for Defendants at some time from December 09, 2017, through the present, and that for some part of the time, you have worked in excess of forty (40) hours during the workweek.

Recibió este aviso porque los registros de los Demandados muestran que trabajó o trabajó para los Demandados en algún momento desde el 9 de Diciembre del 2017 hasta el presente, y que durante una parte del tiempo ha trabajado más de cuarenta (40) horas durante la semana laboral.

### 2. What is this lawsuit about? ¿De qué se trata esta demanda?

This lawsuit is about whether the Defendants properly paid its employees in accordance with the federal Fair Labor Standards Act and the New York Labor Law. In the portion of the lawsuit brought under the Fair Labor Standards Act, the lawsuit alleges, among other things, that Defendants failed to pay overtime for all hours worked over 40 in any given workweek.

Defendants deny these allegations.

Esta demanda trata sobre si los Demandados pagaron adecuadamente a sus empleados de acuerdo con la Ley Federal de Normas Laborales Justas y la Ley Laboral de Nueva York. En la parte de la demanda presentada bajo la Ley de Normas Laborales Justas, la demanda alega, entre otras cosas, que los Demandados no pagaron las horas extras por todas las horas trabajadas por encima de las 40 en una semana laboral determinada.

Las demandadas niegan estas acusaciones.

### 3. What damages is the lawsuit seeking? ¿Qué daños busca la demanda?

The lawsuit is seeking to recover, among other things, unpaid overtime pay, and "liquidated damages," which double the amount of wages owed. The lawsuit is also seeking recovery of costs and attorneys' fees.

La demanda busca recuperar, entre otras cosas, el pago de horas extras impagas y los "daños liquidados", que duplican la cantidad de salarios adeudados. La demanda también busca la recuperación de costos y honorarios de abogados.

### 4. What happens if I join the lawsuit? ¿Qué pasa si me uno a la demanda?

If you choose to join this lawsuit, you will be bound by any ruling, settlement or judgment, whether favorable or unfavorable. You will also share in any proceeds from a settlement or a favorable judgment.

Si opta por unirse a esta demanda, estará sujeto a cualquier fallo, acuerdo o sentencia, ya sea favorable o desfavorable. También compartirá los ingresos de un acuerdo o un fallo favorable.

While this lawsuit is pending, as part of the discovery process, you (Opt-in Plaintiff) may be asked to provide documents or information relating to your employment with Defendants, which may include responding to written questions or answering questions in person under oath, either before or at trial. For this reason, if you join the lawsuit, you should preserve all documents relating to the Defendants currently in your possession. You also may be asked to sit for a deposition scheduled at your convenience and/or asked to testify at a trial in the Eastern District of New York Courthouse.

Mientras esta demanda está pendiente, como parte del proceso de descubrimiento, se le puede pedir a usted (Demandante Opt-in) que proporcione documentos o información relacionada con su empleo con los Demandados, lo que puede incluir responder preguntas escritas o responder preguntas en persona bajo juramento. ya sea antes o en el juicio. Por esta razón, si se une a la demanda, debe conservar todos los documentos relacionados con los Demandados que se encuentran actualmente en su poder. También se le puede pedir que se presente a una deposición programada a su conveniencia y / o que testifique en un juicio en el Tribunal del Distrito Este de Nueva York.

**5. Can Defendants and/or my current employer retaliate or fire me if I join the lawsuit?**
**¿Pueden los Demandados y / o mi empleador actual tomar represalias o despedirme si me uno a la demanda?**

No. It is a violation of federal law for Defendants to fire, discipline, or in any manner discriminate or retaliate against you for taking part in this lawsuit.

No. Es una violación de la ley federal que los Demandados lo despidan, impongan medidas disciplinarias o discriminen o tomen represalias en su contra por participar en esta demanda.

**6. Can I participate in this lawsuit, even though, due to my immigration status, I did not work or am not working for Defendants legally?**
**¿Puedo participar en esta demanda aunque, debido a mi estatus migratorio, no trabajé o no trabajé para los Demandados legalmente?**

Yes. Your immigration status does not affect your entitlement to recover back wages or to participate in the lawsuit.

Si. Su estatus migratorio no afecta su derecho a recuperar salarios atrasados o participar en la demanda.

**7. How do I ask the Court to include me in the lawsuit?**
**¿Cómo le pido al Tribunal que me incluya en la demanda?**

Enclosed is a form called the "Plaintiff Consent Form." **If you choose to join the lawsuit, it is extremely important that you read, sign, and promptly return the Plaintiff Consent Form.**

Se adjunta un formulario llamado "Formulario de consentimiento del demandante". Si elige unirse a la demanda, es extremadamente importante que lea, firme y devuelva de inmediato el Formulario de consentimiento del demandante.

