*Kaufman Dolowich Voluck, LLP*
*135 Crossways Park Drive, Suite 201*
*Woodbury, NY  11797*
*(516) 681-1100*
*Fax (516) 681-1101*

Deeran Arabian											February 16, 2021
Deenora Corp. dba Dee's

RE:	Deenora Corp. dba Dee's-Panora

**BILLING SUMMARY THROUGH JANUARY 31, 2021**

Deenora Corp. dba Dee's-Panora  
February 16, 2021  
Page: 2



| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/07/21 | ASO | Calls with client regarding collective violations by Troy. Analysis of collective materials sent by Troy. Conference with team to find strategies to address violations. Strategize to consider potential sanctions for violation. Correspond with Troy's office regarding collective notice violations. | 2.40 | $1,080.00 |
| 01/07/21 | KG | Conference to strategize next steps in light of questionable conduct about Troy's notice process | 0.60 | $270.00 |
| 01/07/21 | TAA | Perform legal research regarding promotion letter in support of motion for sanctions based on dissemination of improper and misleading notice | 3.40 | $1,088.00 |
| 01/07/21 | TAA | Review and analysis of emails from Troy attempting to explain notice violations | 0.40 | $128.00 |
| 01/08/21 | ASO | Further calls with Dee regarding sanctions motion. | 0.20 | $90.00 |
| 01/08/21 | ASO | Revision of draft motion to Court regarding collective notice malfeasance by Troy. | 1.80 | $810.00 |
| 01/08/21 | KG | Review applicable case law about sanctions for opposing counsel due to FLSA notice misconduct | 0.40 | $180.00 |
| 01/08/21 | KG | Revise letter to court about sanctions | 0.40 | $180.00 |
| 01/08/21 | TAA | Draft letter in support of motion for sanctions and decertification | 5.70 | $1,824.00 |
| 01/08/21 | TAA | Finalize letter in support of motion for sanctions and decertification | 0.50 | $160.00 |
| 01/08/21 | TAF | Examine and analyze relevant authority regarding sanctions for improper notice and documents in other cases being handled by opposing counsel. | 0.40 | $128.00 |
| 01/11/21 | KG | Review and analyze court scheduling order regarding sanctions hearing | 0.20 | $90.00 |
| 01/11/21 | TAA | Review and analysis of briefing schedule entered by court with regard to sanctions motion | 0.10 | $32.00 |

Deenora Corp. dba Dee's-Panora
February 16, 2021
Page: 3



| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| ■■■ | ■ | ■■■■■■■ | ■ | ■ |
| 01/15/21 | TAA | Review and analysis of Troy response to motion for sanctions | 1.40 | $448.00 |
| 01/16/21 | KG | Review and analyze plaintiff's opposition to Defendant's application seeking sanctions for improper notice communications | 0.50 | $225.00 |
| 01/19/21 | ASO | Examination and analysis of Troy's response to sanctions motion. Preparation of detailed outline for oral argument. Conduct associated research. | 3.40 | $1,530.00 |
| ■ | ■ | ■■■■■ | ■ | ■ |
| 01/19/21 | KG | Review and revise outline for sanctions arguments in advance of court appearance | 0.50 | $225.00 |
| 01/19/21 | TAA | Analysis of potential arguments in preparation for oral argument on motion for sanctions | 2.30 | $736.00 |
| 01/20/21 | ASO | Further preparation for oral argument (including prep call with client for oral argument) and conduct oral argument. | 2.10 | $945.00 |

Deenora Corp. dba Dee's-Panora
February 16, 2021
Page: 4

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|

Total Hours and Fees

| Attorney | | Hours | Rate | Amount |
|---|---|---|---|---|
| Aaron Solomon | Partner | | $450.00 | |
| Keith Gutstein | Partner | | $450.00 | |
| Guilia Escobar | Associate | | $320.00 | |
| Taimur Alamgir | Associate | | $320.00 | |
| Taylor Ferris | Associate | | $320.00 | |

Total Current Fees