

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Telephone: 516.681.1100
Facsimile: 516.681.1101
www.kdvlaw.com

**Taimur Alamgir, Esq.**
**Tel:** (516) 283-8732
**E-mail:** talamgir@kdvlaw.com

April 23, 2021

**VIA ECF**
Honorable Brian M. Cogan
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Panora v. Deenora Corp., et al.*, E.D.N.Y. Case No. 19-CV-7267 (BMC)

Your Honor:

This firm represents Defendants in the above-captioned matter. We are pleased to notify Your Honor that the parties have agreed to settle the amount in attorney's fees payable by Plaintiff's counsel to Defendants under the Court's Order of February 25, 2021, for **$7,750.00**.

The parties further jointly request that Friday, May 7, 2021 be set as the deadline for Plaintiff's counsel to deliver such payment to defense counsel's office.

We thank the Court for considering this request.

Respectfully Submitted,
KAUFMAN DOLOWICH & VOLUCK, LLP

By: _____
Taimur Alamgir

cc: All Counsel (via e-mail)