# NYED 19-cv-07267, *Panora v Deenora Corp et al*



## Trial Judge: BRAIN M. COGAN

## Plaintiff's Trial Exhibits

# Judge's Copy

**TROY LAW, PLLC**
*Attorneys for Plaintiffs, proposed FLSA Collective and potential Rule 23 Class*
John Troy (JT0481)
Aaron Schweitzer (AS6369)
41-25 Kissena Boulevard, Suite 103
Flushing, NY 11355
Tel: (718) 762-1324