UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSE PANORA, on his own behalf and on behalf
of others similarly situated,

                                                                        JUDGMENT

                      Plaintiffs,                         19-cv-07267 (BMC)

   v.

DEENORA CORP d/b/a Dee's;
DEE'S BRICK OVEN PIZZA, INC d/b/a Dee's;
and DEERAN ARABIAN a/k/a Dee Arabian,

                      Defendants.
-----------------------------------------------------------------X

     A notice of acceptance of a Rule 68 Offer of Judgment having been filed on July 1, 2021; and Defendants DEENORA CORP d/b/a Dee's; DEE'S BRICK OVEN PIZZA, INC. d/b/a Dee's; and DEERAN ARABIAN a/k/a Dee Arabian having offered to allow judgment in this action to be taken against them and in favor of Plaintiff JOSE PANORA, for a sum of One Hundred Thousand Dollars ($100,000.00) including all attorneys' fees and costs now accrued; and an Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on July 7, 2021, directing the Clerk of Court to enter judgment accordingly; it is

     ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff JOSE PANORA and against Defendants DEENORA CORP d/b/a Dee's; DEE'S BRICK OVEN PIZZA, INC. d/b/a Dee's; and DEERAN ARABIAN a/k/a Dee Arabian, jointly and severally, in the amount of $100,000, plus reasonable attorneys' fees and costs accrued to date in an amount to be determined by the Court or mutual agreement of the parties; and that the claims against the remaining defendants are dismissed.

Dated: Brooklyn, New York  
       July 7, 2021

Douglas C. Palmer  
Clerk of Court

By: <u>/s/Jalitza Poveda</u>  
     Deputy Clerk