UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSE PANORA, on his own behalf and on behalf
of others similarly situated,

                                                        AMENDED JUDGMENT

                Plaintiffs,                      19-cv-07267 (BMC)

   v.

DEENORA CORP d/b/a Dee's;
DEE'S BRICK OVEN PIZZA, INC d/b/a Dee's;
and DEERAN ARABIAN a/k/a Dee Arabian,

                Defendants.
-----------------------------------------------------------------X

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on July 1, 2021; and Defendants DEENORA CORP d/b/a Dee's; DEE'S BRICK OVEN PIZZA, INC. d/b/a Dee's; and DEERAN ARABIAN a/k/a Dee Arabian having offered to allow judgment in this action to be taken against them and in favor of Plaintiff JOSE PANORA, for a sum of One Hundred Thousand Dollars ($100,000.00) including all attorneys' fees and costs now accrued; and an Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on July 7, 2021, directing the Clerk of Court to enter judgment against Defendant DEENORA CORP D/B/A DEE'S in the amount of $100,000, plus reasonable attorneys' fees and costs accrued to date in an amount to be determined by the Court or mutual agreement of the parties; it is

      ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff JOSE PANORA and against Defendant DEENORA CORP D/B/A DEE'S, in the amount of $100,000, plus reasonable attorneys' fees and costs accrued to date in an amount to be determined by the Court or mutual agreement of the parties; and that the claims against the remaining defendants are dismissed.

Dated: Brooklyn, New York             Douglas C. Palmer
        July 8, 2021                            Clerk of Court

                                                By:     */s/Jalitza Poveda*
                                                             Deputy Clerk