**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT COURT OF NEW YORK**
---------------------------------------------------------------- x
JOSE PANORA,
*on his own behalf and on behalf of others similarly situated*

                      Plaintiff,         Case No. 19-cv-07267

            v.                      **NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS**

DEENORA CORP
    d/b/a Dee's;
DEE'S BRICK OVEN PIZZA, INC
    d/b/a Dee's; and
DEERAN ARABIAN a/k/a Dee Arabian

                      Defendants.
---------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that upon the declaration of John Troy, Plaintiff's Memorandum of Law and all prior papers and proceedings herein, Plaintiff hereby moves this Court before the Honorable BRIAN M. COGAN, United States District Judge, in the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, for an award of attorneys' fees and costs pursuant to 29 U.S.C. § 216(b) and N.Y. C.L.S. Labor §§ 198(1-a), 663(1).

Dated: Flushing, New York
August 4, 2021

                                  TROY LAW, PLLC
                                  *Attorneys for the Plaintiff*

                                  /s/ John Troy
                                  John Troy (JT0481)
                                  Aaron Schweitzer (AS 6369)
                                  Tiffany Troy (Bar ID No. 5881735)