

*Taimur Alamgir*
*Talamgir@kdvlaw.com*

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Telephone: 516.681.1100
Facsimile: 516.681.1101
www.kdvlaw.com

September 11, 2021

**Via ECF**
Hon. Brian M. Cogan, U.S.D.J.
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

  **Re:** *Jose Panora v. Deenora Corp., et al.*, **E.D.N.Y. Case No. 19-CV-7267 (BMC)**

Your Honor:

  We represent Defendants in the above-referenced matter. This letter is respectfully submitted to withdraw our September 10, 2021 motion for a page limit enlargement. ECF No. 101. We sincerely apologize for any inconvenience that yesterday's application, or this request to withdraw the same may have caused the Court, and respectfully request the Court's indulgence.

  We thank Your Honor for considering this matter.

           KAUFMAN DOLOWICH & VOLUCK, LLP

          By: _____
            Taimur Alamgir

cc: Plaintiff's counsel via ECF