UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOSE PANORA, on his own behalf and on behalf
of others similarly situated,

                            SECOND AMENDED
                            JUDGMENT

               Plaintiffs,              19-cv-07267 (BMC)

   v.

DEENORA CORP d/b/a Dee's;
DEE'S BRICK OVEN PIZZA, INC d/b/a Dee's;
and DEERAN ARABIAN a/k/a Dee Arabian,

               Defendants.
----------------------------------------------------------------X

     A notice of acceptance of a Rule 68 Offer of Judgment having been filed on July 1, 2021; and Defendants DEENORA CORP d/b/a Dee's; DEE'S BRICK OVEN PIZZA, INC. d/b/a Dee's; and DEERAN ARABIAN a/k/a Dee Arabian having offered to allow judgment in this action to be taken against them and in favor of Plaintiff JOSE PANORA, for a sum of One Hundred Thousand Dollars ($100,000.00) including all attorneys' fees and costs now accrued; \an Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on July 7, 2021, directing the Clerk of Court to enter judgment accordingly; and a Memorandum, Decision, and Order having been filed on December 2, 2021, granting Plaintiff's motion; awarding fees in the amount of $36,405.50 and costs in the amount of $1,192.36; and directing the Clerk of Court to enter a Second Amended Judgment; it is

     ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff JOSE PANORA and against Defendants DEENORA CORP d/b/a Dee's; DEE'S BRICK OVEN PIZZA, INC. d/b/a Dee's; and DEERAN ARABIAN a/k/a Dee Arabian, jointly and severally, in

the amount of $100,000, plus reasonable attorneys' fees in the amount of $36,405.50 and costs in the amount of $1,192.36, for a **total** amount of $137,597.86.

Dated: Brooklyn, New York  
      December 7, 2021

Douglas C. Palmer  
Clerk of Court

By:   */s/Jalitza Poveda*  
      Deputy Clerk