UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOSE PANORA, on his own behalf and on behalf
of others similarly situated,

                            THIRD AMENDED
                            JUDGMENT

              Plaintiffs,              19-cv-07267 (BMC)

  v.

DEENORA CORP d/b/a Dee's;
DEE'S BRICK OVEN PIZZA, INC d/b/a Dee's;
and DEERAN ARABIAN a/k/a Dee Arabian,

              Defendants.
----------------------------------------------------------------X

    A notice of acceptance of a Rule 68 Offer of Judgment having been filed on July 1, 2021; and Defendants DEENORA CORP d/b/a Dee's; DEE'S BRICK OVEN PIZZA, INC. d/b/a Dee's; and DEERAN ARABIAN a/k/a Dee Arabian having offered to allow judgment in this action to be taken against them and in favor of Plaintiff JOSE PANORA, for a sum of One Hundred Thousand Dollars ($100,000.00) including all attorneys' fees and costs now accrued; \an Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on July 7, 2021, directing the Clerk of Court to enter judgment accordingly; and a Memorandum, Decision, and Order having been filed on December 2, 2021, granting Plaintiff's motion; awarding fees in the amount of $36,405.50 and costs in the amount of $1,192.36; and directing the Clerk of Court to enter a Second Amended Judgment; and an Order having been filed on December 8, 2021, directing the Clerk of Court to enter a Third Amended Judgment in favor of plaintiff and against defendant Deenora Corp d/b/a Dee's only in the amount of $100,000, plus reasonable attorneys' fees in the amount of $36,405.50 and costs in the amount of $1,192.36, for a total amount of $137,597.86; it is

ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff JOSE PANORA and against Defendant DEENORA CORP d/b/a Dee's only, in the amount of $100,000, plus reasonable attorneys' fees in the amount of $36,405.50 and costs in the amount of $1,192.36, for a **total** amount of $137,597.86; and that all claims against the remaining defendants, Dee's Brick Oven Pizza, Inc. d/b/a Dee's and Deeran Arabian a/k/a Dee Arabian, are dismissed.

Dated: Brooklyn, New York  
December 8, 2021

Douglas C. Palmer  
Clerk of Court

By: _/s/Jalitza Poveda_  
Deputy Clerk