An addressed and postage paid envelope is enclosed for your convenience. Should the enclosed envelope be lost or misplaced, the Plaintiff Consent Form must be sent to the following address:

Se adjunta una dirección y un sobre con franqueo pagado para su conveniencia. Si el sobre adjunto se pierde o se extravía, el formulario de consentimiento del demandante debe enviarse a la siguiente dirección:

TROY LAW PLLC
41-25 Kissena Boulevard, Suite 103
Flushing, NY 11355
**RE: *PANORA, et al. v. DEENORA CORP d/b/a Dee's et al.***

18SP36-28-1ML36

Your signed and filled-out Plaintiff Consent Form must be postmarked, faxed, or emailed by (90 days from mailing). If your signed and filled-out Plaintiff Consent Form is not postmarked, faxed, or emailed by (90 days from mailing), you may not be able to participate in the federal law portion of this lawsuit or share in a monetary damage. You can also fax the Plaintiff Consent Form to (718) 762-1342 or scan and email it to troylaw@troypllc.com.

Su formulario de consentimiento del demandante, firmado y completado, debe tener matasellos, enviarlo por fax o por correo electrónico antes de (90 días a partir del envío). Si su Formulario de consentimiento del demandante firmado y llenado no tiene matasellos, no se envía por fax o por correo electrónico antes de (90 días a partir del envío), es posible que no pueda participar en la parte de la ley federal de esta demanda o compartir un daño monetario. También puede enviar por fax el Formulario de consentimiento del demandante al (718) 762-1342 o escanearlo y enviarlo por correo electrónico a troylaw@troypllc.com.

### 8. Do I have an attorney in this lawsuit? ¿Tengo un abogado en esta demanda?

If you choose to join this lawsuit, unless you choose to retain a different attorney, you will be represented by **Troy Law, PLLC**, 41-25 Kissena Boulevard, Suite 103, Flushing, New York 11355, (718) 762-1324.

Si elige unirse a esta demanda, a menos que elija contratar a un abogado diferente, estará representado por Troy Law, PLLC, 41-25 Kissena Boulevard, Suite 103, Flushing, New York 11355, (718) 762-1324.

### 9. How will Troy Law, PLLC be paid? ¿Cómo se le pagará a Troy Law, PLLC?

If you choose to be represented by Troy Law, PLLC, their costs and fees will be paid out of any settlement or money judgment Plaintiffs receive against Defendants. If there is no settlement or money judgment, Troy Law, PLLC will not receive any fee. You will not be required to pay anything out of pocket for services provided by Troy Law, PLLC.

Si elige ser representado por Troy Law, PLLC, sus costos y honorarios se pagarán con cargo a cualquier acuerdo o sentencia monetaria que los Demandantes reciban contra los Demandados. Si no hay un acuerdo o sentencia monetaria, Troy Law, PLLC no recibirá ningún cargo. No se le pedirá que pague nada de su bolsillo por los servicios prestados por Troy Law, PLLC.

Further information about this Notice, the deadline for joining the lawsuit, the form provided or answers to other questions concerning this lawsuit may be obtained by contacting the Troy Law, PLLC at (718) 762-1324. Substantive communications with Troy Law, PLLC for the purpose of obtaining legal advice are presumed privileged and confidential and will not be disclosed to anyone without your permission.

Puede obtener más información sobre este Aviso, la fecha límite para unirse a la demanda, el formulario proporcionado o las respuestas a otras preguntas relacionadas con esta demanda comunicándose con Troy Law, PLLC al (718) 762-1324. Las comunicaciones sustantivas con Troy Law, PLLC con el fin de obtener asesoramiento legal se presumen privilegiadas y confidenciales y no se divulgarán a nadie sin su permiso.

If you select an attorney other than Troy Law, PLLC to represent you in this action, you may join this lawsuit by submitting an appropriate consent form directly to the Clerk of Court by the deadline indicated herein.

Si selecciona un abogado que no sea Troy Law, PLLC para que lo represente en esta acción, puede unirse a esta demanda enviando un formulario de consentimiento apropiado directamente al Secretario del Tribunal antes de la fecha límite indicada aquí en.

### 10. Should I get my own attorney? ¿Debería conseguir mi propio abogado?

You have the right to hire any attorney of your choice to represent you in this matter. However, if you choose not to be represented by Troy Law, PLLC, you will need to confer with them regarding their costs and fees.

Tiene derecho a contratar a cualquier abogado de su elección para que lo represente en este asunto. Sin embargo, si elige no ser representado por Troy Law, PLLC, deberá consultar con ellos sobre sus costos y tarifas.

### 11. What happens if I do nothing at all? ¿Qué pasa si no hago nada en absoluto?

If you do nothing at all, you will not be part of this lawsuit and will not be affected by any settlement or judgment rendered in this lawsuit, whether favorable or unfavorable.

Si no hace nada en absoluto, no será parte de esta demanda y no se verá afectado por ningún acuerdo o sentencia dictada en esta demanda, ya sea favorable o desfavorable.

### 12. Do the Defendants have a lawyer in this Case?
### ¿Los demandados tienen un abogado en este caso?

Yes, the attorneys for Defendants are:
Sí, los abogados de los demandados son:
Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

### 13. This notice has been authorized by the court.
### Este aviso ha sido autorizado por el tribunal.

This notice and its contents have been authorized by a federal judge for the United States District Court for the Eastern District of New York. The Court has not yet ruled on whether Plaintiffs' claims or Defendants' defenses have any merit.

Este aviso y su contenido han sido autorizados por un juez federal del Tribunal de Distrito de los Estados Unidos para el Distrito Este de Nueva York. El Tribunal aún no se ha pronunciado sobre si las reclamaciones de los Demandantes o las defensas de los Demandados tienen algún mérito.

**Please do not write or call the court about this notice.**
**No escriba ni llame a la corte sobre este aviso.**

Although the Court has approved the sending of this Notice, the Court expresses no opinion on the merits of the lawsuit.

Aunque el Tribunal ha aprobado el envío de este Aviso, el Tribunal no expresa ninguna opinión sobre los méritos de la demanda.

18SP36-28-1ML36

# PLAINTIFF CONSENT FORM
## *FORMULARIO DE CONSENTIMIENTO DEL DEMANDANTE*

IF YOU RECEIVED THIS FORM AND WANT TO JOIN THIS LAWSUIT, PLEASE COMPLETE THESE TWO STEPS:

*SI RECIBIÓ ESTE FORMULARIO Y DESEA UNIRSE A ESTA DEMANDA, COMPLETE ESTOS DOS PASOS:*

A. COMPLETE AND SIGN THIS PLAINTIFF CONSENT FORM; AND

    *COMPLETE Y FIRME ESTE FORMULARIO DE CONSENTIMIENTO DEL DEMANDANTE; Y*

B. USE THE ENCLOSED ENVELOPE TO RETURN THIS FORM TO THE ADDRESS BELOW NOT LATER THAN [60 days from mailing of notice].

    *USE EL SOBRE CERRADO PARA DEVOLVER ESTE FORMULARIO A LA DIRECCIÓN A CONTINUACIÓN NO MÁS TARDE DE [60 días desde el envío de la notificación].*

I consent to be a party plaintiff in the lawsuit *PANORA, et al. v. DEENORA CORP d/b/a Dee's, et al.*, U.S. District Court, Eastern District of New York, Civil Action No. 19-cv-07267 in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

Doy mi consentimiento para ser parte demandante en la demanda PANORA, et al. v. DEENORA CORP d / b / a Dee's, et al., Tribunal de Distrito de EE. UU., Distrito Este de Nueva York, Acción Civil No. 19-cv-07267 para buscar reparación por violaciones de la Ley de Normas Laborales Justas, de conformidad con 29 USC § 216 (b).

By signing and returning this consent form, I hereby designate Plaintiff and his counsel Troy Law, PLLC ("the Firm") to represent me and make decisions on my behalf concerning the litigation and any settlement. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firm will petition the Court for reasonable attorneys' fees and expenses should this case settle or a money judgment is received and will receive a proportion of any such gross settlement or judgment amount. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable.

Al firmar y devolver este formulario de consentimiento, por la presente designo al Demandante y a su abogado Troy Law, PLLC ("la Firma") para que me represente y tome decisiones en mi nombre con respecto al litigio y cualquier acuerdo. Entiendo que los costos razonables gastados en mi nombre se deducirán de cualquier monto de acuerdo o sentencia de manera proporcional entre todos los demás demandantes. Entiendo que la Firma solicitará al Tribunal los honorarios y gastos razonables de los abogados en caso de que este caso se resuelva o se reciba un fallo monetario y recibirá una proporción de dicho monto bruto de acuerdo o fallo. Estoy de acuerdo en estar obligado por cualquier adjudicación de esta acción por parte de un tribunal, ya sea favorable o desfavorable.

1

_____
Name (printed) - *Nombre (letra de imprenta)*

_____
Signature- *Firma*          Date - *Fecha*

_____
Street Address- *Dirección*

_____
City - *Ciudad*   State - *Estado*   ZIP - *Código postal*

_____
Best Telephone Number(s) ) - *Mejor número(s) telefónico*

_____
Email - *email*

_____
Work location(s) *Ubicación(es) de trabajo(s)*

_____
Start Date - *Fecha de inicio del empleo*

_____
End Date - *Fecha final del empleo*

Mail to: *Enviar por correo a*:
TROY LAW, PLLC,
41-25 KISSENA BOULEVARD, SUITE 103
FLUSHING, NY 11355
RE: *CUI, et al. v. D PRIME INC. d/b/a SungBookDong BBQet al.*

YOU CAN ALSO FAX THE CONSENT TO JOIN FORM TO (718) 762-1342
OR SCAN AND EMAIL IT TO: TroyLaw@TroyPllc.com
TAMBIÉN PUEDE ENVIAR POR FAX EL FORMULARIO DE CONSENTIMIENTO PARA
UNIRSE AL (718) 762-1342 O ESCANEARLO Y ENVIARLO POR CORREO ELECTRÓNICO
A: TroyLaw@TroyPllc.com

A: troylaw@troypllc.com

2